**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **The North Carolina Theatre** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Carolina Readers Theatre** <br> **FDBA  The Carolina Regional Theatre** <br> **DBA  The North Carolina Theatre and Conservatory** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **56-1072874** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **One E. South Street** <br> **Raleigh, NC 27601** <br> Number, Street, City, State & ZIP Code | **3043 Barrow Drive** <br> **Raleigh, NC 27616** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Wake** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://nctheatre.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
*(filled)*

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **The North Carolina Theatre**       Case number (*if known*) _____
Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| Debtor | **The North Carolina Theatre** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor    **The North Carolina Theatre**_____    Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **The North Carolina Theatre**
_____     Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 23, 2024**
                MM / DD / YYYY

**X /s/ John A. Zaloom**
_____     **John A. Zaloom**
Signature of authorized representative of debtor              Printed name

Title    **Chairman of the Board of Directors**

**18. Signature of attorney**

**X /s/ Rebecca F. Redwine**
_____     Date **February 23, 2024**
Signature of attorney for debtor                                     MM / DD / YYYY

**Rebecca F. Redwine**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive
Suite 150
Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 420-7867**    Email address    **rredwine@hendrenmalone.com**

**NC State Bar 37012 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **The North Carolina Theatre**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 23, 2024**    X */s/ John A. Zaloom*
                                                   Signature of individual signing on behalf of debtor

                                                   **John A. Zaloom**
                                                   Printed name

                                                   **Chairman of the Board of Directors**
                                                   Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The North Carolina Theatre** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anna Churchill Synergy Face & Body 8300 Health Park #229 Raleigh, NC 27615** | | | | | | **$100,000.00** |
| **Centerplate at Raleigh Convention Attn: Managing Agent 500 S. Salisbury Street Raleigh, NC 27601** | | **Business debt** | | | | **$10,508.84** |
| **Cornterstone Custom Printing Attn: Managing Agent 149 Claire Drive Clayton, NC 27520** | | **Business debt** | | | | **$43,916.92** |
| **Debbie Hammersla 8620 Bournemouth Drive Raleigh, NC 27615** | | | | | | **$175,000.00** |
| **Enterprise Rent a Car Attn: Managing Agent 4817 Hergrove Rd, Ste 200 Raleigh, NC 27616** | | **Business debt** | | | | **$7,098.00** |
| **Heritage High School Attn: Managing Agent 110 Corning Road Cary, NC 27518** | | **Business debt** | | | | **$8,675.00** |

Debtor   **The North Carolina Theatre**                                      Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **iHeartMedia Attn: Managing Agent P.O. Box 406372 Atlanta, GA 30384** | | **Business debt** | | | | **$37,170.00** |
| **K.D. Kennedy 714 W. Johnson Street Raleigh, NC 27603** | | **Unpaid rent at conservatory** | | | | **$21,000.00** |
| **Keith & Belinda Shannon 205 Kentigern Drive Raleigh, NC 27606** | | | | | | **$100,000.00** |
| **MP Company LLP Attn: Managing Agent 4600 Marriott Drive, Ste 300 Raleigh, NC 27612** | | **Accounting fees** | | | | **$25,700.00** |
| **MSMT Costume Rentals Attn: Managing Agent 14 Maint Street, Ste 216 Brunswick, ME 04011** | | **Business debt** | | | | **$19,000.00** |
| **Music Theatre International Attn: Managing Agent 423 West 55 St, 2nd Floor New York, NY 10019** | | **Licensing rights** | | | | **$69,521.38** |
| **Stancil CPA Attn: Managing Agent 4909 WIndy Hill Drive Raleigh, NC 27609** | | **Accounting fees** | | | | **$21,750.00** |
| **Ticketmaster Attn: Managing Agent 14643 Collections Center Dr Chicago, IL 60693** | | **Business debt** | | | | **$38,763.36** |
| **Truist Bank Attn: Managing Agent or Officer P.O. Box 1626 Wilson, NC 27894** | | **Blanket Lien** | | **$300,000.00** | **$0.00** | **$300,000.00** |

Debtor   **The North Carolina Theatre**          Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Truist Bank Attn: Managing Agent or Officer P.O. Box 1626 Wilson, NC 27894** | | **Credit card debt** | | | | **$135,000.00** |
| **U.S. Small Business Adminiatraton Attn: Managing Agent 2 North Street, Suite 320 Birmingham, AL 35203** | | **Blanket Lien** | | **$150,000.00** | **$83,340.00** | **$66,660.00** |
| **Walter Magazine c/o The Pilot LLC Attn: Managing Agent P.O. Box 58 Southern Pines, NC 28388** | | **Business debt** | | | | **$7,850.00** |
| **WNCN Attn: Managing Agent 33096 Collections Center Dr Chicago, IL 60693** | | **Business debt** | | | | **$20,153.11** |
| **WTVD Attn: Managing Agent 319 Fayetteville Street, Ste 107 Raleigh, NC 27601** | | **Business debt** | | | | **$33,500.00** |

**Fill in this information to identify the case:**

Debtor name **The North Carolina Theatre**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................................................ $    0.00

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................................. $    204,912.94

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............................................................................................... $    204,912.94

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    450,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    1,673,225.91

4.  Total liabilities ........................................................................................................
Lines 2 + 3a + 3b      $    2,123,225.91

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **The North Carolina Theatre**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | **Checking** | **9902** | **$696.12** |
| 3.2. | **Truist Bank** | **Checking** | **1669** | **$1,169.06** |
| 3.3. | **Truist Bank** | **Checking** | **0971** | **$97.12** |
| 3.4. | **First Citizens Bank** | **Checking** | | **$36,973.24** |
| 3.5. | **Stripe** | | | **$977.40** |
| 3.6. | **First Citizens Bank** | **Money Market** | **8653** | **$0.00** |

| Debtor | **The North Carolina Theatre** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | 3.7. | First Citizens Bank | Donations | 1975 | $0.00 |
|---|---|---|---|---|---|

**4.   Other cash equivalents** *(Identify all)*

**5.   Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

> **$39,912.94**

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desks, chairs and other misc. office furniture | **Unknown** | **N/A** | **$2,000.00** |

**40.   Office fixtures**

Debtor  **The North Carolina Theatre**                    Case number (If known) _____
_____
Name

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Computers | Unknown | N/A | $5,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | $7,000.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No
  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  1995 Chevy Truck (not working) | $0.00 | N/A | $500.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
|---|---|

| 49. | **Aircraft and accessories** |
|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |
|---|---|

| 51. | **Total of Part 8.** | $500.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

Debtor  __**The North Carolina Theatre**_____   Case number *(If known)* _____
 Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>   Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>   Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit**<br>   **has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of**<br>   **every nature, including counterclaims of the debtor and rights to**<br>   **set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets,<br>   country club membership<br>   **Costumes, props, baby grand piano, partitions, light**<br>   **panels, sound equipment and other misc. theatre**<br>   **equipment** | $57,500.00 |
|   **Potential ARPA grant** | $100,000.00 |

| 78.  **Total of Part 11.** | |
|---|---|
|   Add lines 71 through 77. Copy the total to line 90. | $157,500.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

Debtor      **The North Carolina Theatre**                              Case number *(If known)* _____
　　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,912.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $157,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $204,912.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $204,912.94 |

**Fill in this information to identify the case:**

Debtor name **The North Carolina Theatre**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Truist Bank** Creditor's Name | Describe debtor's property that is subject to a lien **Blanket Lien** | **$300,000.00** | **$0.00** |

**2.1** **Truist Bank**
Creditor's Name

**Attn: Managing Agent or Officer**
**P.O. Box 1626**
**Wilson, NC 27894**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22/2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Column A: **$300,000.00**
Column B: **$0.00**

---

**2.2** **U.S. Small Business Adminiatraton**
Creditor's Name

**Attn: Managing Agent**
**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/18/2020**
**Last 4 digits of account number**

Column A: **$150,000.00**
Column B: **$83,340.00**

---

Debtor    **The North Carolina Theatre**                              Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $450,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Adminiatraton** **Attn: Managing Agent** **P.O. Box 3981** **Portland, OR 97208** | Line   **2.2** | |

**Fill in this information to identify the case:**

Debtor name **The North Carolina Theatre**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **2.2** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Wake County Dept. of Revenue**<br>**Attn: Managing Agent**<br>**P.O. Box 2331**<br>**Raleigh, NC 27602** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Notice Purposes Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,527.50** |
|---|---|---|---|
| | **6AM City, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 2505**<br>**Greenville, SC 29602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  __Business debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$392.08** |
|---|---|---|---|
| | **Al Conyers**<br>**1225 Harp St**<br>**Raleigh, NC 27604-8008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  __Ticket refund claim__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|
| | **Alan Coats**<br>**131 Wilma St**<br>**Angier, NC 27501-9133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  __Ticket refund claim__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|
| | **Alan Lipson**<br>**2600 Sunnystone Way**<br>**Raleigh, NC 27613-7870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  __Ticket refund claim__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|
| | **Alfred Edward Thompson**<br>**6141 River Landings Dr**<br>**Raleigh, NC 27604-6139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  __Ticket refund claim__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$691.52** |
|---|---|---|---|

**Alice Dunn**
**5100 Deer Creek Trl**
**Raleigh, NC 27616-6507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Allen Kelly**
**1133 Redford Dr.**
**Raleigh, NC 27603-3587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Allen Mask**
**1123 Old Lystra Rd**
**Chapel Hill, NC 27517-9167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Allison Stafford**
**413 Hilltop View St**
**Cary, NC 27513-1685**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,383.04** |
|---|---|---|---|

**Alora Burton**
**657 Lipford Dr**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$691.52** |
|---|---|---|---|

**Amber Garcowski**
**1421 Falls River Ave**
**Raleigh, NC 27614-7704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Amna Cameron**
**121 Skipwyth Cir**
**Cary, NC 27513-2415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Amos Gentry Bullard**
**171 Springmoor Dr**
**Raleigh, NC 27615-4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Amy Deshong**
**6201 Heacham Ct**
**Raleigh, NC 27614-9236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Amy Langdon**
**10176 NC50 Hwy N**
**Angier, NC 27501-8139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Amy Langdon**
**10176 NC50 Hwy N**
**Angier, NC 27501-8139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Amy Moore**
**101 Katie Dr**
**Clayton, NC 27520-5509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Amy Stroud**
**6000 Sentinel Dr**
**Raleigh, NC 27609-3512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Andrea Bosquez Porter**
**1117 N Blount St**
**Raleigh, NC 27604-1301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|
| **Andrea Fox**<br>**3053 Granville Dr**<br>**Raleigh, NC 27609-6917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|
| **Andrew Foshee**<br>**85 Sweet Gum**<br>**Pittsboro, NC 27312-7977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.68 |
|---|---|---|
| **Andrew Fried**<br>**1420 Fawn Ridge Rd Nw**<br>**Concord, NC 28027-9066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|
| **Andy Ammons**<br>**8404 Society Pl**<br>**Raleigh, NC 27615-3190** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|
| **Andy Reyes**<br>**4004 Iron Horse Rd**<br>**Raleigh, NC 27616-5057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|
| **Angela Buffaloe**<br>**945 Buffaloe Rd**<br>**Garner, NC 27529-5186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|
| **Angela Carroll**<br>**1339 Brookhill Dr**<br>**Clayton, NC 27520-5568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Angela Maier**
**1324 Rodessa Run**
**Raleigh, NC 27607-6011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Angela Maier**
**1324 Rodessa Run**
**Raleigh, NC 27607-6011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Anita Wagner**
**101 Silver Bluff St**
**Holly Springs, NC 27540-9392**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Ann Benson**
**12171 Nc 50 Hwy N**
**Willow Spring, NC 27592-8160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**Ann C. Garrard**
**210 Presidents Walk Ln**
**Cary, NC 27519-9305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Ann Grimes**
**1501 Peachtree St**
**Goldsboro, NC 27530-3931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Ann Grimes**
**1501 Peachtree St**
**Goldsboro, NC 27530-3931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  <u>Ticket refund claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The North Carolina Theatre**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$392.08**

| | |
|---|---|
| **Ann Lowe Vodicka**<br>**650 Richardson Rd**<br>**Pittsboro, NC 27312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$392.08**

| | |
|---|---|
| **Ann Lowe Vodicka**<br>**650 Richardson Rd**<br>**Pittsboro, NC 27312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$552.56**

| | |
|---|---|
| **Ann McKenzie**<br>**112 Boldleaf Ct**<br>**Cary, NC 27513-3812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$552.56**

| | |
|---|---|
| **Ann McKenzie**<br>**112 Boldleaf Ct**<br>**Cary, NC 27513-3812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$459.84**

| | |
|---|---|
| **Ann Ritter**<br>**320 Hillcrest Drive**<br>**Chocowinity, NC 27817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$784.16**

| | |
|---|---|
| **Ann W. Hill**<br>**150 Lands End Rd Apt A23**<br>**Morehead City, NC 28557-8992** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$100,000.00**

| | |
|---|---|
| **Anna Churchill**<br>**Synergy Face & Body**<br>**8300 Health Park #229**<br>**Raleigh, NC 27615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.41**

Nonpriority creditor's name and mailing address

**Anna Moore**
**2226 Whitman Rd**
**Raleigh, NC 27607-6649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.42**

Nonpriority creditor's name and mailing address

**Anne Louise Lord**
**1014 James Pl**
**Raleigh, NC 27605-1106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.43**

Nonpriority creditor's name and mailing address

**Anne Morrell**
**232 Woodstaff Ave.**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.44**

Nonpriority creditor's name and mailing address

**Anne Royster**
**399 Waverly Hills Dr**
**Cary, NC 27519-9776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

**3.45**

Nonpriority creditor's name and mailing address

**Annette Barros**
**1000 Old Mill Creek Ct**
**Raleigh, NC 27614-7199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

**3.46**

Nonpriority creditor's name and mailing address

**AnnMarie Garza**
**8306 Mourning Dove Rd**
**Raleigh, NC 27615-3018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

**3.47**

Nonpriority creditor's name and mailing address

**April Young**
**1436 Spring Garden Drive**
**Morrisville, NC 27560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$302.23

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**April Young Blackwell**
**8612 Stonechase Dr**
**Raleigh, NC 27613-6999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |
|---|---|---|---|

**Atha Price**
**1407 Knollwood Dr Nw**
**Wilson, NC 27896-1513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$273.49** |
|---|---|---|---|

**Atlas Stage Works**
**Attn: Managing Agent**
**3911 Beryl Road**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Aubrey Kerr Walker**
**PO Box 1161**
**Clayton, NC 27528-1161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
|---|---|---|---|

**Audrey Garrett**
**78 Willowcroft Ct**
**Dunn, NC 28334-6278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.12** |
|---|---|---|---|

**Ayden Lee**
**812 Cooper Branch Rd**
**Clayton, NC 27520-4362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Barbara E. Trapnell**
**106 Lomond Ln**
**Cary, NC 27518-9747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.55**

Nonpriority creditor's name and mailing address

**Barbara Elish**
**1004 Cuthbert Ln**
**Durham, NC 27703-0289**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.56**

Nonpriority creditor's name and mailing address

**Barbara Glasgow**
**801 N Wakefield St**
**Zebulon, NC 27597-2342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.57**

Nonpriority creditor's name and mailing address

**Barbara Harris**
**10812 Laurnet Pl**
**Raleigh, NC 27614-8990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.58**

Nonpriority creditor's name and mailing address

**Barbara Jean**
**1181 Saint Cloud Loop**
**Apex, NC 27523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.59**

Nonpriority creditor's name and mailing address

**Barbara Knott**
**1315 Still Monument Way**
**Raleigh, NC 27603-3493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.60**

Nonpriority creditor's name and mailing address

**Barbara Marley**
**120 Spring Hollow Ln**
**Cary, NC 27518-9726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.61**

Nonpriority creditor's name and mailing address

**Barbara Raess**
**1164 Saint Cloud Loop**
**Apex, NC 27523-6113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Barry Gobble**
**702 Quarry Street**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Becky Farmer**
**2509 Fairview Rd**
**Raleigh, NC 27608-1327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Becky Raynor**
**1808 Greenwood St**
**Elizabethtown, NC 28337-9146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Belinda Hiltbruner**
**1010 Gallop Dr**
**Clayton, NC 27520-8482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $604.46 |
|---|---|---|---|

**Ben Parrish**
**217 Change St.**
**New Bern, NC 28560-4906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Beth Brinson**
**305 Kensington Dr**
**Tarboro, NC 27886-1909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Beth Chappell**
**3712 Jordan Shires Dr**
**New Hill, NC 27562-9334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214.52**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Beth Ryals**
**5232 Banks Haven Ct**
**Raleigh, NC 27603-8957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Betsy Brian Rollins**
**161 Montrose Dr**
**Durham, NC 27707-3900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Betsy Eble**
**170 T C Justice Rd**
**Pittsboro, NC 27312-7876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.76 |
|---|---|---|---|

**Betsy J Justice**
**145 Lake Pine Dr**
**Cary, NC 27511-4377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

**Betsy T. Douglass**
**7900 Rooksley Ct**
**Raleigh, NC 27615-4712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Bettie Long**
**1298 Bethlehem School Rd**
**Hickory, NC 28601-9379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Betty Boyd Hardy**
**1760 Hasentree Villa Ln**
**Wake Forest, NC 27587-1738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Betty Byrum**
**441 Kings Hollow Dr**
**Raleigh, NC 27603-9469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.83** | Nonpriority creditor's name and mailing address
Betty P. Moore
1520 Springmoor Cir
Raleigh, NC 27615-5704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.84** | Nonpriority creditor's name and mailing address
Beverly Rust
1202 Pine Valley Dr
New Bern, NC 28562-2938

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.85** | Nonpriority creditor's name and mailing address
Bill Brewer
8313 Castine Ct
Raleigh, NC 27613-4311

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.86** | Nonpriority creditor's name and mailing address
Bill Stokes
906 Wellstone Cir
Apex, NC 27502-8532

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.87** | Nonpriority creditor's name and mailing address
Bill Taylor
3711 Exchange Glenwood Place #220
Raleigh, NC 27612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.88** | Nonpriority creditor's name and mailing address
Billie Jo Cockman
1305 Slatestone Ct
Raleigh, NC 27615-4382

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,074.56**

---

**3.89** | Nonpriority creditor's name and mailing address
Billie Jo Cockman
1305 Slatestone Ct
Raleigh, NC 27615-4382

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Billy Su**
**1937 Leben St**
**Apex, NC 27502-4418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Blanche Nichols**
**1216 Fernglen Pl**
**Cary, NC 27511-3894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,457.00**

**Blink Facility Solutions**
**Attn: Managing Agent**
**P.O. Box 91162**
**Raleigh, NC 27675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bob Brandt**
**4108 Windsor Pl**
**Raleigh, NC 27609-5964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bob Wrisley**
**6810 Gloucester Rd**
**Raleigh, NC 27612-2432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bobbie W. Furr**
**708 Dartmouth Rd**
**Raleigh, NC 27609-5942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Bonnie Latham**
**4603 Yadkin Dr**
**Raleigh, NC 27609-5570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bonnie Medinger**
**701 Brookfield Rd**
**Raleigh, NC 27615-1408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Bonnie Mulfinger**
**501 Redhill Rd**
**Holly Springs, NC 27540-6282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bonnie Stem**
**11625 Midlavian Dr.**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Bonnie Wolf**
**3900 Westwood Pl**
**Raleigh, NC 27613-1563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Boyd Wilson**
**1109 Fernglen Pl**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

**Brandie Beebe**
**3936 Wendell Blvd**
**Wendell, NC 27591-6940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Brandie Littlefield**
**210 West Wyatts Pond Ln.**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Brant T. Massey**
**822 Knight Dr**
**Durham, NC 27712-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$459.84** |
|---|---|---|---|

**Brenda Woodley**
**2301 Riley Rd**
**Kinston, NC 28504-1439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Brenda Wright**
**105 Student Pl**
**Durham, NC 27713-6067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Brian Belvin**
**8805 Zeigler Dr**
**Knightdale, NC 27545-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Brian Field**
**5508 Hunter Hollow Dr**
**Raleigh, NC 27606-9371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Bridgette Williamson**
**43 Barnes St**
**Greenville, NC 27858-6102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Bruce Hudson**
**PO Box 108**
**Falcon, NC 28342-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.42** |
|---|---|---|---|
| | **Bruce Reed**<br>**1108 Coram Fields Rd**<br>**Wake Forest, NC 27587-5186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Bruce Tompkins**<br>**8305 WYCOMBE RIDGE WAY**<br>**WAKE FOREST, NC 27587-5415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32** |
|---|---|---|---|
| | **Bryan Latham**<br>**8009 Windsor Way**<br>**Elon, NC 27244-9411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Bryan Mercer**<br>**4805 Tannenhill Trl**<br>**Holly Springs, NC 27540-9204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Bryant Woodall**<br>**6440 Camellia Creek Dr**<br>**Raleigh, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.76** |
|---|---|---|---|
| | **Camille Mceachren**<br>**PO Box 27**<br>**Vanceboro, NC 28586-0027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Candace MacNaughton**<br>**6905 Mere View Ct**<br>**Raleigh, NC 27606-9023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The North Carolina Theatre** _____   Case number *(if known)* _____
Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Carl Dawson**
**5605 Maram Ct**
**Raleigh, NC 27609-3870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Carl Worstell**
**229 Curragh Cove**
**Fuquay Varina, NC 27526-8798**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Carla Frederick**
**4301 Iyar Way**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Carlene Mcintyre**
**1255 Davis Rd**
**Garland, NC 28441-9083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.93 |

**Carlton Heating & Air**
**Attn: Managing Agent**
**6622 Old Wake Forest Road**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Carol Ellis**
**1823 Stage Road**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Carol Fussell**
**828 Swan Neck Ln**
**Raleigh, NC 27615-3764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Carol Hagy**
**6112 Chatford Dr**
**Raleigh, NC 27612-6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Carol Hagy**
**6112 Chatford Dr**
**Raleigh, NC 27612-6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**Carol Huckle**
**650 Cedar Point Blvd**
**Cedar Point, NC 28584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |
|---|---|---|---|

**Carol Kump**
**133 Dry Gully Ct**
**Wake Forest, NC 27587-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $689.76 |
|---|---|---|---|

**Carol Kump**
**133 Dry Gully Ct**
**Wake Forest, NC 27587-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Carol Neri**
**308 Bordeaux Ln.**
**Cary, NC 27511-6467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Carol Randall**
**227 Beckingham Loop**
**Cary, NC 27519-6374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16**

**Carol Sanchez**
**200 Woodstaff Ave**
**Wake Forest, NC 27587-9802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56**

**Carol Walker**
**7011 Pine Hill Rd**
**Durham, NC 27707-9574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$392.08**

**Carole Guld**
**3415 Sir Colleton Ct**
**Raleigh, NC 27612-4186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$588.12**

**Carole Wagner**
**3413 Ebenezer Church Rd**
**Raleigh, NC 27612-4117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16**

**Caroline Taylor**
**1121 Parkridge Ln Apt 109**
**Raleigh, NC 27605-3224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56**

**Carolyn Ambrose**
**412 Creek Rd**
**Bath, NC 27808-9359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16**

**Carolyn Peebles**
**3106 Venus Dr**
**Raleigh, NC 27604-4115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address
**Carolyn S. Leith**
6005 Castlebrook Dr
Raleigh, NC 27604-5927

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.140** | Nonpriority creditor's name and mailing address
**Catherine Daubert**
807 Carpenter Town Ln
Cary, NC 27519

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,074.56**

---

**3.141** | Nonpriority creditor's name and mailing address
**Catherine Grayson**
245 NE 69th St.
Oak Island, NC 28465

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.142** | Nonpriority creditor's name and mailing address
**Catherine Grayson**
245 NE 69th St.
Oak Island, NC 28465

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$459.84**

---

**3.143** | Nonpriority creditor's name and mailing address
**Catherine Ormsby**
293 Godfrey Branch Rd
Swansboro, NC 28584-8185

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.144** | Nonpriority creditor's name and mailing address
**Catherine Smith**
204 Merwin Rd.
Raleigh, NC 27606-2635

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$882.18**

---

**3.145** | Nonpriority creditor's name and mailing address
**Cathleen Plaut**
8628 Reindeer Moss Dr
Wake Forest, NC 27587-4836

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address

**Cathryn Parsons**
**817 Lake Royale**
**Louisburg, NC 27549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,176.24**

---

**3.147** | Nonpriority creditor's name and mailing address

**Cathy Pratt**
**4600 Crabtree Pines Ln**
**Raleigh, NC 27612-3953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.148** | Nonpriority creditor's name and mailing address

**Celito Communications, LLC**
**Attn: Managing Agent**
**P.O. Box 37129**
**Raleigh, NC 27627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,573.01**

---

**3.149** | Nonpriority creditor's name and mailing address

**Centerplate at Raleigh Convention**
**Attn: Managing Agent**
**500 S. Salisbury Street**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,508.84**

---

**3.150** | Nonpriority creditor's name and mailing address

**Chanda Branch**
**2112 Lake Trout Ln**
**Raleigh, NC 27610-5563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.151** | Nonpriority creditor's name and mailing address

**Chante Thompson**
**309 Holtz Ln**
**Cary, NC 27511-3509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$980.20**

---

**3.152** | Nonpriority creditor's name and mailing address

**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address
**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.154** | Nonpriority creditor's name and mailing address
**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.155** | Nonpriority creditor's name and mailing address
**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.156** | Nonpriority creditor's name and mailing address
**Charles W. Stuber**
**1800 Manuel St**
**Raleigh, NC 27612-5510**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.157** | Nonpriority creditor's name and mailing address
**Charlie Mann**
**102 Bronzewood Ct**
**Cary, NC 27518-8637**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.158** | Nonpriority creditor's name and mailing address
**Cheryl Difiore**
**729 Bennington Dr**
**Raleigh, NC 27615-1202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.159** | Nonpriority creditor's name and mailing address
**Cheryl Theriault**
**424 Emerson Dr.**
**Raleigh, NC 27609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.84**
---|---|---|---

**Cheryle Prater**
**1617 Adonis Blue Way**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.84**

**Cheryle Prater**
**1617 Adonis Blue Way**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Chris Hicks**
**PO Box 93**
**Timberlake, NC 27583-0093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Chris Hrnicek**
**110 Balzac Ct**
**Cary, NC 27511-6398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.54**

**Chris Seamster**
**6304 Godfrey Drive**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Christene Bellopatrick**
**2216 Stonerose Cir**
**Raleigh, NC 27606-8706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Christine Higgins**
**109 Presley Snow Ct**
**Holly Springs, NC 27540-4710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address

**Christine L. Andrade**
**7504 Pats Branch Dr**
**Raleigh, NC 27612-7319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.168** | Nonpriority creditor's name and mailing address

**Christine Lawless**
**112 Estes Drive Ext Apt A**
**Carrboro, NC 27510-1472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.169** | Nonpriority creditor's name and mailing address

**Christine Stilley**
**301 Fayetteville Street**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$690.70**

---

**3.170** | Nonpriority creditor's name and mailing address

**Christopher Coughlin**
**803 Holt Dr**
**Raleigh, NC 27608-2333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.28**

---

**3.171** | Nonpriority creditor's name and mailing address

**Christopher Leazer**
**3208 Signature Ln**
**Raleigh, NC 27606-4500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.172** | Nonpriority creditor's name and mailing address

**Cindy Ballenger**
**440 Center Court Dr.**
**Boone, NC 28607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.173** | Nonpriority creditor's name and mailing address

**Cindy Ballenger**
**440 Center Court Dr.**
**Boone, NC 28607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.174**

**Nonpriority creditor's name and mailing address**
Cintas
Attn: Managing Agent
P.O. Box 63102
Cincinnati, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,849.53**

---

**3.175**

**Nonpriority creditor's name and mailing address**
City of Raleigh
Attn: Managing Agent
One Exchange Plaza, 10th Floor
Raleigh, NC 27601

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,230.00**

---

**3.176**

**Nonpriority creditor's name and mailing address**
Claire See
1712 Hunting Ridge Rd
Raleigh, NC 27615-7029

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.177**

**Nonpriority creditor's name and mailing address**
Clara L. Hager
1211 Santa Cruz St
Wake Forest, NC 27587-7204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.178**

**Nonpriority creditor's name and mailing address**
Clara L. Hager
1211 Santa Cruz St
Wake Forest, NC 27587-7204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.179**

**Nonpriority creditor's name and mailing address**
Claudia N. Curtis
2207 Wilshire Dr
Durham, NC 27707-2245

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.180**

**Nonpriority creditor's name and mailing address**
Claudia N. Curtis
2207 Wilshire Dr
Durham, NC 27707-2245

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

Debtor **The North Carolina Theatre** _____      Case number (if known) _____
Name

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,230.00 |

**Clean Advertising & Design**
**Attn: Managing Agent**
**806 McCulloch St, Ste 102**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Clif Bullard**
**PO Box 98775**
**Raleigh, NC 27624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |

**Cliff Benson III**
**212 Drummond Dr**
**Raleigh, NC 27609-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**COL (RET) Griffin Lockett**
**597 Mill Creek Church Rd**
**Four Oaks, NC 27524-8029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.42 |

**Connie Liles**
**1314 Pineview Dr**
**Garner, NC 27529-4150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.42 |

**Connie Liles**
**1314 Pineview Dr**
**Garner, NC 27529-4150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,916.92 |

**Cornterstone Custom Printing**
**Attn: Managing Agent**
**149 Claire Drive**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Cort DeVoe**
**1019 Steinbeck Dr**
**Durham, NC 27703-6496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |
|---|---|---|---|

**Courtney S. Penland**
**2608 Bloomsberry Ridge Dr**
**Fuquay Varina, NC 27526-7291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Courtney Tellefsen**
**1209 Indian Trail Dr**
**Raleigh, NC 27609-5439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Craig Anderson**
**3541 Sugarplum Rd**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Craig Fortner**
**3512 Foy Glen Ct**
**Apex, NC 27539-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.65 |
|---|---|---|---|

**Custom Engraving & Trophy**
**Attn: Managing Agent**
**612 North Person Street**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $438.68 |
|---|---|---|---|

**Customer Friends of Integrated Design, P**
**2500 Dawson Mill Run**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

Cynthia Coffey
239 Lafferty St
Durham, NC 27703-0740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Cynthia G. Smith
925 Ravendale Pl
Cary, NC 27513-4297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$777.96**

Cynthia Johnson
2501 Cleveland Rd
Smithfield, NC 27577-8286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Cynthia Johnson
2501 Cleveland Rd
Smithfield, NC 27577-8286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.12**

D. Glenn Pierce
5300 Ten Ten Rd
Apex, NC 27539-8346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Dan Bryson
5744 Heatherstone Dr
Raleigh, NC 27606-9342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Dan Wilson
4804 Latimer Rd
Raleigh, NC 27609-5363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.202**

**Nonpriority creditor's name and mailing address**
**Daniel Fuhrman**
**2644 Ridgewell Ct**
**Raleigh, NC 27613-1660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Daniel L. Thomas**
**3808 Banstead Ct**
**Apex, NC 27539-9111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.204**

**Nonpriority creditor's name and mailing address**
**Daniel Palmieri**
**411 Palace Green**
**Cary, NC 27518-8411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$545.24

---

**3.205**

**Nonpriority creditor's name and mailing address**
**Danielle Ward**
**2352 Noble Rd**
**Raleigh, NC 27608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

**3.206**

**Nonpriority creditor's name and mailing address**
**Darra Samosky**
**1421 Upchurch Woods Dr**
**Raleigh, NC 27603-8019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.207**

**Nonpriority creditor's name and mailing address**
**David Barkhau**
**7004 Spring Ridge Rd**
**Cary, NC 27518-9020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$414.42

---

**3.208**

**Nonpriority creditor's name and mailing address**
**David C. Herring**
**4338 Frink School Rd**
**La Grange, NC 28551-8304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$229.92

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.209**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |
|---|---|---|
| **David C. Herring**<br>4338 Frink School Rd<br>La Grange, NC 28551-8304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.210**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|
| **David Creech**<br>3816 Yadkin Dr<br>Raleigh, NC 27609-6329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.211**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|
| **David DeFoor**<br>109 Perdue St<br>Garner, NC 27529-3021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.212**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.76** |
|---|---|---|
| **David DeFoor**<br>109 Perdue St<br>Garner, NC 27529-3021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.213**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|
| **David Dyer**<br>106 Lively Ct W<br>Cary, NC 27511-5785 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.214**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|
| **David G Eckard**<br>76 Hadley Ln<br>Clayton, NC 27527-7026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.215**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|
| **David Geiss**<br>5617 Turner Glen Drive<br>Raleigh, NC 27603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

David Heuser
8300 Clarks Branch Dr
Raleigh, NC 27613-6977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

David Hill
109 Sumpter Dr
Goldsboro, NC 27534-2355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

David Hirschel
32 Linden St
Waterbury, CT 06702-1301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

David Krum
1012 Meadowbrook Dr
Garner, NC 27529-2826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

David Oates
623 Doddington Dr
Rolesville, NC 27571-9701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

David Paul Adams M.D.
115 Kildaire Park Dr Ste 301
Cary, NC 27518-8144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

David Smith
2201 Lodestar Dr
Raleigh, NC 27615-2524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.223**

**Nonpriority creditor's name and mailing address**
**David Wall**
**1304 Silent Brook Rd**
**Wake Forest, NC 27587-5501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.224**

**Nonpriority creditor's name and mailing address**
**David Wyly**
**108 N Virginia St**
**Goldsboro, NC 27530**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$537.34**

---

**3.225**

**Nonpriority creditor's name and mailing address**
**Dawn Pappas**
**1012 Prairie Smoke St**
**Wake Forest, NC 27587-3853**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.226**

**Nonpriority creditor's name and mailing address**
**Dayna Portis**
**67 Ashley Woods Ct.**
**Clayton, NC 27527**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.227**

**Nonpriority creditor's name and mailing address**
**Debbie Hammersla**
**8620 Bournemouth Drive**
**Raleigh, NC 27615**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$175,000.00**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**Debbie Hammersla**
**8620 Bournemouth Dr**
**Raleigh, NC 27615-2008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

**3.229**

**Nonpriority creditor's name and mailing address**
**Debbie Hammersla**
**8620 Bournemouth Dr**
**Raleigh, NC 27615-2008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address
**Debbie Schulz**
**505 Spruce Hollow Dr**
**Fuquay Varina, NC 27526-8188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$828.84**

---

**3.231** | Nonpriority creditor's name and mailing address
**Debbie Woody**
**1416 Dellwood Dr**
**Raleigh, NC 27607-6717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,568.32**

---

**3.232** | Nonpriority creditor's name and mailing address
**Deborah Brown**
**1344 Regulator St**
**Raleigh, NC 27603-3495**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.233** | Nonpriority creditor's name and mailing address
**Deborah Crooke**
**301 Homegate Cir**
**Apex, NC 27502-3987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.234** | Nonpriority creditor's name and mailing address
**Deborah Cross**
**PO Box 1187**
**Garner, NC 27529-1187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$552.56**

---

**3.235** | Nonpriority creditor's name and mailing address
**Deborah Koenig**
**PO Box 2097**
**Fayetteville, NC 28302-2097**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$552.56**

---

**3.236** | Nonpriority creditor's name and mailing address
**Deborah Lewis**
**4304 Long Branch Trl**
**Raleigh, NC 27604-5950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,176.24**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**
**Deborah Orol**
**10104 Bushveld Ln**
**Raleigh, NC 27613-6146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$588.12**
**Deborah Stockdale**
**13332 Ashford Park Dr**
**Raleigh, NC 27613-4149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**
**Deborah Tippett**
**2701 Tickett Rd**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**
**Debra Buchanan**
**511 Florence St**
**Raleigh, NC 27603-2143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**
**Debra Dunn**
**217 Sailfish Ct**
**Durham, NC 27703-8373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**
**Debra McLamb**
**5432 Den Heider Way**
**Raleigh, NC 27606-9583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**
**Debra McLamb**
**5432 Den Heider Way**
**Raleigh, NC 27606-9583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.244**

**Nonpriority creditor's name and mailing address**
**Debra McLamb**
**5432 Den Heider Way**
**Raleigh, NC 27606-9583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**Debra Pylypiw**
**PO Box 1821**
**Swansboro, NC 28584-1821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$518.64**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**Deena Gilliam**
**204 Maumee Ct**
**Cary, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$438.68**

---

**3.247**

**Nonpriority creditor's name and mailing address**
**Deirdre Jersey**
**829 Shadow Lake Dr**
**Willow Spring, NC 27592-9139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**Delores Parker**
**6408 Gainsborough Dr**
**Raleigh, NC 27612-6617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.249**

**Nonpriority creditor's name and mailing address**
**Denee Oakley**
**3605 Laurel Hills Rd**
**Raleigh, NC 27612-4206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.250**

**Nonpriority creditor's name and mailing address**
**Denise Olson**
**7 Pascal Way**
**Durham, NC 27705-4924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.12**

**Denise Rowe**
**1417 Big Falls Dr**
**Wendell, NC 27591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Denise Williams**
**188 Mallie Pearce Rd**
**Zebulon, NC 27597-6018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Denise Wynn**
**601 Mallory Lane**
**Morrisville, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Dennis Cole**
**384 Bess Dr**
**Clayton, NC 27520-4092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Derreth Kavanagh**
**108 Barons Glenn Way**
**Cary, NC 27513-1781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Diane Hucke**
**10516 Leafwood Pl**
**Raleigh, NC 27613-6306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$873.79**

**Dianna Knight**
**211 Forest Oaks Dr**
**Clayton, NC 27527-5730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address
Dianne Downing
1960 Hornbeck Ct
Raleigh, NC 27614-7048

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.259** | Nonpriority creditor's name and mailing address
Disney Theatrical Group
Attn: Managing Agent
500 S. Buena Vista Street
Burbank, CA 91521

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,764.50

---

**3.260** | Nonpriority creditor's name and mailing address
Don Davis
1305 Downhill Slide Trl.
Raleigh, NC 27614-8231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.261** | Nonpriority creditor's name and mailing address
Don Davis
1305 Downhill Slide Trl.
Raleigh, NC 27614-8231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.262** | Nonpriority creditor's name and mailing address
Don Haire
79 Kylemore Pl
Clayton, NC 27520-1762

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

**3.263** | Nonpriority creditor's name and mailing address
Don Harris
156 Shirley Dr
Cary, NC 27511-3852

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.264** | Nonpriority creditor's name and mailing address
Don Stroud
PO Box 1109
Wake Forest, NC 27588-1109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,568.32

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Don Stroud**
**PO Box 1109**
**Wake Forest, NC 27588-1109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Donald Fraley**
**6804 Greystone Dr**
**Raleigh, NC 27615-7407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Donna Gardner**
**5413 West Oaks Dr**
**Fuquay Varina, NC 27526-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$588.12**

**Donnie Bunn**
**500 Carnoustie Dr**
**Greenville, NC 27858-8131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Dorothy Jennings**
**217 Lake Tillery Dr**
**Cary, NC 27519-9518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Dorothy Schmelzeis**
**202 Glasgow Rd**
**Cary, NC 27511-6518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Doug Grissom**
**6104 Ellis Dr**
**Raleigh, NC 27612-1826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Doug Sutton**
**5236 Knollwood Rd**
**Raleigh, NC 27609-4512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Douglas Ball**
**1401 Aversboro Rd Ste 206**
**Garner, NC 27529-3980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Douglas E. Lam**
**242 Luss Lane**
**Southern Pines, NC 28387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$276.28** |
|---|---|---|---|

**Douglas Hammer**
**1207 Watauga St**
**Raleigh, NC 27604-2035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Douglas Hammer**
**1207 Watauga St**
**Raleigh, NC 27604-2035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|

**Drew Wirtz**
**307 W Franklin St**
**Enfield, NC 27823-1320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Duane Dorsay**
**4801 Westgreen Ct**
**Raleigh, NC 27612-3584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.279**

**Nonpriority creditor's name and mailing address**
Dyanne Miller
1116 Fairway Villas Dr
Wake Forest, NC 27587-5179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.280**

**Nonpriority creditor's name and mailing address**
E.D. Briggs
Attn: Managing Agent
P.O. Box 1188
Fuquay Varina, NC 27526

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$187.69**

---

**3.281**

**Nonpriority creditor's name and mailing address**
Easter Maynard
621 Transylvania Ave
Raleigh, NC 27609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

**3.282**

**Nonpriority creditor's name and mailing address**
Ed Moore
PO Box 20867
Raleigh, NC 27619-0867

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$587.30**

---

**3.283**

**Nonpriority creditor's name and mailing address**
Ed Tucker
5304 Amsterdam Pl
Raleigh, NC 27606-9706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.284**

**Nonpriority creditor's name and mailing address**
Edie Webb
121 Lake Boone Tr.
Raleigh, NC 27608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.285**

**Nonpriority creditor's name and mailing address**
Edward Gainor
5609 Farmridge Road
Raleigh, NC 27617

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$414.42**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Edward Hillings**
**620 Wade Ave. Unit 502**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.35**

**Edward Wase**
**6000 Glenview Garden Place**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$726.26**

**Edythe Poyner**
**2701 Glenwood Gardens Ln #303**
**Raleigh, NC 27608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.20**

**Eileen Davison**
**7031 Drewry Virginia Line Rd**
**Manson, NC 27553-9138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.28**

**Eileen Davison**
**7031 Drewry Virginia Line Rd**
**Manson, NC 27553-9138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Eileen Gunther**
**10504 Tree Bark Ct.**
**Raleigh, NC 27613-6313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

**Elaine J. Craig**
**4106 Princess Anne Cir N**
**Wilson, NC 27896-8933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|
| | **Elaine Nisbet**<br>**1100 Vestavia Woods Dr**<br>**Raleigh, NC 27615-4612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|
| | **Elaine Wilson**<br>**1721 Tiffany Bay Ct Unit 301**<br>**Raleigh, NC 27609-5088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Eleanor Jones**<br>**4 Wynmore Dr**<br>**Durham, NC 27713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|
| | **Elisabeth Selig**<br>**2032 Monthaven Dr**<br>**Wake Forest, NC 27587-6548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.39 |
|---|---|---|---|
| | **Elizabeth Almasy**<br>**5816 Shamrock Rd**<br>**Durham, NC 27713-2630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|
| | **Elizabeth Berry**<br>**4501 Revere Dr**<br>**Raleigh, NC 27609-5247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |
|---|---|---|---|
| | **Elizabeth Berry**<br>**4501 Revere Dr**<br>**Raleigh, NC 27609-5247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Elizabeth Cozart**
**303 Hudson St**
**Raleigh, NC 27608-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

**Elizabeth Sager**
**1722 Carl Williamson Rd**
**Raleigh, NC 27610-9774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,176.24**

**Elizabeth White**
**751 Peakland Pl**
**Raleigh, NC 27604-3085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$691.52**

**Elizabeth Zucker**
**11212 Brass Kettle Rd**
**Raleigh, NC 27614-8443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,176.24**

**Ella Colborn**
**3812 Langley Dr**
**Durham, NC 27705-1843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Ellen Blair**
**7808 Senter Farm Rd**
**Apex, NC 27539-9788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32**

**Eloise Sheats**
**4701 Joseph Michael Ct**
**Raleigh, NC 27606-9647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Emad Khatib**
**3929 Sunridge Rd**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,098.00 |
|---|---|---|---|

**Enterprise Rent a Car**
**Attn: Managing Agent**
**4817 Hergrove Rd, Ste 200**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,383.04 |
|---|---|---|---|

**Eric Jensen**
**108 Oxford Creek Rd**
**Cary, NC 27519-9756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Erica Grantmyre**
**1308 Bloomingdale Dr**
**Cary, NC 27511-5933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Erica Grantmyre**
**1308 Bloomingdale Dr**
**Cary, NC 27511-5933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Erika Rosenthal**
**2524 Tuscany Woods Ct**
**Raleigh, NC 27612-2939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |
|---|---|---|---|

**Erin Marshall**
**1609 Keyworth Ct**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

Erin Marshall
1609 Keyworth Ct
Raleigh, NC 27612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

Eura Gaskins
612 Lakestone Dr
Raleigh, NC 27609-6340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

Fabio F. De Contreras
1521 Poets Glade Dr
Apex, NC 27523-6251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

Faye Watkins
613 Old Farm Rd
Raleigh, NC 27606-2245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.50 |
|---|---|---|---|

Fedex
Attn: Managing Agent
3965 Airway, Module G
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

Floyd Cook
103 Ripley Ct
Cary, NC 27513-5121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

Fran Melia
111 Fallsworth Dr
Cary, NC 27513-5102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address**<br>**Fran Rudick**<br>**1500 River Mill Dr Apt 203**<br>**Wake Forest, NC 27587-6275**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$276.28** |
| 3.322 | **Nonpriority creditor's name and mailing address**<br>**Frances Bobbie**<br>**4933 Cremshaw Ct**<br>**Raleigh, NC 27614-8322**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.323 | **Nonpriority creditor's name and mailing address**<br>**Frances Turner**<br>**5017 Clowser Minnow Ct**<br>**Wake Forest, NC 27587**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.324 | **Nonpriority creditor's name and mailing address**<br>**Frances Turner**<br>**5017 Clowser Minnow Ct**<br>**Wake Forest, NC 27587**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.325 | **Nonpriority creditor's name and mailing address**<br>**Frances Turner**<br>**5017 Clowser Minnow Ct**<br>**Wake Forest, NC 27587**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.326 | **Nonpriority creditor's name and mailing address**<br>**Francis "Frank" Werner**<br>**26 Kollinova Dr**<br>**Clayton, NC 27527-4271**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$691.52** |
| 3.327 | **Nonpriority creditor's name and mailing address**<br>**Frederick Cubbage**<br>**1025 Kingsway Dr**<br>**Apex, NC 27502-8946**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Gail Duncan**
**204 Glasgow Rd**
**Cary, NC 27511-6518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Gail Duncan**
**204 Glasgow Rd**
**Cary, NC 27511-6518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Gail Willard**
**704 Runnymede Rd**
**Raleigh, NC 27607-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Gary Bowman**
**3342 Lake Boone Trl**
**Raleigh, NC 27607-6748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**Gary Travis**
**3904 Capital Blvd**
**Raleigh, NC 27604-3412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**Genia Tyson Bone**
**3509 S Meade Pl Nw**
**Wilson, NC 27896-9611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Geoff Grisso**
**PO Box 1419**
**Washington, NC 27889-1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.335**

**Nonpriority creditor's name and mailing address**
**George Betts**
**2140 Castle Pines Dr**
**Raleigh, NC 27604-5440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.336**

**Nonpriority creditor's name and mailing address**
**George Budd**
**8445 Secreto Dr**
**Raleigh, NC 27606-0031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.337**

**Nonpriority creditor's name and mailing address**
**George DeLoache**
**504 Chesterfield Rd**
**Raleigh, NC 27608-1016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.338**

**Nonpriority creditor's name and mailing address**
**Georgia Meckes**
**1765 Town Home Dr**
**Apex, NC 27502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.339**

**Nonpriority creditor's name and mailing address**
**Gerald Haegele**
**5317 Bent Leaf Dr**
**Raleigh, NC 27606-9085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.340**

**Nonpriority creditor's name and mailing address**
**Gerald McLaughlin**
**232 Shillings Chase Dr**
**Cary, NC 27518-6483**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.341**

**Nonpriority creditor's name and mailing address**
**GFL Environmental**
**Attn: Managing Agent**
**P.O. Box 791519**
**Baltimore, MD 21279**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,281.83**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $828.84 |
|---|---|---|---|

**Gil Wood**
**10609 Charlesgate Ct**
**Raleigh, NC 27614-6509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $518.64 |
|---|---|---|---|

**Ginger Rice**
**2720 Lautenberg Ln**
**Willow Spring, NC 27592-8634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $414.42 |
|---|---|---|---|

**Glen Wall**
**555 Zachary Way**
**Garner, NC 27529-8194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $689.76 |
|---|---|---|---|

**Glenda Adams**
**1900 Partridge Berry Dr**
**Raleigh, NC 27606-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $459.84 |
|---|---|---|---|

**Glenda Adams**
**1900 Partridge Berry Dr**
**Raleigh, NC 27606-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $784.16 |
|---|---|---|---|

**Glenn Kort**
**411 Heralds Way**
**Cary, NC 27519-6493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $784.16 |
|---|---|---|---|

**Gloria Davis**
**728 Lakestone Dr**
**Raleigh, NC 27609-6342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229.92**

Gloria Drolet
116 Dancing Shoes Ct
Clayton, NC 27520-4340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Gloria Pleasant
925 Mulberry Rd
Clayton, NC 27520-2129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Gordon Brown
302 Nine Gates Rd.
Chapel Hill, NC 27516-5548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Gordon Miller
1006 Lake Path Rd
Willow Spring, NC 27592-9136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

Grace Ramsey
1832 Old Milburnie Rd
Raleigh, NC 27604-9638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Grace Ramsey
1832 Old Milburnie Rd
Raleigh, NC 27604-9638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.32**

Greg Stenzel
1400 Kings Lassiter Way
Raleigh, NC 27614-8736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$518.64**

**Greg Stenzel**
**1400 Kings Lassiter Way**
**Raleigh, NC 27614-8736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.32**

**Greg Stenzel**
**1400 Kings Lassiter Way**
**Raleigh, NC 27614-8736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Gregory Keller**
**7741 Cullingtree Ln**
**Wake Forest, NC 27587-9624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Gregory Mayes**
**912 Havens Edge Ct.**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Gwen Harris**
**7343 Sweet Bay Ln**
**Raleigh, NC 27615-6225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Hailey Hennessy**
**7000 Regency Parkway**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$588.12**

**Harold Bardill**
**179 Egret Pt**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The North Carolina Theatre**
_____
                Name

Case number (if known) _____

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Harold Hingley III**
**404 Rice Ln**
**Havelock, NC 28532-1740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Harry Albert**
**105 Gatestone Ct**
**Cary, NC 27518-7803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Heather Kent**
**7604 Coppersmith Ct.**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.20 |
|---|---|---|---|

**Heather M. Monroe**
**2211 Yorkgate Dr**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Hector Magante**
**1401 Coopershill Dr Apt 308**
**Raleigh, NC 27604-4527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.40 |
|---|---|---|---|

**Helen DiPietro**
**1137 Shadyside Dr**
**Raleigh, NC 27612-2402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Helen Vick**
**200 Hawkesburg Dr**
**Clayton, NC 27527-8343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.370**
Nonpriority creditor's name and mailing address
**Heritage High School**
**Attn: Managing Agent**
**110 Corning Road**
**Cary, NC 27518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,675.00**

---

**3.371**
Nonpriority creditor's name and mailing address
**Hilda Zimmer**
**700 Buffaloe Rd**
**Garner, NC 27529-5125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$588.12**

---

**3.372**
Nonpriority creditor's name and mailing address
**Holly Carroll**
**2989 Club Dr**
**Raleigh, NC 27613-1277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.373**
Nonpriority creditor's name and mailing address
**Howard Kaufman**
**1310 Queensferry Rd**
**Cary, NC 27511-6568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$864.40**

---

**3.374**
Nonpriority creditor's name and mailing address
**Howard Margulies**
**8821 Leeshire Ln**
**Raleigh, NC 27615-6568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.375**
Nonpriority creditor's name and mailing address
**Huldah Lindsey**
**105 New Faison Ln**
**Knightdale, NC 27545-9754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.376**
Nonpriority creditor's name and mailing address
**Ian Miller**
**1105 Country Ridge Dr**
**Raleigh, NC 27609-5422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| | Name | | |

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|
| | **Ian Shields**<br>**318 Polk St**<br>**Raleigh, NC 27604-1250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,170.00** |
|---|---|---|---|
| | **iHeartMedia**<br>**Attn: Managing Agent**<br>**P.O. Box 406372**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Business debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00** |
|---|---|---|---|
| | **INDY Week**<br>**Attn: Managing Agent**<br>**P.O. Box 1772**<br>**Durham, NC 27702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Business debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|
| | **Inna Shapiro**<br>**112 Chesley Ln**<br>**Chapel Hill, NC 27514-1459** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|
| | **Ira Parkman**<br>**7029 Millstone Ridge Ct**<br>**Raleigh, NC 27614-6535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32** |
|---|---|---|---|
| | **Iris Pritchard**<br>**2101 Ridge Rd.**<br>**Raleigh, NC 27607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$980.20** |
|---|---|---|---|
| | **Ivey Thigpen**<br>**403 Azure Ct**<br>**Laurinburg, NC 28352-3501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$588.12** |
|---|---|---|---|

**J D Wagner**
**8008 Crookneck Dr**
**Angier, NC 27501-6094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$588.12** |
|---|---|---|---|

**J. Gray McAllister III**
**212 Cedar Breeze Ln**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Jack Boyne**
**807 Harvey St.**
**Raleigh, NC 27608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|

**Jack Hart**
**112 Mantle Drive**
**Clayton, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,176.24** |
|---|---|---|---|

**Jack Tiger**
**1005 Saint Emilion Ct**
**Apex, NC 27502-1890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|

**James Coleman**
**3372 North Pitt St**
**Farmville, NC 27828-1677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32** |
|---|---|---|---|

**James E. Thiem**
**634 N Blount St**
**Raleigh, NC 27604-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|---|

**James Entwistle**
**329 Nantahala Lake Way**
**Fuquay Varina, NC 27526-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Hriso**
**347 Bridgegate Dr**
**Cary, NC 27519-7191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Klemenz**
**5124 Wolcott Ct**
**Fuquay Varina, NC 27526-8465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Knopp**
**1316 Lincoln Mill**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**James M. Taylor**
**PO Box 207**
**Vanceboro, NC 28586-0207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**James Newberry**
**2212 Misskelly Dr**
**Raleigh, NC 27612-5817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**James Norris**
**2801 Dunhaven Dr**
**Garner, NC 27529-5109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.398**

**Nonpriority creditor's name and mailing address**

**James Owle**
**2920 Academy St**
**Sanford, NC 27332-6006**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.399**

**Nonpriority creditor's name and mailing address**

**James Stone**
**113 Milby Ct**
**Rocky Mount, NC 27804-7314**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$414.42**

---

**3.400**

**Nonpriority creditor's name and mailing address**

**James Thorpe**
**116 Shady Meadow Ln**
**Clayton, NC 27520-6404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$784.16**

---

**3.401**

**Nonpriority creditor's name and mailing address**

**James Whitley**
**510 Glenwood Ave Apt 407**
**Raleigh, NC 27603-1262**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.402**

**Nonpriority creditor's name and mailing address**

**Jan Silverman**
**210 Glenhaven Dr**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$691.52**

---

**3.403**

**Nonpriority creditor's name and mailing address**

**Jan Southall**
**609 Old Farm Rd**
**Raleigh, NC 27606-2245**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$588.12**

---

**3.404**

**Nonpriority creditor's name and mailing address**

**Jan Wheless**
**222 Harbor Rd**
**Reidsville, NC 27320-9524**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

**$459.84**

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jane Brady**
**PO Box 6473**
**Raleigh, NC 27628-6473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.16**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jane Brocious**
**105 Stagecrest Dr**
**Raleigh, NC 27603-5501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.16**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jane Parker**
**9404 S Mere Ct**
**Raleigh, NC 27615-2319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.16**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jane Scherr**
**3600 Cumberland Creek Road #205**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$392.08**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jane Stober**
**729 Swan Neck Ln**
**Raleigh, NC 27615-6259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$392.08**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Janet Allen**
**7900 Hinton Rd.**
**Wake Forest, NC 27587-8969**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,037.28**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Janet Ruby**
**203 Coltsgate Dr.**
**Cary, NC 27518-8316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.16**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.412** | Nonpriority creditor's name and mailing address
**Janet Sniffin**
103 Twilight Ct
Cary, NC 27513-2839

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$980.20**

---

**3.413** | Nonpriority creditor's name and mailing address
**Janet Watson**
3801 Westridge Circle Dr Ste A
Rocky Mount, NC 27804-3360

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.414** | Nonpriority creditor's name and mailing address
**Janice Brattin**
2301 Spruce Grove Ct
Raleigh, NC 27614-6850

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.415** | Nonpriority creditor's name and mailing address
**Janice Giggey**
10820 Ashland Mill Ct
Raleigh, NC 27617-7766

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.416** | Nonpriority creditor's name and mailing address
**Janice Given**
333 Hamilton St
Roanoke Rapids, NC 27870-2007

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.417** | Nonpriority creditor's name and mailing address
**Janice Pellicore**
4835 Radcliff Rd
Raleigh, NC 27609-5317

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.418** | Nonpriority creditor's name and mailing address
**Janna Whitt**
724 Sarazen Dr
Clayton, NC 27527-3918

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.419**

**Nonpriority creditor's name and mailing address**
**Jarvis Campbell**
**615 Carrington Ln**
**Winterville, NC 28590-9723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$430.78**

---

**3.420**

**Nonpriority creditor's name and mailing address**
**Jason King**
**119 Dalmeny Dr**
**Cary, NC 27513-2815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.421**

**Nonpriority creditor's name and mailing address**
**Jason Shallcross**
**110 Grey Bridge Row**
**Cary, NC 27513-3452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

**3.422**

**Nonpriority creditor's name and mailing address**
**Jay M Brown**
**103 Hebride Ct**
**Cary, NC 27513-4772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.423**

**Nonpriority creditor's name and mailing address**
**Jay Taylor**
**3656 Sleepy Hollow Rd**
**Wake Forest, NC 27587-8301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.424**

**Nonpriority creditor's name and mailing address**
**Jean M. Gursin**
**918 Belhaven Rd**
**Cary, NC 27513-3918**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.425**

**Nonpriority creditor's name and mailing address**
**Jean Morin**
**192 Waterpine Dr**
**Garner, NC 27529-7177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address

**Jean Sander**
**1504 Cooper Falls Ln**
**Raleigh, NC 27614-8792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$414.42

---

**3.427** | Nonpriority creditor's name and mailing address

**Jeanne Walther**
**1717 River Bend Ln**
**Raleigh, NC 27610-9413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.428** | Nonpriority creditor's name and mailing address

**Jeff Scroggs**
**2722 Van Dyke Ave**
**Raleigh, NC 27607-7147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.429** | Nonpriority creditor's name and mailing address

**Jeff Weatherspoon**
**6404 Sassafras Ln**
**Raleigh, NC 27614-9210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,568.32

---

**3.430** | Nonpriority creditor's name and mailing address

**Jeffrey Endrusick**
**7032 Hasentree Club Dr.**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

**3.431** | Nonpriority creditor's name and mailing address

**Jeffrey P. Howsam**
**4917 N. Hills Dr.**
**Raleigh, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.432** | Nonpriority creditor's name and mailing address

**Jennell Little**
**818 Northbrook Dr**
**Raleigh, NC 27609-5516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Jennette Yates**
**45 Remington Ct**
**Youngsville, NC 27596-8730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |
|---|---|---|---|

**Jennie Barringer**
**3109 Sun Dr**
**Raleigh, NC 27614-9225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Jennie Everett**
**6513 Pulleytown Rd**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Jennifer Mcclendon**
**513 Wild Rose Ct**
**Raleigh, NC 27615-3165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$482.67** |
|---|---|---|---|

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.08** |
|---|---|---|---|

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.04** |
|---|---|---|---|

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.440**

**Nonpriority creditor's name and mailing address**
Jennifer Persson
217 Azalea View Way
Holly Springs, NC 27540-5416

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$375.41**

---

**3.441**

**Nonpriority creditor's name and mailing address**
Jennifer Wheeler
520 Golden Plum Ln
Zebulon, NC 27597-9267

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.442**

**Nonpriority creditor's name and mailing address**
Jeremy Gupton
3720 Dusty Ln
Raleigh, NC 27604-4231

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.443**

**Nonpriority creditor's name and mailing address**
Jeremy Hart
2151 Goldston Carbonton Rd
Goldston, NC 27252-9484

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.444**

**Nonpriority creditor's name and mailing address**
Jerry Monday
400 Hillandale Dr
Raleigh, NC 27609-7037

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.445**

**Nonpriority creditor's name and mailing address**
Jerry Morris
1318 Farm View Rd
Hillsborough, NC 27278-9400

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.446**

**Nonpriority creditor's name and mailing address**
Jerry Smith
501 Woodwind Ct
Raleigh, NC 27614-9623

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.447**

**Nonpriority creditor's name and mailing address**
**Jessica Dixon**
**425 Farmington Woods Dr**
**Cary, NC 27511-5643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$690.70

---

**3.448**

**Nonpriority creditor's name and mailing address**
**Jessica Murray**
**2006 Beecham Cir**
**Raleigh, NC 27607-3321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$552.56

---

**3.449**

**Nonpriority creditor's name and mailing address**
**Jewell S. Clark**
**514 5th Ave N**
**Surfside Beach, SC 29575-3958**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$459.84

---

**3.450**

**Nonpriority creditor's name and mailing address**
**Jewell S. Clark**
**514 5th Ave N**
**Surfside Beach, SC 29575-3958**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$459.84

---

**3.451**

**Nonpriority creditor's name and mailing address**
**Jill Heath**
**2004 Buckingham Rd**
**Raleigh, NC 27607-3113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$345.76

---

**3.452**

**Nonpriority creditor's name and mailing address**
**Jill Heath**
**2004 Buckingham Rd**
**Raleigh, NC 27607-3113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$345.76

---

**3.453**

**Nonpriority creditor's name and mailing address**
**Jill Pike**
**7911 Footman Way**
**Raleigh, NC 27615-4381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$552.56

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.454**

**Nonpriority creditor's name and mailing address**

**Jim VanKirk**
**2345 Airline Dr.**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$430.78**

---

**3.455**

**Nonpriority creditor's name and mailing address**

**Jimmy Gurley**
**PO Box 90515**
**Raleigh, NC 27675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$406.26**

---

**3.456**

**Nonpriority creditor's name and mailing address**

**Joan Drucker**
**49 Birnham Ln**
**Durham, NC 27707-5174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.457**

**Nonpriority creditor's name and mailing address**

**Joan Fletcher**
**21 Cotswold Pl**
**Durham, NC 27707-5514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.458**

**Nonpriority creditor's name and mailing address**

**Joann Miller**
**10359 Nash**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.459**

**Nonpriority creditor's name and mailing address**

**Joanna Alevizatos**
**2809 Polesdon Ct**
**Raleigh, NC 27615-3973**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.460**

**Nonpriority creditor's name and mailing address**

**Joanne Fruth**
**195 Lynn Smith Rd.**
**Semora, NC 27343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jodi Anderson**
**8420 Lentic Ct**
**Raleigh, NC 27615-4964**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jody Frank**
**3720 Sparrow Pond Ln**
**Raleigh, NC 27606-8499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Alexander Jr.**
**2809 Manning Pl**
**Raleigh, NC 27608-1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Boyne**
**1800 Park Dr**
**Raleigh, NC 27605-1613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Buben**
**108 White Lake Ct**
**Cary, NC 27519-9510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Byrne**
**333 S Main St**
**Fuquay Varina, NC 27526-2261**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**John Grover**
**107 Kylie Savannah Ct**
**Cary, NC 27511-3877**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address**<br>**John Gunther**<br>**2222 Valley Forge Dr**<br>**Raleigh, NC 27615-1800** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$1,176.24**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.469 | **Nonpriority creditor's name and mailing address**<br>**John H. Struss**<br>**617 Webster St**<br>**Cary, NC 27511-3549** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$828.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.470 | **Nonpriority creditor's name and mailing address**<br>**John Kieffer**<br>**104 Hawthorne Ct.**<br>**Havelock, NC 28532-9650** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$784.16**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.471 | **Nonpriority creditor's name and mailing address**<br>**John Kucik**<br>**11217 Emerald Creek Dr**<br>**Raleigh, NC 27617** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$784.16**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.472 | **Nonpriority creditor's name and mailing address**<br>**John Miller**<br>**182 Adrian St**<br>**Holly Springs, NC 27540** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$784.16**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.473 | **Nonpriority creditor's name and mailing address**<br>**John P. Riedy**<br>**1613 Hunting Ridge Rd**<br>**Raleigh, NC 27615-7028** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$1,568.32**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.474 | **Nonpriority creditor's name and mailing address**<br>**John Poole**<br>**102 Inlet Ct**<br>**Emerald Isle, NC 28594-2011** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$459.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Puzak**
**6113 Leesburg Ln**
**Raleigh, NC 27617-8319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Stewart**
**217 Waterford Park Ln**
**Raleigh, NC 27615-2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Johnny Beal**
**2625 Poole Rd**
**Raleigh, NC 27610-2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jolee Faison**
**3301 Flat River Dr**
**Durham, NC 27703-7871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jon Anglemyer**
**1174 Poore Farm Rd**
**Chocowinity, NC 27817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,319.76 |
|---|---|---|---|

**Jonathan Shaffer**
**118 Twinberry Ln**
**Garner, NC 27529-5937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |
|---|---|---|---|

**Joseph Brannan**
**3400 Sumner Blvd**
**Raleigh, NC 27616-2950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| | Name | | |

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Joseph E. Agsten**
**2202 Emerson Rd**
**Kinston, NC 28504-1312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Joseph E. Agsten**
**2202 Emerson Rd**
**Kinston, NC 28504-1312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.32 |

**Joseph Grover**
**103 Dairy Glen Rd**
**Chapel Hill, NC 27516-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.20 |

**Joseph Grover**
**103 Dairy Glen Rd**
**Chapel Hill, NC 27516-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Joseph Peacos**
**1302 W Ragsdale Rd**
**Greenville, NC 27858-4715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |

**Joseph Supple**
**2028 Englewood Ave**
**Durham, NC 27705-4113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |

**Joyce Rothchild**
**11030 Louson Pl**
**Raleigh, NC 27614-6728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|
| | **JT Austin Production** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **2500 Buckingham Drive** | ☐ Disputed | |
| | **Sanford, NC 27330** | | |
| | | **Basis for the claim:** _Business debt_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Judi Corke** | ☐ Contingent | |
| | **5974 Big Nance Dr** | ☐ Unliquidated | |
| | **Raleigh, NC 27616-5795** | ☐ Disputed | |
| | | **Basis for the claim:** _Ticket refund claim_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Judith Langston** | ☐ Contingent | |
| | **518 Old Dam Rd** | ☐ Unliquidated | |
| | **Selma, NC 27576-8556** | ☐ Disputed | |
| | | **Basis for the claim:** _Ticket refund claim_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Judith Newman** | ☐ Contingent | |
| | **1229 Blenheim Dr** | ☐ Unliquidated | |
| | **Raleigh, NC 27612-5513** | ☐ Disputed | |
| | | **Basis for the claim:** _Ticket refund claim_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|
| | **Judith Wilson** | ☐ Contingent | |
| | **1621 Lake Glen Dr** | ☐ Unliquidated | |
| | **Fuquay Varina, NC 27526-6948** | ☐ Disputed | |
| | | **Basis for the claim:** _Ticket refund claim_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|
| | **Judy Colby** | ☐ Contingent | |
| | **8408 Seagate Dr** | ☐ Unliquidated | |
| | **Raleigh, NC 27615-4433** | ☐ Disputed | |
| | | **Basis for the claim:** _Ticket refund claim_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|
| | **Judy Doss** | ☐ Contingent | |
| | **2720 Townedge Ct** | ☐ Unliquidated | |
| | **Raleigh, NC 27612-4301** | ☐ Disputed | |
| | | **Basis for the claim:** _Ticket refund claim_ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.496**

Nonpriority creditor's name and mailing address

**Judy Doss**
**2720 Townedge Ct**
**Raleigh, NC 27612-4301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.497**

Nonpriority creditor's name and mailing address

**Judy Fitzpatrick**
**30 Arrowhead Dr**
**Hubert, NC 28539-4102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$259.32**

---

**3.498**

Nonpriority creditor's name and mailing address

**Judy Fitzpatrick**
**30 Arrowhead Dr**
**Hubert, NC 28539-4102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$172.44**

---

**3.499**

Nonpriority creditor's name and mailing address

**Judy LeGrand**
**1908 Banbury Rd**
**Raleigh, NC 27608-1120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.500**

Nonpriority creditor's name and mailing address

**Judy Newsome**
**237 Strathburgh Ln**
**Cary, NC 27518-9036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.501**

Nonpriority creditor's name and mailing address

**Judy Rosalez**
**217 Abbey View Way**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$588.12**

---

**3.502**

Nonpriority creditor's name and mailing address

**Judy Shutak**
**1133 Farmers Branch Rd**
**Willow Spring, NC 27592-8971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Julia Mobley
6043 Dolphin Rd
Oriental, NC 28571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

Julie Parenteau
305 Twain Dr
Garner, NC 27529-9567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Julieanna Moeykens
13100 Townfield Drive
Raleigh, NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

June Atkinson
3913 Sunset Maple Ct
Raleigh, NC 27612-4237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00**

K.D. Kennedy
714 W. Johnson Street
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unpaid rent at conservatory__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Karen Coates
318 Weston Estates Way
Morrisville, NC 27560-6990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Karen Daniels
233 South Hillcrest Dr.
Goldsboro, NC 27534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.510**

**Nonpriority creditor's name and mailing address**
**Karen Daniels**
**233 South Hillcrest Dr.**
**Goldsboro, NC 27534**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.511**

**Nonpriority creditor's name and mailing address**
**Karen Gardner**
**2095 Hickory Rock Rd**
**Louisburg, NC 27549-8183**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.512**

**Nonpriority creditor's name and mailing address**
**Karen Riedell**
**1824 Lodestar Dr**
**Raleigh, NC 27615-2602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☐ No ☐ Yes

**$784.16**

---

**3.513**

**Nonpriority creditor's name and mailing address**
**Karen Waller**
**4321 S Mountain Dr**
**Raleigh, NC 27603-9098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$276.28**

---

**3.514**

**Nonpriority creditor's name and mailing address**
**Karin True**
**104 Brannon Court**
**Chapel Hill, NC 27516**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.515**

**Nonpriority creditor's name and mailing address**
**Karlene Turrentine**
**5907 Sentinel Dr**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$414.42**

---

**3.516**

**Nonpriority creditor's name and mailing address**
**Kate Frohman**
**401 Adian Trail, Apt 306**
**Raleigh, NC 27606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.517** | Nonpriority creditor's name and mailing address
**Kate Gerowitz**
**8600 Battom Ct**
**Raleigh, NC 27613-1201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.518** | Nonpriority creditor's name and mailing address
**Kate Hall**
**2312 Pastille Ln**
**Raleigh, NC 27612-2830**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.519** | Nonpriority creditor's name and mailing address
**Kate Longley**
**8013 Pony Pasture Ct**
**Raleigh, NC 27612-7376**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.520** | Nonpriority creditor's name and mailing address
**Katherine Burke**
**9434 Foxgrove Ct**
**Raleigh, NC 27617-8622**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.521** | Nonpriority creditor's name and mailing address
**Katherine Dow**
**115 Loch Vale Ln**
**Cary, NC 27518-9617**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.522** | Nonpriority creditor's name and mailing address
**Kathleen Burkett**
**101 Duckhead Pt**
**Cary, NC 27518-8321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.523** | Nonpriority creditor's name and mailing address
**Kathleen McDermott**
**1409 Kingside Ct**
**Wake Forest, NC 27587-2931**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524** | **Nonpriority creditor's name and mailing address**
**Kathryn A. Davis**
**1514 Kildaire Farm Rd**
**Cary, NC 27511-6552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$345.76

---

**3.525** | **Nonpriority creditor's name and mailing address**
**Kathryn Peay**
**223 Windsor Wynd Pl**
**Fuquay Varina, NC 27526-6629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,176.24

---

**3.526** | **Nonpriority creditor's name and mailing address**
**Kathy Best**
**214 W James St**
**Mount Olive, NC 28365-1629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.527** | **Nonpriority creditor's name and mailing address**
**Kathy Griffin**
**505 E H St**
**Erwin, NC 28339-2208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.528** | **Nonpriority creditor's name and mailing address**
**Kathy Halula**
**1800 Bridgeport Dr**
**Raleigh, NC 27615-4408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.529** | **Nonpriority creditor's name and mailing address**
**Kathy Honeyman**
**5946 Sentinel Dr**
**Raleigh, NC 27609-3510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.530** | **Nonpriority creditor's name and mailing address**
**Kathy Lewis**
**2604 Charenson Pl**
**Raleigh, NC 27614-9860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kathy Millwee**
**8817 Breeland Way**
**Raleigh, NC 27613-5315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kathy Moody**
**2460 Sapphire Valley Dr**
**Raleigh, NC 27604-1491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Kathy Moore**
**3700 Swann St**
**Raleigh, NC 27612-4616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kathy Voss**
**804 Blue Thorn Dr**
**Apex, NC 27539-9106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

**Kay Burgess**
**108 Wildbrook Ct**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Kay Weaver**
**2907 Schooner Lane**
**Grimesland, NC 27837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Keith & Belinda Shannon**
**205 Kentigern Drive**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address
**Keith Bajura**
6032 Drumquin Dr
Raleigh, NC 27614-7163

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.539** | Nonpriority creditor's name and mailing address
**Keith Beamon**
245 Batten Farm Rd
Selma, NC 27576-7167

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.540** | Nonpriority creditor's name and mailing address
**Keith Shannon**
205 Kentigern Dr
Raleigh, NC 27606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

**3.541** | Nonpriority creditor's name and mailing address
**Kelly Alexander**
210 Sunset Drive
Chapel Hill, NC 27516

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

**3.542** | Nonpriority creditor's name and mailing address
**Kelly Anne Fisher**
80 Forest Brook Way
Clayton, NC 27520

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.543** | Nonpriority creditor's name and mailing address
**Kelly Kuss**
7916 Mayapple Pl
Raleigh, NC 27613-4078

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$276.28**

---

**3.544** | Nonpriority creditor's name and mailing address
**Kelsey Slinkard**
216 Whistling Swan Dr
Wake Forest, NC 27587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$828.84**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| | Name | | |

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Ken Dunn**<br>**3813 Wesley Ridge Dr**<br>**Apex, NC 27539-5712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|
| | **Ken Killinger**<br>**158 Westbrook Dr**<br>**Butner, NC 27509-1633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|
| | **Kendra Dillingham**<br>**1533 Laureldale Dr**<br>**Raleigh, NC 27609-3572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Ticket refund claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.73 |
|---|---|---|---|
| | **Kennedy Office Supply**<br>**Attn: Managing Agent**<br>**P.O. Box 40847**<br>**Raleigh, NC 27629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Business debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|
| | **Kenneth Edge**<br>**27 Bailywick Dr**<br>**Clayton, NC 27527-9801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.90 |
|---|---|---|---|
| | **Kenneth R. Marshburn**<br>**145 Clayfield Dr**<br>**Garner, NC 27529-4995** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|
| | **Kent Edwards**<br>**809 Mount Vernon Rd Ste 101**<br>**Raleigh, NC 27607-5247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.552** | Nonpriority creditor's name and mailing address

**Kentaro Kato**
**107 King William Rd**
**Raleigh, NC 27610-1801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

**3.553** | Nonpriority creditor's name and mailing address

**Kevin Angley**
**1016 Harvest Mill Ct**
**Raleigh, NC 27610-9734**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.554** | Nonpriority creditor's name and mailing address

**Kiersten Bass**
**400 W North Street #1426**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.555** | Nonpriority creditor's name and mailing address

**Kim Coman**
**PO Box 18442**
**Raleigh, NC 27619-8442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.556** | Nonpriority creditor's name and mailing address

**Kim Mercer**
**911 W South St**
**Raleigh, NC 27603-2159**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.557** | Nonpriority creditor's name and mailing address

**Kimberly Johnson**
**492 Mount Carmel Church Rd Ne**
**Pikeville, NC 27863-9174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

**3.558** | Nonpriority creditor's name and mailing address

**Kimberly Lee**
**511 Lake Royale**
**Louisburg, NC 27549-9572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,176.24

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.12** |
|---|---|---|---|

**Kimberly Merida**
117 Haringey Dr
Raleigh, NC 27615-1957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Kimberly Tyndall**
2808 Aldershot Dr
Wake Forest, NC 27587-6617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Kirsten Snater**
6004 Eaglesfield Dr.
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**KLR Design, LLC**
Attn: Managing Agent
8504 Riddle Place
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Kristen Wilson**
1728 Fairbanks Rd
Cary, NC 27513-2616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Kristi Hanzel**
67 Middlecrest Way
Clayton, NC 27527-9133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Kristin White**
214 Myers Ave
Raleigh, NC 27604-2327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,176.24** |
| | **Kristina Brunelle** | ☐ Contingent | |
| | **4724 Sharpstone Ln** | ☐ Unliquidated | |
| | **Raleigh, NC 27615-1680** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|
| | **Krystin Jorgenson** | ☐ Contingent | |
| | **1228 Chapanoke Rd.** | ☐ Unliquidated | |
| | **Raleigh, NC 27603** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|
| | **Laneta Dorflinger** | ☐ Contingent | |
| | **211 Versailles Dr** | ☐ Unliquidated | |
| | **Cary, NC 27511-6010** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$587.30** |
|---|---|---|---|
| | **Lanier Murr** | ☐ Contingent | |
| | **7924 Sutterton Ct** | ☐ Unliquidated | |
| | **Raleigh, NC 27615-2534** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|
| | **Larry Asher** | ☐ Contingent | |
| | **4608 Forest Highland Dr** | ☐ Unliquidated | |
| | **Raleigh, NC 27604-8417** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|
| | **Larry Gibbs** | ☐ Contingent | |
| | **2601 Wendler Ct** | ☐ Unliquidated | |
| | **Wake Forest, NC 27587-5456** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|
| | **Larry Nunnery** | ☐ Contingent | |
| | **5512 Kimbrook Dr** | ☐ Unliquidated | |
| | **Raleigh, NC 27612-5937** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,568.32 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-----------|

**Larry Robbins**
**4101 Lake Boone Trl. #300**
**Raleigh, NC 27607-3075**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Larry Sampson**
**8320 Morgans Way**
**Raleigh, NC 27613-4367**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Larry Williams**
**415 Fairview Rd**
**Apex, NC 27502-1303**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Laura Elwardany**
**200 Lively Oaks Way**
**Holly Springs, NC 27540**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Laura Street**
**2162 Brogden Rd**
**Creedmoor, NC 27522-9212**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Laura Taylor**
**96 Everwood Dr**
**Four Oaks, NC 27524-6204**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Lauren Faulkner**
**206 Clifton Ridge Ct**
**Louisburg, NC 27549-9031**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The North Carolina Theatre**
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.580 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Lauren Kennedy Brady**
**2000 Banbury Rd**
**Raleigh, NC 27608-1122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

3.581   **Nonpriority creditor's name and mailing address**
**Laurie Price**
**108 Sutton Springs Dr**
**Garner, NC 27529**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

3.582   **Nonpriority creditor's name and mailing address**
**Lawrence Marshall**
**208 Holmby Ct**
**Holly Springs, NC 27540-8320**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.583   **Nonpriority creditor's name and mailing address**
**Lawrence Marshall**
**208 Holmby Ct**
**Holly Springs, NC 27540-8320**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.584   **Nonpriority creditor's name and mailing address**
**Lawrence Marshall**
**208 Holmby Ct**
**Holly Springs, NC 27540-8320**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.585   **Nonpriority creditor's name and mailing address**
**Lawrence Velky**
**621 Cresstar Dr.**
**Rolesville, NC 27571**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.586   **Nonpriority creditor's name and mailing address**
**Lee Ann Tharrington**
**5216 Shamrock Dr**
**Raleigh, NC 27612-6210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

| Debtor | **The North Carolina Theatre** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.587**

**Nonpriority creditor's name and mailing address**
Lee Smither
1508 Ridge Rd
Raleigh, NC 27607-6731

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.588**

**Nonpriority creditor's name and mailing address**
LeGrande Smith
4801 Inwood Rd
Raleigh, NC 27603-3307

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,176.24

---

**3.589**

**Nonpriority creditor's name and mailing address**
Leonard Bush
1801 Manuel St
Raleigh, NC 27612-5548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.590**

**Nonpriority creditor's name and mailing address**
Lesa Hines
140 Light Falls Dr
Wake Forest, NC 27587-5753

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$588.12

---

**3.591**

**Nonpriority creditor's name and mailing address**
Lesa Hines
140 Light Falls Dr
Wake Forest, NC 27587-5753

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$588.12

---

**3.592**

**Nonpriority creditor's name and mailing address**
Lesley Jones
6596 Little Satterwhite Rd
Oxford, NC 27565-8243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,176.24

---

**3.593**

**Nonpriority creditor's name and mailing address**
Lesley Tronic
6103 Mount Carmel Parke
Wilmington, NC 28412-5006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (*if known*) _____

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**Leslie F. Lindquist**
**308 Springtree Cir**
**Fuquay Varina, NC 27526-3515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Leslie-Anne Ball**
**1408 Barn Door Dr**
**Apex, NC 27502-7065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Lila Montgomery**
**316 Rock Cir**
**Clayton, NC 27520-8037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Lila Montgomery**
**316 Rock Cir**
**Clayton, NC 27520-8037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Linda Allen**
**1629 Parker Rd**
**Four Oaks, NC 27524-7907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|---|

**Linda Anderson**
**47 Lakeview Dr**
**Whispering Pines, NC 28327-9405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.64 |
|---|---|---|---|

**Linda Anderson**
**47 Lakeview Dr**
**Whispering Pines, NC 28327-9405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32** |
|---|---|---|---|

**Linda Booth**
**193 Yacht Club Dr**
**Newport, NC 28570-9085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Linda Brannan**
**3012 Dunkirk Dr**
**Raleigh, NC 27613-4384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229.92** |
|---|---|---|---|

**Linda Butz**
**885 Rawls Club Rd**
**Fuquay Varina, NC 27526-8025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32** |
|---|---|---|---|

**Linda Crowder-Harper**
**5305 Daleview Dr**
**Raleigh, NC 27610-2113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.78** |
|---|---|---|---|

**Linda Harvey**
**221 Forest Rd**
**Raleigh, NC 27605-1757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.42** |
|---|---|---|---|

**Linda Lindsay**
**2627 Silas Peak Ln**
**Apex, NC 27523-7160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Linda Lytvinenko**
**153 Coffee Bluff Ln**
**Holly Springs, NC 27540-7982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.608** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

**Linda Piper**
4430 Sun Valley Drive
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.14**

**Linda Schadler**
207 Sumrell St
Greenville, NC 27858-8664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.610** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Linda Sparks**
5105 Six Point Trl
Raleigh, NC 27616-6231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Lisa Ellison**
8300 Heel Stone Ct
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Lisa Grable**
749 Powell Dr
Raleigh, NC 27606-1625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Lisa Grele Barrie**
811 N Bloodworth St
Raleigh, NC 27604-1231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Lisbi Abraham**
2008 Mill Gate Lane
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.615**

Nonpriority creditor's name and mailing address
**Lissa Johnsen**
**1319 Ridge Rd**
**Raleigh, NC 27607-6836**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.616**

Nonpriority creditor's name and mailing address
**Lissa Johnsen**
**1319 Ridge Rd**
**Raleigh, NC 27607-6836**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.617**

Nonpriority creditor's name and mailing address
**Lloyd Tapp**
**102 Kinnaird Ln**
**Cary, NC 27511-6530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.618**

Nonpriority creditor's name and mailing address
**Lois Campbell**
**1317 Weidmann Dr**
**Raleigh, NC 27614-9018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.619**

Nonpriority creditor's name and mailing address
**Lois Reaves**
**220 Kentucky Dr**
**Clayton, NC 27527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$229.92**

---

**3.620**

Nonpriority creditor's name and mailing address
**Lonnie Bunn**
**1329 Kings Grant Dr**
**Raleigh, NC 27614-9358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.621**

Nonpriority creditor's name and mailing address
**Lori Fahs**
**209 Hidden Stream Dr**
**Apex, NC 27539-7761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.76** |

**Lori Langreck**
**1401 Ivy Leaf Ct**
**Willow Spring, NC 27592-9083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,383.04** |

**Lori Meyerhoffer**
**3324 Clandon Park Dr**
**Raleigh, NC 27613-8840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32** |

**Lori Spivey**
**203 Chiselhurst Way**
**Cary, NC 27513-5563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |

**Lorie Wylie**
**142 Roan Dr**
**Garner, NC 27529-4371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$834.57** |

**Louise Peranzo**
**1609 Laughridge Dr**
**Cary, NC 27511-5250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.84** |

**Lowell Davidson**
**2727 Lake Waccamaw Trl**
**Apex, NC 27502-8555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,074.56** |

**Lucy Broadus**
**97 Black Angus Dr**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The North Carolina Theatre**
_____
Name                                                    Case number (if known) _____

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Luis Nieto**
**100 Swift Creek Xing**
**Durham, NC 27713-7268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Luke Foster**
**4908 Franz Liszt Ct**
**Raleigh, NC 27615-1696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Luke Foster**
**4908 Franz Liszt Ct**
**Raleigh, NC 27615-1696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Luke Foster**
**4908 Franz Liszt Ct**
**Raleigh, NC 27615-1696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Luke Simmons**
**2111 Glover Ln Unit 103**
**Raleigh, NC 27605-3343**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Lyn Lowery**
**9901 Horton Rd**
**New Hill, NC 27562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Lynn Hull**
**105 Hampshire Pl**
**Chapel Hill, NC 27516-8748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| | **Lynn Schwartz** | ☐ Contingent | |
| | **8628 Hobhouse Cir** | ☐ Unliquidated | |
| | **Raleigh, NC 27615-8100** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.12** |
| | **Lynn Tew** | ☐ Contingent | |
| | **607 West Pearsall St.** | ☐ Unliquidated | |
| | **Dunn, NC 28334** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| | **Lynwood Riggs** | ☐ Contingent | |
| | **PO Box 1537** | ☐ Unliquidated | |
| | **Kinston, NC 28503-1537** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.48** |
| | **Macy Foster** | ☐ Contingent | |
| | **970 Meadow Ln** | ☐ Unliquidated | |
| | **Henderson, NC 27536-3853** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |
| | **Mallorye Lovett** | ☐ Contingent | |
| | **3009 Abington Lane** | ☐ Unliquidated | |
| | **Raleigh, NC 27604** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| | **Manal El-Ramly** | ☐ Contingent | |
| | **2416 Trenton Woods Way** | ☐ Unliquidated | |
| | **Raleigh, NC 27607** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$679.53** |
| | **Mara Saskin** | ☐ Contingent | |
| | **3406 Cedarbird Way** | ☐ Unliquidated | |
| | **Durham, NC 27707-9227** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Ticket refund claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | The North Carolina Theatre | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.643**

**Nonpriority creditor's name and mailing address**
Mara Saskin
3406 Cedarbird Way
Durham, NC 27707-9227

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$777.55**

---

**3.644**

**Nonpriority creditor's name and mailing address**
Marc Glova
4621 White Chapel Way
Raleigh, NC 27615-1675

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.645**

**Nonpriority creditor's name and mailing address**
Marcia Morton
1612 High Holly Ln
Raleigh, NC 27614-8744

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.646**

**Nonpriority creditor's name and mailing address**
Margaret Crouch
429 Chadwick Dr
Raleigh, NC 27609-4561

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$689.76**

---

**3.647**

**Nonpriority creditor's name and mailing address**
Margaret Porter
106 Majnun Ln
Cary, NC 27513-5324

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.648**

**Nonpriority creditor's name and mailing address**
Margaret Smedes Poyner
4412 Delta Lake Dr
Raleigh, NC 27612-7006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.649**

**Nonpriority creditor's name and mailing address**
Margaret Stack
1105 Heathwood Dairy Rd
Apex, NC 27502-4046

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$276.28**

---

| Debtor | **The North Carolina Theatre** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.650**

Nonpriority creditor's name and mailing address

**Margery Sved**
**PO Box 37247**
**Raleigh, NC 27627-7247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$784.16**

---

**3.651**

Nonpriority creditor's name and mailing address

**Maria Amigo**
**102 Larkspur Ln**
**Cary, NC 27513-2726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$691.52**

---

**3.652**

Nonpriority creditor's name and mailing address

**Maria Ashbaugh**
**5131 Olivias Ln**
**Raleigh, NC 27606-4084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$784.16**

---

**3.653**

Nonpriority creditor's name and mailing address

**Mariann Meleg**
**5420 Oldtowne Rd**
**Raleigh, NC 27612-6112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$784.16**

---

**3.654**

Nonpriority creditor's name and mailing address

**Marilyn Hays**
**2315 Faucette Ave**
**Durham, NC 27704-5161**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$784.16**

---

**3.655**

Nonpriority creditor's name and mailing address

**Marilyn Kelley**
**2103 Carriage Way**
**Chapel Hill, NC 27517-9466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$784.16**

---

**3.656**

Nonpriority creditor's name and mailing address

**Marilyn Kvanvig**
**2505 Eddystone Rd**
**Raleigh, NC 27612-6714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,568.32**

---

Debtor  **The North Carolina Theatre**                              Case number *(if known)* _____
         Name

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Marilyn Webb**
**2617 Cloud Mist Cir**
**Raleigh, NC 27614-6630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Mark Hand**
**2628 Winter Storm Rd**
**Zebulon, NC 27597-7359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Hogan**
**9567 Brookchase Dr**
**Raleigh, NC 27617-7349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Hogan**
**9567 Brookchase Dr**
**Raleigh, NC 27617-7349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Kantrowitz**
**1210 Atticus Way**
**Durham, NC 27703-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Mark Munday**
**8120 Old Deer Trl**
**Raleigh, NC 27615-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Papich**
**1407 Bloomingdale Dr**
**Cary, NC 27511-5953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**The North Carolina Theatre**_____ Case number *(if known)* _____
     Name

| 3.664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$588.12** |
|---|---|---|---|

**Mark Whitlock**
**290 Silver Creek Dr**
**Clayton, NC 27520-9725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345.76** |
|---|---|---|---|

**Marlene Lynch**
**11316 Emerald Creek Dr**
**Raleigh, NC 27617-8751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Marshall Peterson**
**73 Tall Oak Ct**
**Clayton, NC 27520-7138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Martha Bright**
**PO Box 553**
**Sanford, NC 27331-0553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.24** |
|---|---|---|---|

**Martha Bulluck**
**2014 Templeton Gap Dr**
**Apex, NC 27523-3832**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Martha Guthe**
**614 Bloomsbury Pl**
**Cary, NC 27519-9388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$588.12** |
|---|---|---|---|

**Martha L Smith**
**6505 Orchard Knoll Dr**
**Apex, NC 27539-7107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Martha Miller**
**2225 Stonehenge Dr Apt 1**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Marvin Benham**
**4829 Rembert Dr**
**Raleigh, NC 27612-6237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Mary Ashley**
**1126 Branwell Dr**
**Durham, NC 27703-8365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,960.40** |
|---|---|---|---|

**Mary Beth Owens**
**130 N Longmeadow Rd**
**Greenville, NC 27858-3704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Mary Faye Whisler**
**100 Chancellors Ridge Ct**
**Cary, NC 27513-2749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.32** |
|---|---|---|---|

**Mary Helen Casey**
**105 Starfish Ct**
**Emerald Isle, NC 28594-2242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Mary Jane Bettman**
**275 Beckingham Loop**
**Cary, NC 27519-6374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The North Carolina Theatre_____     Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $229.92 |

**Mary Jarvis**
**PO Box 537**
**Knightdale, NC 27545-0537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,568.32 |

**Mary Kate Travers**
**1000 Hazeltown Rd**
**Wake Forest, NC 27587-4444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $691.52 |

**Mary Kathryn Moog**
**711 Grimstead Cir**
**Cary, NC 27511-5817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $604.46 |

**Mary L Sholl**
**104 Charles Ct**
**Chocowinity, NC 27817-8870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Mary Langworthy**
**4805 Stoneyoak Ln**
**Raleigh, NC 27610-8008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Mary Marsteller**
**7006 Churchill Falls Pl**
**Apex, NC 27539-9767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $276.28 |

**Mary Morehouse**
**5705 Lochness Ct**
**Fayetteville, NC 28304-2019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The North Carolina Theatre**
_____
Name                                                        Case number (if known) _____

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Mary O. Brady**
**1325 Hathaway Rd**
**Raleigh, NC 27608-1935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.32 |
|---|---|---|---|

**Mary Seufert-Fleming**
**6059 Beale Loop**
**Raleigh, NC 27616-3473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Mary Waller**
**500 Tiffany Cir**
**Garner, NC 27529-4333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.76 |
|---|---|---|---|

**Mary Wibbens**
**40 Adams Circle**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.76 |
|---|---|---|---|

**Mary Wibbens**
**40 Adams Circle**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Maryjane Schraner**
**1609 Cascade Falls Ln**
**Wendell, NC 27591-6879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.22 |
|---|---|---|---|

**Matthew Yesko**
**120 Iowa Ln Ste 204**
**Cary, NC 27511-4499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.692**

Nonpriority creditor's name and mailing address
**McClatchy Company LLC**
**Attn: Managing Agent**
**P.O. Box 510150**
**Livonia, MI 48151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,166.66**

---

**3.693**

Nonpriority creditor's name and mailing address
**Meg Cooke**
**701 White Horse Dr**
**Greenville, NC 27834-7832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.694**

Nonpriority creditor's name and mailing address
**Melinda Sanders**
**4504 Rockwood Dr**
**Raleigh, NC 27612-3541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.695**

Nonpriority creditor's name and mailing address
**Melissa Barker**
**1529 Jeremy Ln**
**Rocky Mount, NC 27803-1519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,279.64**

---

**3.696**

Nonpriority creditor's name and mailing address
**Melissa Barker**
**1529 Jeremy Ln**
**Rocky Mount, NC 27803-1519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$259.32**

---

**3.697**

Nonpriority creditor's name and mailing address
**Merlin Young**
**107 Colonial Dr**
**Wendell, NC 27591-2050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.698**

Nonpriority creditor's name and mailing address
**Merritt Atkins**
**819 North Bloodworth St.**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Mia McDonald
1225 N. Blount St.
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$604.46**

Michael Allen
100 Hebride Ct
Cary, NC 27513-4772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Michael Cramer
945 Lukestone Dr
Fuquay Varina, NC 27526-5261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Michael D. Masters
2720 Farnborough Rd
Raleigh, NC 27613-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

Michael Fury
2308 Pastille Ln
Raleigh, NC 27612-2830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32**

Michael G. Brown
7209 North Ridge Drive
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Michael Gentile
3734 Carbonton Rd
Sanford, NC 27330-8727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Michael Houston**
**1033 Bellewood Farms Rd**
**Raleigh, NC 27603-7957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.68 |
|---|---|---|---|

**Michael Luke**
**4604 Silver Charm Dr**
**Knightdale, NC 27545-7449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Michael Porter**
**420 Brightling Way**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Michael S. Acquesta**
**10328 Grafton Rd**
**Raleigh, NC 27615-1145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Michael Slaughter**
**435 Holly Springs Dr**
**Timberlake, NC 27583-7305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Michael Slayton**
**2701 Eastern Star Cir**
**Rolesville, NC 27571-8758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Michael Steele**
**1513 Tradescant Ct**
**Raleigh, NC 27613-7459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Michael W. Colopy**
**512 Cole Stream Ct**
**Cary, NC 27513-8373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.32 |
|---|---|---|---|

**Michael W. Strickland**
**PO Box 30787**
**Raleigh, NC 27622-0787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Michael Weisel**
**1907 Victoria Rd**
**Raleigh, NC 27608-1139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Michele Horwitz**
**7017 North Ridge Dr**
**Raleigh, NC 27615-7036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Michelle Morrison**
**6401 Wynbrook Way**
**Raleigh, NC 27612-2366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Michelle Morrison**
**6401 Wynbrook Way**
**Raleigh, NC 27612-2366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Michelle Morrison**
**6401 Wynbrook Way**
**Raleigh, NC 27612-2366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The North Carolina Theatre**                          Case number *(if known)* _____
_____
Name

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,383.04 |
|---|---|---|---|

**Mike Allen**
**3714 Marsh Creek Rd.**
**Raleigh, NC 27604-4105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Mike Giarla**
**4324 Trenton Rd**
**Chapel Hill, NC 27517-7833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Mike Hermida**
**205 Lifeson Way**
**Cary, NC 27519-0986**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Mike Marsich**
**5609 Turner Glen Dr**
**Raleigh, NC 27603-9526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Mike Ray**
**440 Drummond Dr**
**Raleigh, NC 27609-7006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Mike Shinners**
**232 Ivory Ln**
**Raleigh, NC 27610-8295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Mike Shinners**
**232 Ivory Ln**
**Raleigh, NC 27610-8295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                Case number *(if known)* _____
_____
Name

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Mike Wilson**
**PO Box 594**
**Apex, NC 27502-0594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Ticket refund claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Mildred Watkins**
**808 Merwin Rd**
**Raleigh, NC 27606-2645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Ticket refund claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Mitch Perry**
**1909 Rangecrest Rd**
**Raleigh, NC 27612-1715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Ticket refund claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Molly Gudger**
**111 Fallin Blvd Apt A5**
**Goldsboro, NC 27534-4369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Ticket refund claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,700.00** |
|---|---|---|---|

**MP Company LLP**
**Attn: Managing Agent**
**4600 Marriott Drive, Ste 300**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Accounting fees_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Mr Charlie M. Breakiron**
**209 Kavanaugh rd**
**Wake Forest, NC 27587-1779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Ticket refund claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.78** |
|---|---|---|---|

**Mr Kenneth R. Bryan**
**3300 Lonesome Spur Cir**
**Wake Forest, NC 27587-4872**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Ticket refund claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number (if known) _____
_____
Name

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $604.46 |
|---|---|---|---|

**Mr William Harris**
**1130 Luther Rd**
**Apex, NC 27523-5600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $545.24 |
|---|---|---|---|

**Ms Donna J. Willis**
**3000 Windberry St**
**Raleigh, NC 27612-2215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Ms. Etta Ball**
**105 Rolling Ridge Cir**
**Garner, NC 27529-3734**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**MSMT Costume Rentals**
**Attn: Managing Agent**
**14 Maint Street, Ste 216**
**Brunswick, ME 04011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $69,521.38 |
|---|---|---|---|

**Music Theatre International**
**Attn: Managing Agent**
**423 West 55 St, 2nd Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Licensing rights__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,383.04 |
|---|---|---|---|

**Nan Maples**
**10612 Cahill Rd**
**Raleigh, NC 27614-9011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $294.06 |
|---|---|---|---|

**Nancy Bender**
**229 Norwalk St**
**Holly Springs, NC 27540-9404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $490.10 |
|---|---|---|---|

**Nancy Bender**
**229 Norwalk St**
**Holly Springs, NC 27540-9404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Nancy Jones**
**610 S Vermont St**
**Smithfield, NC 27577-3826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $828.84 |
|---|---|---|---|

**Nancy Jones**
**610 S Vermont St**
**Smithfield, NC 27577-3826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $438.68 |
|---|---|---|---|

**Nancy O'Neil**
**1404 Justice Union Ct**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**Nancy Prevatt**
**4213 Wingate Dr**
**Raleigh, NC 27609-6054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Nancy S. Parrish**
**3319 Ridgecrest Ct**
**Raleigh, NC 27607-6763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|---|

**Nancy Seagroves**
**63 Hamilton Farm Cir**
**Fuquay Varina, NC 27526-5972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.748 | **Nonpriority creditor's name and mailing address**<br>**Nancy Webb**<br>**5605 Alta Vista Ct**<br>**Raleigh, NC 27610-3261**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.749 | **Nonpriority creditor's name and mailing address**<br>**Nannette Stangle-Castor**<br>**2905 Northop Ct**<br>**Raleigh, NC 27614-8092**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |
| 3.750 | **Nonpriority creditor's name and mailing address**<br>**Nannette Stangle-Castor**<br>**2905 Northop Ct**<br>**Raleigh, NC 27614-8092**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |
| 3.751 | **Nonpriority creditor's name and mailing address**<br>**Natalie Knowles**<br>**8720 Blakehurst Dr**<br>**Raleigh, NC 27617-4785**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.752 | **Nonpriority creditor's name and mailing address**<br>**Nick Failing**<br>**5612 Neuse St**<br>**Raleigh, NC 27610-3215**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$568.92** |
| 3.753 | **Nonpriority creditor's name and mailing address**<br>**Noela Woodall**<br>**6101 Shelton Ct**<br>**Raleigh, NC 27609-8223**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.754 | **Nonpriority creditor's name and mailing address**<br>**Noelle White**<br>**106 Castle Manor Ct**<br>**Garner, NC 27529-4522**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$459.84** |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Nona Hardy**
**4016 Westwood Ln**
**Apex, NC 27539-9762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Norman LeFevre**
**87 Peachtree Ln**
**Clayton, NC 27527-7023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Norman Rosenberg**
**708 Pebblebrook Dr**
**Raleigh, NC 27609-5345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.36 |
|---|---|---|---|

**On Point Rigging & Staging**
**Attn: Managing Agent**
**5313 Levering Mill Road**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.04 |
|---|---|---|---|

**Owen W. Reagan III**
**6001 Fordland Dr**
**Raleigh, NC 27606-4476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Pam Cook**
**6129 Countryview Ln**
**Raleigh, NC 27606-9256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

**Pam Horton**
**8432 Lochwind Run**
**Raleigh, NC 27615-4965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.762 | **Nonpriority creditor's name and mailing address**<br>**Pam Nelson**<br>**4325 Oak Park Rd**<br>**Raleigh, NC 27612-5639** | **$552.56** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.763 | **Nonpriority creditor's name and mailing address**<br>**Pam Smith**<br>**2309 Hamrick Dr.**<br>**Raleigh, NC 27615** | **$552.56** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.764 | **Nonpriority creditor's name and mailing address**<br>**Pamela Guthrie**<br>**4400 Memorial Dr**<br>**Raleigh, NC 27612-3912** | **$459.84** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.765 | **Nonpriority creditor's name and mailing address**<br>**Pamela Gwynn**<br>**129 Trafalgar Ln**<br>**Cary, NC 27513-5125** | **$784.16** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.766 | **Nonpriority creditor's name and mailing address**<br>**Pamela Taylor**<br>**104 Glasgow Rd**<br>**Cary, NC 27511-6516** | **$552.56** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.767 | **Nonpriority creditor's name and mailing address**<br>**Para Drake**<br>**3504 Mossdale Ave**<br>**Durham, NC 27707** | **$518.64** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.768 | **Nonpriority creditor's name and mailing address**<br>**Paralea Boose**<br>**6505 Amber Bluffs Cres**<br>**Raleigh, NC 27616-5080** | **$552.56** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☒ No ☐ Yes

Debtor   **The North Carolina Theatre**                                      Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |

**Pat Jones**
**3320 Old Saybrook Ct**
**Raleigh, NC 27612-4928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |

**Pat Jones**
**3320 Old Saybrook Ct**
**Raleigh, NC 27612-4928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$691.52** |

**Patricia Angoli**
**805 Palmetto Dr**
**Cary, NC 27511-4327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |

**Patricia Benedict**
**4812 Patton Ridge Ct**
**Raleigh, NC 27612-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345.76** |

**Patricia Cease**
**105 Waterloo Station Dr**
**Cary, NC 27513-5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |

**Patricia Cowan**
**1515 Saint Marys St**
**Raleigh, NC 27608-2216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |

**Patricia Davis**
**1328 Duplin rd**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,037.28 |
|---|---|---|---|

**Patricia Garrett**
**658 Casey Dr**
**Grifton, NC 28530-8590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |
|---|---|---|---|

**Patricia Garrett**
**658 Casey Dr**
**Grifton, NC 28530-8590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,383.04 |
|---|---|---|---|

**Patricia H. Walston**
**1604 Quaker Ridge Pt**
**Raleigh, NC 27615-5456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Patricia Hurlman**
**3317 Turner Ridge Dr**
**New Hill, NC 27562-9322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Patricia Mills**
**100 Bikram Dr**
**Holly Springs, NC 27540-9667**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Patricia O'Leary**
**11401 Burberry Dr**
**Raleigh, NC 27614-9019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Patricia Vermillion**
**11207 Slider Dr**
**Raleigh, NC 27614-6407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Patricia Wagner**
**6206 Cape Charles Dr**
**Raleigh, NC 27617-7637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Patrick Stephenson**
**P.O. Box 37875**
**Raleigh, NC 27627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Patti Milligan**
**8433 Lentic Ct**
**Raleigh, NC 27615-4964**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Paul Edge**
**205 Brereton Dr**
**Raleigh, NC 27615-1648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Paul Galloway**
**1421 Turner Farms Rd**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Paul Meares**
**9116 Breeland Way**
**Raleigh, NC 27613-5321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Paula Bass**
**11111 Beckstone Way #1F**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Paula Stanley**
**3933 Bentley Brook Dr**
**Raleigh, NC 27612-8077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Paula Zorio**
**526 N College St**
**Wake Forest, NC 27587-2308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Paulette Dillard**
**301 Fayetteville Street**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Peg Bedini**
**337 Springmoor Dr**
**Raleigh, NC 27615-7740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Peg Bedini**
**337 Springmoor Dr**
**Raleigh, NC 27615-7740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Peggy Park**
**437 Kings Hollow Dr**
**Raleigh, NC 27603-9469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Penelope McPhail**
**1300 Tribute Center Dr Apt 150**
**Raleigh, NC 27612-3220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The North Carolina Theatre**
Name

Case number *(if known)* _____

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,331.74** |

**Penske Truck Leasing Co.**
**Attn: Managing Agent**
**P.O. Box 532658**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |

**Peter Nowak**
**1745 Redbud**
**Pittsboro, NC 27312-7923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |

**Peter Pagano**
**805 Autumn Ct**
**Raleigh, NC 27609-5337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

**Phil Nyborg**
**75 Meadow Run**
**Chapel Hill, NC 27517-6348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

**Phillip Bejarno**
**5313 Alpine Dr**
**Raleigh, NC 27609-4601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.21** |

**Phyllis Parrish**
**608 S 2nd St**
**Smithfield, NC 27577-4344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,046.02** |

**Pitney Bowes Global Financial**
**Attn: Managing Agent**
**P.O. Box 981022**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Postage lease__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **The North Carolina Theatre**                                        Case number *(if known)* _____
                Name

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $769.89 |
|---|---|---|---|

**Quality Comfort**
**Attn: Managing Agent**
**725 Bethleham Road**
**Knightdale, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**R Glen Medders**
**122 N Harrington St Unit 1145**
**Raleigh, NC 27603-8083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Rebecca Klemp**
**313 Whitehall Way**
**Cary, NC 27511-4854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|---|

**Radell C Rasmussen**
**PO Box 369**
**Washington, NC 27889-0369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Radell C Rasmussen**
**PO Box 369**
**Washington, NC 27889-0369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**Raleigh Bookkeeping**
**Attn: Managing Agent**
**3901 Barrett Drive, Ste 304**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounting fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Ralph Ashworth**
**110 Greenock Ct**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Ticket refund claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.811** Nonpriority creditor's name and mailing address
**Ralph Ashworth**
**110 Greenock Ct**
**Cary, NC 27511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.812** Nonpriority creditor's name and mailing address
**Ralph Bamforth**
**412 E Rowan St**
**Raleigh, NC 27609-5970**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.813** Nonpriority creditor's name and mailing address
**Ralph Flanary**
**PO Box 27544**
**Raleigh, NC 27611-7544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.814** Nonpriority creditor's name and mailing address
**Ralph Flanary**
**PO Box 27544**
**Raleigh, NC 27611-7544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.815** Nonpriority creditor's name and mailing address
**Ray Cheely**
**2601 Southwinds Run**
**Apex, NC 27502-6514**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.816** Nonpriority creditor's name and mailing address
**Ray Cheely**
**2601 Southwinds Run**
**Apex, NC 27502-6514**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$345.76

---

**3.817** Nonpriority creditor's name and mailing address
**Ray Dennis**
**307 Potomac Dr**
**Chocowinity, NC 27817-8869**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.818**

**Nonpriority creditor's name and mailing address**
Ray Evans
2724 Blue Ravine Rd
Wake Forest, NC 27587-5438

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.819**

**Nonpriority creditor's name and mailing address**
Ray Hinnant
PO Box 426
Wendell, NC 27591-0426

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.820**

**Nonpriority creditor's name and mailing address**
Rebecca Bassett
10423 Crisp Dr
Raleigh, NC 27614-7770

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.821**

**Nonpriority creditor's name and mailing address**
Rebecca Cranford
248 Mccallum Rd
Candor, NC 27229-9028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.822**

**Nonpriority creditor's name and mailing address**
Rebecca Crosson
2223 The Cir
Raleigh, NC 27608-1447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$828.84**

---

**3.823**

**Nonpriority creditor's name and mailing address**
Rebecca Forrest
25 Batts Hill Rd
New Bern, NC 28562-7365

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$588.12**

---

**3.824**

**Nonpriority creditor's name and mailing address**
Rebecca Hester
4408 Yadkin Dr
Raleigh, NC 27609

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$604.46**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**Rebecca Mandigo**
**508 Hammond Oak Ln**
**Wake Forest, NC 27587-4562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Rebecca Michaels**
**2306 Beechridge Rd**
**Raleigh, NC 27608-1430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Rebecca Vann**
**129 Candlewood Rd.**
**Rocky Mount, NC 27804-2105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Rebekah Watts**
**6639 Lewey Dr**
**Cary, NC 27519-8518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $690.70 |
|---|---|---|---|

**Reece Carter**
**3212 Barnsley Ln**
**Raleigh, NC 27604-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**Renae Wohlers**
**2887 Micro Rd W**
**Selma, NC 27576-7787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Renae Wohlers**
**2887 Micro Rd W**
**Selma, NC 27576-7787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.832** | **Nonpriority creditor's name and mailing address**
Rhonda Beese
321 Stromer Dr
Cary, NC 27513-2754

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.833** | **Nonpriority creditor's name and mailing address**
Rhonda Beese
321 Stromer Dr
Cary, NC 27513-2754

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.834** | **Nonpriority creditor's name and mailing address**
Rhonda Stone
4460 Old Raleigh Rd
Wilson, NC 27893-8365

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.835** | **Nonpriority creditor's name and mailing address**
Rhonda Stone
4460 Old Raleigh Rd
Wilson, NC 27893-8365

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$345.76

---

**3.836** | **Nonpriority creditor's name and mailing address**
Richard Braham
PO Box 37088
Raleigh, NC 27627-7088

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$1,105.12

---

**3.837** | **Nonpriority creditor's name and mailing address**
Richard deButts
101 Parkwalk Ct
Cary, NC 27519-6635

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.838** | **Nonpriority creditor's name and mailing address**
Richard Emerick
5509 Peakton Dr
Raleigh, NC 27614-9707

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

Debtor  **The North Carolina Theatre**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$414.42**

3.839
**Nonpriority creditor's name and mailing address**
**Richard Ferro**
**6832 Market Street #A**
**Wilmington, NC 28405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$414.42**

---

3.840
**Nonpriority creditor's name and mailing address**
**Richard Mechalske**
**171 Wagon Dr**
**Bracey, VA 23919-2946**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

3.841
**Nonpriority creditor's name and mailing address**
**Richard Morris**
**101 Rockhaven Ct**
**Cary, NC 27518-2257**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

3.842
**Nonpriority creditor's name and mailing address**
**Richard Phillips**
**101 Airstrip Rd**
**Kill Devil Hills, NC 27948-8134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.843
**Nonpriority creditor's name and mailing address**
**Richard Shirk**
**141 Wee Loch Dr**
**Cary, NC 27511-3885**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.844
**Nonpriority creditor's name and mailing address**
**Richard Welch**
**122 Inez Dr**
**Angier, NC 27501-6717**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.28**

---

3.845
**Nonpriority creditor's name and mailing address**
**Rick Guirlinger**
**3340 Ocotea St**
**Raleigh, NC 27607-3140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (*if known*) _____

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $392.08 |
|---|---|---|---|

Rick Oler
502 Heathwick Dr
Knightdale, NC 27545-8085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,568.32 |
|---|---|---|---|

Robert Cerwin
2501 Lewis Farm Rd
Raleigh, NC 27608-1911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,568.32 |
|---|---|---|---|

Robert Fick
97612 Franklin Rdg
Chapel Hill, NC 27517-8357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $552.56 |
|---|---|---|---|

Robert Herzog
139 Deer Ridge Dr
Selma, NC 27576-5737

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $784.16 |
|---|---|---|---|

Robert Hewitt
2904 Snapswell St
Raleigh, NC 27614-7569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $784.16 |
|---|---|---|---|

Robert Holm
104 Witham Ct
Holly Springs, NC 27540-3315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $690.64 |
|---|---|---|---|

Robert Kastl
1217 Dalgarven Dr
Apex, NC 27502-3931

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.88 |
|---|---|---|---|

**Robert Kastl**
**1217 Dalgarven Dr**
**Apex, NC 27502-3931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Robert L Brandon**
**108 First Light Trl**
**Clayton, NC 27527-6904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Robert Lamphier**
**207 Summerwinds Dr**
**Cary, NC 27518-9640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Robert Lupella**
**63 Tally Ho Dr**
**Selma, NC 27576-9138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Robert Mikusa**
**2432 Deanwood Dr**
**Raleigh, NC 27615-3994**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.84 |
|---|---|---|---|

**Robert Patterson**
**1413 Sandusky Ln**
**Raleigh, NC 27614-7514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Robert Pruett**
**6 Ingram Ct**
**Durham, NC 27713-7186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The North Carolina Theatre**
_____
         Name                                    Case number *(if known)* _____

| | | |
|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

3.860 **Nonpriority creditor's name and mailing address**
**Robert Shaw West**
**325 Sun Forest Way**
**Chapel Hill, NC 27517-6360**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

3.861 **Nonpriority creditor's name and mailing address**
**Robert Shertz**
**301 Fayetteville St #2606**
**Raleigh, NC 27601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

3.862 **Nonpriority creditor's name and mailing address**
**Robert Wolf**
**6588 Saddlehorn Dr**
**Rocky Mount, NC 27803-8365**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

3.863 **Nonpriority creditor's name and mailing address**
**Roberta Andrews**
**107 Autumn Chase Dr**
**Raleigh, NC 27613-3279**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$276.28**

---

3.864 **Nonpriority creditor's name and mailing address**
**Roberta Andrews**
**107 Autumn Chase Dr**
**Raleigh, NC 27613-3279**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

3.865 **Nonpriority creditor's name and mailing address**
**Rod Allen**
**3504 Corin Ct**
**Raleigh, NC 27612-4100**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

3.866 **Nonpriority creditor's name and mailing address**
**Rod Pitta**
**8812 Life Ln**
**Raleigh, NC 27615-4001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|
| | **Rodney Realon**<br>**5708 Hedgemoor Dr**<br>**Raleigh, NC 27612-6322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|
| | **Roger A. Rivera**<br>**1333 Heritage Hills Way**<br>**Wake Forest, NC 27587-4467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Roland Lautenbach**<br>**12117 Betts Ln**<br>**Raleigh, NC 27614-9410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Ron Moore**<br>**8700 Southampton Dr**<br>**Raleigh, NC 27615-1856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.92 |
|---|---|---|---|
| | **Ron Pledger**<br>**204 Rivercrest Dr**<br>**Greenville, NC 27858-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|
| | **Ron Pledger**<br>**204 Rivercrest Dr**<br>**Greenville, NC 27858-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Ron Pledger**<br>**204 Rivercrest Dr**<br>**Greenville, NC 27858-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Ticket refund claim__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Ron Stumpo** | ☐ Contingent | |
| | **8121 Ebenezer Church Rd** | ☐ Unliquidated | |
| | **Raleigh, NC 27612-7307** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |
|---|---|---|---|
| | **Ron Tarter** | ☐ Contingent | |
| | **605 Queensferry Rd** | ☐ Unliquidated | |
| | **Cary, NC 27511-6320** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Ronald Garsik** | ☐ Contingent | |
| | **110 Hidden Creek Ln** | ☐ Unliquidated | |
| | **Garner, NC 27529-8491** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Ronald Maddox** | ☐ Contingent | |
| | **132 Danagher Ct** | ☐ Unliquidated | |
| | **Holly Springs, NC 27540-4785** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$616.32** |
|---|---|---|---|
| | **Ronald Munk** | ☐ Contingent | |
| | **8831 Cyprus Lakes Apt 502** | ☐ Unliquidated | |
| | **Raleigh, NC 27615** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Ronald Reichen** | ☐ Contingent | |
| | **3120 White Dove Ct** | ☐ Unliquidated | |
| | **Raleigh, NC 27606-8475** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Ronald Varol** | ☐ Contingent | |
| | **212 Brendan Choice** | ☐ Unliquidated | |
| | **Cary, NC 27511** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Ronald Wilder**
**88 Stonecrop Cir**
**Littleton, NC 27850-8113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Ronnie Davis**
**104 Bluegrass Dr**
**Garner, NC 27529-4411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Rose-Paul Blackwell**
**185 Mockingbird Ct**
**Pinehurst, NC 28374-8109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |
|---|---|---|---|

**Rosellen McCrory**
**8804 Braceridge Rd**
**Raleigh, NC 27613-5374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Rosemarie Authier**
**908 Crystalline Dr**
**Raleigh, NC 27615-4966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,078.22** |
|---|---|---|---|

**Ross Leavens**
**123 Wilander Dr**
**Cary, NC 27511-6106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |
|---|---|---|---|

**Roy Teel**
**2128 Clark Ave #452**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $209.14 |
|---|---|---|---|

**RR Donnelley**
**Attn: Managing Agent**
**4101 Winfield Road**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Sally Spencer**
**104 Loch Pointe Dr**
**Cary, NC 27518-8418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Salvatore Pennica**
**188 Thornwhistle Pl**
**Garner, NC 27529-3885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $689.76 |
|---|---|---|---|

**Sandra Walker**
**220 W Young St**
**Rolesville, NC 27571-9517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Sandy Baker**
**171 Smith Rd**
**Smithfield, NC 27577-8015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Sandy Harris**
**207 Canterberry Rd**
**Washington, NC 27889-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Sarah Durgin**
**4616 Hunters Creek Lane**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (*if known*) _____

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Sarah McCracken Cobb**
**2313 Hamrick Dr**
**Raleigh, NC 27615-2514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**SC Robinson**
**4604 Rockwood Dr**
**Raleigh, NC 27612-3539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Scott Cabaniss**
**801 Misty Isle Pl**
**Raleigh, NC 27615-1548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537.34 |
|---|---|---|---|

**Scott Engler**
**534 Lake Royale**
**Louisburg, NC 27549-9571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Scott Guebert**
**681 Rosewood Ave**
**Martinsville, VA 24112-0975**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Scott Harris**
**7824 Kingsbrook Ct**
**Wake Forest, NC 27587-5837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Scott Slifer**
**108 Richelieu Dr**
**Cary, NC 27518-8633**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Scott Tease** | ☐ Contingent | |
| | **3118 Hines Dr** | ☐ Unliquidated | |
| | **Raleigh, NC 27609-7814** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Ticket refund claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Scott W. Sample** | ☐ Contingent | |
| | **112 E Fleming Farm Dr** | ☐ Unliquidated | |
| | **Youngsville, NC 27596-9224** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Ticket refund claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,435.00** |
|---|---|---|---|
| | **Shannon Media Inc.** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **1777 Fordham Blvd, Ste 105** | ☐ Disputed | |
| | **Chapel Hill, NC 27514** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
|---|---|---|---|
| | **Shannon Suggs** | ☐ Contingent | |
| | **801 West Castle Ct** | ☐ Unliquidated | |
| | **Sanford, NC 27330-7087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Ticket refund claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|
| | **Sharon Creech** | ☐ Contingent | |
| | **2108 Vandora Springs Rd.** | ☐ Unliquidated | |
| | **Garner, NC 27529** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Ticket refund claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Sharon Lewis** | ☐ Contingent | |
| | **157 Hawthorne Dr** | ☐ Unliquidated | |
| | **Pine Knoll Shores, NC 28512-6515** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Ticket refund claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
|---|---|---|---|
| | **Sharon Thorne** | ☐ Contingent | |
| | **2813 Walden Rd** | ☐ Unliquidated | |
| | **Apex, NC 27502-9680** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Ticket refund claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Sheila Ahler**
**2689 Beckwith Rd**
**Apex, NC 27523-7108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Sheila Ogle**
**215 S Academy St**
**Cary, NC 27511-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Sheron Bender**
**PO Box 70**
**Pollocksville, NC 28573-0070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.06 |
|---|---|---|---|

**Sherri Johnson**
**PO Box 232**
**Kenly, NC 27542-0232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Sherry Frost**
**8404 Largo Springs Ct**
**Raleigh, NC 27613-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**Sherry Wilner**
**108 Langdale Place**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259.32 |
|---|---|---|---|

**Shirley Parker**
**919 Union St**
**Cary, NC 27511-3755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The North Carolina Theatre**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.12** |

**Shirley Sharek**
**16 Meeting St**
**Clayton, NC 27527-7084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

**Shoshana Serxner-Merchant**
**705 Dixie Trl**
**Raleigh, NC 27607-4154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |

**Sidney Dalis**
**PO Box 5869**
**Cary, NC 27512-5869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |

**Sidney Dalis**
**PO Box 5869**
**Cary, NC 27512-5869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |

**Simon Bartle**
**12221 Kyle Abbey Ln**
**Raleigh, NC 27613-6272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |

**Skip Hill**
**3100 Smoketree Ct Ste 600**
**Raleigh, NC 27604-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.34** |

**Sloan Oliver**
**1406 Bloomingdale Drive**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | |

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**
--- | --- | --- | ---
| **Smedes York** | ☐ Contingent |
| **2108 Clark Ave** | ☐ Unliquidated |
| **Raleigh, NC 27605-1606** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**
--- | --- | --- | ---
| **Sondra M Devincenzo** | ☐ Contingent |
| **7912 River Ridge Rd** | ☐ Unliquidated |
| **Wake Forest, NC 27587-9355** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,015.52**
--- | --- | --- | ---
| **Spectrum Reach** | ☐ Contingent |
| **Attn: Managing Agent** | ☐ Unliquidated |
| **P.O. Box 936671** | ☐ Disputed |
| **Atlanta, GA 31193** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**
--- | --- | --- | ---
| **Stacey Privette** | ☐ Contingent |
| **501 Moultonboro Ave** | ☐ Unliquidated |
| **Wake Forest, NC 27587-5532** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**
--- | --- | --- | ---
| **Staci Dorr** | ☐ Contingent |
| **605 Hobson Wood Ct** | ☐ Unliquidated |
| **Garner, NC 27529-4840** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**
--- | --- | --- | ---
| **Stacy Ojala** | ☐ Contingent |
| **1321 Loghouse St** | ☐ Unliquidated |
| **Wake Forest, NC 27587-4641** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,750.00**
--- | --- | --- | ---
| **Stancil CPA** | ☐ Contingent |
| **Attn: Managing Agent** | ☐ Unliquidated |
| **4909 WIndy Hill Drive** | ☐ Disputed |
| **Raleigh, NC 27609** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounting fees** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Stephanie Johnson**
**103 Ackley Ct**
**Cary, NC 27513-6300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

**Stephanie Mason**
**5111 Edinborough Rd**
**Greensboro, NC 27406-8327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Stephanie Trunzo**
**330 Forest Bridge Rd**
**Youngsville, NC 27596-7483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Stephen Gillespie**
**507 Homegate Cir**
**Apex, NC 27502-6806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Stephen Keto**
**305 Ortega Rd**
**Raleigh, NC 27609-5821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Steve Chaney**
**1023 Burning Tree Dr**
**Chapel Hill, NC 27517-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Steve Derbyshire**
**6300 Winthrop Dr**
**Raleigh, NC 27612-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.937**

**Nonpriority creditor's name and mailing address**
**Steve Freedman**
**2621 Forest Lake Ct**
**Wake Forest, NC 27587-7908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.938**

**Nonpriority creditor's name and mailing address**
**Steve Hill**
**300 Bentpine Dr**
**Raleigh, NC 27603-3885**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$345.76

---

**3.939**

**Nonpriority creditor's name and mailing address**
**Steve Hill**
**300 Bentpine Dr**
**Raleigh, NC 27603-3885**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.940**

**Nonpriority creditor's name and mailing address**
**Steven Baker**
**1576 Indian Camp Mountain Rd**
**Rosman, NC 28772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$588.12

---

**3.941**

**Nonpriority creditor's name and mailing address**
**Steven Hess**
**3601 Blueberry Dr**
**Raleigh, NC 27612-4221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$604.46

---

**3.942**

**Nonpriority creditor's name and mailing address**
**Steven Hunter**
**121 S Bloodworth St**
**Raleigh, NC 27601-1503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.943**

**Nonpriority creditor's name and mailing address**
**Steven Lord**
**1621 Westhaven Dr**
**Raleigh, NC 27607-4745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$229.92

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.944**

**Nonpriority creditor's name and mailing address**

**Steven Lord**
**1621 Westhaven Dr**
**Raleigh, NC 27607-4745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.945**

**Nonpriority creditor's name and mailing address**

**Steven Scott**
**7021 Sevilleen Dr Sw**
**Ocean Isle Beach, NC 28469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.946**

**Nonpriority creditor's name and mailing address**

**Stuart Phoenix**
**925 Holt Dr**
**Raleigh, NC 27608-2335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.947**

**Nonpriority creditor's name and mailing address**

**Stuart Stern**
**1995 NW Cary Pkwy Unit 330**
**Morrisville, NC 27560-4606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.948**

**Nonpriority creditor's name and mailing address**

**Sue Ellen Weekes**
**100 Java Ct**
**Cary, NC 27519-5512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.949**

**Nonpriority creditor's name and mailing address**

**Sue Hall**
**10337 Turnbull Rd**
**Fayetteville, NC 28312-7475**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,176.24**

---

**3.950**

**Nonpriority creditor's name and mailing address**

**Sue Joslyn**
**5109 Ten Point Trl**
**Wake Forest, NC 27587-6351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

Debtor   **The North Carolina Theatre**                                   Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.951**

**Nonpriority creditor's name and mailing address**
**Sue Liverman**
**415 Curtis St N**
**Ahoskie, NC 27910-2517**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

**3.952**

**Nonpriority creditor's name and mailing address**
**Susan Blackley**
**1000 Kirkeenan Cir**
**Morrisville, NC 27560-7092**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.953**

**Nonpriority creditor's name and mailing address**
**Susan Brooks**
**5720 Magellan Way Apt 107**
**Raleigh, NC 27612-2257**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.954**

**Nonpriority creditor's name and mailing address**
**Susan Eppers**
**931 Sethcreek Dr**
**Fuquay Varina, NC 27526-5154**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$196.04

---

**3.955**

**Nonpriority creditor's name and mailing address**
**Susan Gates**
**200 Rose Valley Woods Drive Cary**
**Cary, NC 27513**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$276.28

---

**3.956**

**Nonpriority creditor's name and mailing address**
**Susan Goldhaber**
**4112 Gardenlake Dr**
**Raleigh, NC 27612-6954**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

**3.957**

**Nonpriority creditor's name and mailing address**
**Susan Hubbard**
**5752 Cavanaugh Dr**
**Raleigh, NC 27614-7241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

**3.958**

**Nonpriority creditor's name and mailing address**

**Susan Kofsky**
**238 Appsmill Pl**
**Fuquay Varina, NC 27526-6939**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

**3.959**

**Nonpriority creditor's name and mailing address**

**Susan Mitchell**
**6112 Parker Croft Ct**
**Raleigh, NC 27609-8208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.960**

**Nonpriority creditor's name and mailing address**

**Susan Segre**
**301 Duncan St**
**Raleigh, NC 27608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.961**

**Nonpriority creditor's name and mailing address**

**Susan Wallace**
**121 Quail Run**
**Smithfield, NC 27577-9427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$276.28

---

**3.962**

**Nonpriority creditor's name and mailing address**

**Susan Whitehouse**
**1205 Dorleath Ct**
**Raleigh, NC 27614-8036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.963**

**Nonpriority creditor's name and mailing address**

**Susanna Robinson**
**404 Widdington Ln**
**Cary, NC 27519-6699**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.964**

**Nonpriority creditor's name and mailing address**

**Suzanne Carver**
**4604 White Chapel Way**
**Raleigh, NC 27615-1674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.965**

Nonpriority creditor's name and mailing address
**Suzanne Eaton Jones**
**5705 Wysteria Dr**
**Fuquay Varina, NC 27526-7584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.966**

Nonpriority creditor's name and mailing address
**Suzanne Eaton Jones**
**5705 Wysteria Dr**
**Fuquay Varina, NC 27526-7584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.967**

Nonpriority creditor's name and mailing address
**Suzanne Prince**
**523 S. West Street**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$414.42**

---

**3.968**

Nonpriority creditor's name and mailing address
**Sylvia Cobb**
**PO Box 5**
**Pinetops, NC 27864-0005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.969**

Nonpriority creditor's name and mailing address
**Sylvia Williams**
**235 Tayside St**
**Clayton, NC 27520-4995**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$276.28**

---

**3.970**

Nonpriority creditor's name and mailing address
**T. Lawrence Jackson**
**1101 Parkridge Ln**
**Raleigh, NC 27605-3285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.971**

Nonpriority creditor's name and mailing address
**Tammy Murray**
**618 Barbour St**
**Clayton, NC 27520-2714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
| --- | --- | --- | --- |

**Tanisha Woods**
**5113 Neuse Commons Lane**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
| --- | --- | --- | --- |

**Tara Dutta**
**104 Southbank Dr**
**Cary, NC 27518-9759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
| --- | --- | --- | --- |

**Tara Hill**
**800 Saint Marys St**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
| --- | --- | --- | --- |

**Teresa Allgood**
**218 N Shorewood Dr**
**Emerald Isle, NC 28594-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
| --- | --- | --- | --- |

**Teresa Buterbaugh**
**103 Links End Dr**
**Cary, NC 27513-5691**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $604.46 |
| --- | --- | --- | --- |

**Teresa Stephens**
**609 Delany drive**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,037.28 |
| --- | --- | --- | --- |

**Terra Sosa**
**8408 Camellia Dr**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |

**Terry Haggerty**
**725 Royal Anne Ln Apt 301**
**Raleigh, NC 27615-7821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |

**Terry Haggerty**
**725 Royal Anne Ln Apt 301**
**Raleigh, NC 27615-7821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |

**Texanna Montague**
**10305 Penny Rd**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Thad O'Briant**
**4709 Stanford St**
**Raleigh, NC 27609-5333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,090.00 |

**The Car Park**
**Attn: Managing Agent**
**P.O. Box 781**
**Raleigh, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |

**Theresa Amerson**
**9113 Hometown Dr**
**Raleigh, NC 27615-3162**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Theresa Hodges**
**950 Dover Fort Barnwell Rd**
**Dover, NC 28526-9216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Thomas Aubrey**
**52 Goldenrod Dr**
**Whispering Pines, NC 28327-9352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Thomas Barnhill**
**711 Brooks Ave**
**Raleigh, NC 27607-4131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Thomas Eifler**
**102 Clubstone Ln**
**Cary, NC 27518-8905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Thomas Haizlip Jr.**
**400 Tyneloch Dr**
**Banner Elk, NC 28604-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Thomas Herbert**
**5008 Lansdowne Dr**
**Durham, NC 27712-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Thomas Iuliucci III**
**4109 Balsam Dr**
**Raleigh, NC 27612-3607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $690.70 |
|---|---|---|---|

**Thomasine Hardy**
**PO Box 18065**
**Raleigh, NC 27619-8065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,763.36** |
|---|---|---|---|

**Ticketmaster**
**Attn: Managing Agent**
**14643 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tim Bartlett**
**5645 Thistleton Ln**
**Raleigh, NC 27606-8966**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tim Hogan**
**601 Democracy St**
**Raleigh, NC 27603-3671**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tim Lancaster**
**2200 Effingham Cir**
**Raleigh, NC 27615-3826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Timothy Reeder**
**1413 Fox Hollow Dr**
**Ayden, NC 28513-7613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Tina Pell**
**76 Little Giant Way**
**Wendell, NC 27591-9742**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tippi Hales**
**92 S Two Does Ln**
**Clayton, NC 27520-3830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ticket refund claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                          Case number (*if known*) _____
         Name

| 3.100 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.24** |
|---|---|---|---|

**Todd Engstrom**
**2519 White Oak Rd**
**Raleigh, NC 27609-7613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,568.32** |
|---|---|---|---|

**Todd Snitcher**
**36 Chestertown Drive**
**Pinehuurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Todd Zimmerman**
**1017 Sedbrook Ln**
**Winterville, NC 28590-6008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tom Bradshaw**
**7416 Grist Mill Rd**
**Raleigh, NC 27615-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tom Bradshaw**
**7416 Grist Mill Rd**
**Raleigh, NC 27615-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tom Bradshaw**
**7416 Grist Mill Rd**
**Raleigh, NC 27615-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$537.34** |
|---|---|---|---|

**Tom Darcey**
**7512 Hasentree Way**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.100 7 | |

**Nonpriority creditor's name and mailing address**
**Tom Lauria**
**64 Sweetbay Park**
**Youngsville, NC 27596-7975**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| | |
|---|---|
| 3.100 8 | |

**Nonpriority creditor's name and mailing address**
**Tom Lindley**
**1304 Cameron View Ct**
**Raleigh, NC 27607-3362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| | |
|---|---|
| 3.100 9 | |

**Nonpriority creditor's name and mailing address**
**Tom Russell**
**301 Fayetteville St Unit 2712**
**Raleigh, NC 27601-2178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| 3.101 0 | |

**Nonpriority creditor's name and mailing address**
**Tom Whittlesey**
**1132 Batchelor Rd**
**Apex, NC 27523-9453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| 3.101 1 | |

**Nonpriority creditor's name and mailing address**
**Tommy Frazier**
**1812 Parker Ln**
**Henderson, NC 27536-3543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| | |
|---|---|
| 3.101 2 | |

**Nonpriority creditor's name and mailing address**
**Tonia Pridgen**
**3141 Hemlock Forest Cir Apt 204**
**Raleigh, NC 27612-2331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$345.76

---

| | |
|---|---|
| 3.101 3 | |

**Nonpriority creditor's name and mailing address**
**Tonia Pridgen**
**3141 Hemlock Forest Cir Apt 204**
**Raleigh, NC 27612-2331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

Debtor   **The North Carolina Theatre**                                                          Case number *(if known)* _____
          Name

---

**3.101 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$784.16**

**Tony Cartledge**
**3912 Inkberry Ct**                                                   ☐ Contingent
**Apex, NC 27539-8867**                                                ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Ticket refund claim**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$784.16**

**Tonya T. Day**
**300 Swans Mill Xing**                                                 ☐ Contingent
**Raleigh, NC 27614-9470**                                             ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Ticket refund claim**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$1,176.24**

**Travis Groome**
**1104 Longstone Way**                                                 ☐ Contingent
**Raleigh, NC 27614**                                                  ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Ticket refund claim**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$587.54**

**Travis O'quinn**
**1101 Ladowick Lane**                                                 ☐ Contingent
**Wake Forest, NC 27587**                                              ☐ Unliquidated
                                                                       ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Ticket refund claim**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$5,700.00**

**Triangle Family Magazine, LLC**
**Attn: Managing Agent**                                               ☐ Contingent
**4818 Six Forks Road, Ste 204**                                       ☐ Unliquidated
**Raleigh, NC 27609**                                                  ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Business debt**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$135,000.00**

**Truist Bank**
**Attn: Managing Agent or Officer**                                    ☐ Contingent
**P.O. Box 1626**                                                      ☐ Unliquidated
**Wilson, NC 27894**                                                   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Credit card debt**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

**3.102 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$4,000.00**

**Univision Reveivables Co LLC**
**Attn: Managing Agent**                                               ☐ Contingent
**P.O. Box 74019**                                                     ☐ Unliquidated
**Los Angeles, CA 90074**                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  **Business debt**

                                                                       Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (*if known*) _____

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.20 |
|---|---|---|---|

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$340.20

---

| 3.102 2 |
|---|

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$287.40

---

| 3.102 3 |
|---|

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$340.20

---

| 3.102 4 |
|---|

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

| 3.102 5 |
|---|

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$160.89

---

| 3.102 6 |
|---|

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$204.12

---

| 3.102 7 |
|---|

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$616.32

---

Debtor   **The North Carolina Theatre**
Name

Case number (*if known*) _____

| 3.102<br>8 | Nonpriority creditor's name and mailing address<br>**UT Williamson**<br>**PO Box 7057**<br>**Wilson, NC 27895-7057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$204.12** |
|---|---|---|---|

| 3.102<br>9 | Nonpriority creditor's name and mailing address<br>**UT Williamson**<br>**PO Box 7057**<br>**Wilson, NC 27895-7057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$408.24** |
|---|---|---|---|

| 3.103<br>0 | Nonpriority creditor's name and mailing address<br>**UT Williamson**<br>**PO Box 7057**<br>**Wilson, NC 27895-7057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$204.12** |
|---|---|---|---|

| 3.103<br>1 | Nonpriority creditor's name and mailing address<br>**UT Williamson**<br>**PO Box 7057**<br>**Wilson, NC 27895-7057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$268.15** |
|---|---|---|---|

| 3.103<br>2 | Nonpriority creditor's name and mailing address<br>**UT Williamson**<br>**PO Box 7057**<br>**Wilson, NC 27895-7057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$172.44** |
|---|---|---|---|

| 3.103<br>3 | Nonpriority creditor's name and mailing address<br>**UT Williamson**<br>**PO Box 7057**<br>**Wilson, NC 27895-7057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$204.12** |
|---|---|---|---|

| 3.103<br>4 | Nonpriority creditor's name and mailing address<br>**Valerie Bass**<br>**7904 Rooksley Ct**<br>**Raleigh, NC 27615-4712**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$392.08** |
|---|---|---|---|

Debtor   **The North Carolina Theatre**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.103 5** | **Nonpriority creditor's name and mailing address**<br>**Van Eure**<br>**10709 Beaver Pond Ln**<br>**Raleigh, NC 27614-9661**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$392.08** |

| | | |
|---|---|---|
| **3.103 6** | **Nonpriority creditor's name and mailing address**<br>**Van Eure**<br>**10709 Beaver Pond Ln**<br>**Raleigh, NC 27614-9661**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$828.84** |

| | | |
|---|---|---|
| **3.103 7** | **Nonpriority creditor's name and mailing address**<br>**Vance Clayton**<br>**3500 Ranlo Dr**<br>**Raleigh, NC 27612-5022**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$784.16** |

| | | |
|---|---|---|
| **3.103 8** | **Nonpriority creditor's name and mailing address**<br>**Vernon Hunter**<br>**1925 Sunset Dr.**<br>**Raleigh, NC 27608-2453**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$789.54** |

| | | |
|---|---|---|
| **3.103 9** | **Nonpriority creditor's name and mailing address**<br>**Vicci Elder**<br>**1931 Falls Landing Dr Unit 104**<br>**Raleigh, NC 27614-9830**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$459.84** |

| | | |
|---|---|---|
| **3.104 0** | **Nonpriority creditor's name and mailing address**<br>**Vickie S. Byrd**<br>**5004 Bogue Sound Ct**<br>**Emerald Isle, NC 28594-3600**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$784.16** |

| | | |
|---|---|---|
| **3.104 1** | **Nonpriority creditor's name and mailing address**<br>**Victor Angelo**<br>**1340 Holly Blue Run**<br>**Fuquay-Varina, NC 27526**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,176.24** |

Debtor __The North Carolina Theatre_____     Case number (if known) _____
              Name

| 3.104 2 | **Nonpriority creditor's name and mailing address** **Victor Batiz** **4301 Wedgewood Dr** **Raleigh, NC 27604-4943** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$784.16** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 3 | **Nonpriority creditor's name and mailing address** **Victor Batiz** **4301 Wedgewood Dr** **Raleigh, NC 27604-4943** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$459.84** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 4 | **Nonpriority creditor's name and mailing address** **Virginia Mclaurin** **202 Old Mill Rd** **Oxford, NC 27565-2562** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$552.56** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 5 | **Nonpriority creditor's name and mailing address** **Virginia Parker** **1205 Inlet Pl** **Raleigh, NC 27615-4442** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$784.16** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 6 | **Nonpriority creditor's name and mailing address** **Wade Horn** **12420 Bayleaf Church Rd** **Raleigh, NC 27614-9167** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$784.16** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 7 | **Nonpriority creditor's name and mailing address** **Walter Credle** **1309 Neuse Ridge Dr** **Clayton, NC 27527-5368** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$784.16** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 8 | **Nonpriority creditor's name and mailing address** **Walter Czmiel** **100 Greymist Ln** **Cary, NC 27518-8966** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$691.52** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Ticket refund claim__ Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

**3.1049**

**Nonpriority creditor's name and mailing address**

**Walter Magazine c/o The Pilot LLC**
**Attn: Managing Agent**
**P.O. Box 58**
**Southern Pines, NC 28388**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,850.00**

---

**3.1050**

**Nonpriority creditor's name and mailing address**

**Wanda English**
**1109 Lands End Ct**
**Raleigh, NC 27606-8074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.1051**

**Nonpriority creditor's name and mailing address**

**Wayne Eckert**
**690 Great Ridge Pkwy**
**Chapel Hill, NC 27516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$604.46**

---

**3.1052**

**Nonpriority creditor's name and mailing address**

**Wayne Jarrett**
**5016 Will O Dean Rd**
**Raleigh, NC 27616-5445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.1053**

**Nonpriority creditor's name and mailing address**

**Wendy Bishop**
**10350 Dapping Dr.**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.1054**

**Nonpriority creditor's name and mailing address**

**Wendy O'Connor**
**4417 Willow Moss Way**
**Southport, NC 28461-2677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$748.60**

---

**3.1055**

**Nonpriority creditor's name and mailing address**

**Wesley Chesson**
**1028 Marlowe Rd**
**Raleigh, NC 27609-6962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

Debtor    **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.105 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| **William B. Johnson** | ☐ Contingent | |
| **204 Mcginnis Dr** | ☐ Unliquidated | |
| **Atlantic Beach, NC 28512-6313** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Ticket refund claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32** |
| **William Campbell** | ☐ Contingent | |
| **116 Council Gap Ct** | ☐ Unliquidated | |
| **Cary, NC 27513-8737** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Ticket refund claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| **William Domb** | ☐ Contingent | |
| **417 Captains Cv Unit F** | ☐ Unliquidated | |
| **Edenton, NC 27932-8880** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Ticket refund claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| **William Knouse** | ☐ Contingent | |
| **619 Dorothea Dr** | ☐ Unliquidated | |
| **Raleigh, NC 27603-2101** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Ticket refund claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |
| **William Knouse** | ☐ Contingent | |
| **619 Dorothea Dr** | ☐ Unliquidated | |
| **Raleigh, NC 27603-2101** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Ticket refund claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| **William Pelletier** | ☐ Contingent | |
| **853 Flower Manor Dr** | ☐ Unliquidated | |
| **Wendell, NC 27591** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Ticket refund claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,711.00** |
| **WKIX FM 102.9 FM** | ☐ Contingent | |
| **Attn: Managing Agent** | ☐ Unliquidated | |
| **3012 Highwoods Blvd., Ste 201** | ☐ Disputed | |
| **Raleigh, NC 27604** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The North Carolina Theatre**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$20,153.11**

3.106 3

**Nonpriority creditor's name and mailing address**

**WNCN**
**Attn: Managing Agent**
**33096 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.106 4

**Nonpriority creditor's name and mailing address**

**WPLW-FM**
**Attn: Managing Agent**
**3012 Highwoods Blvd., Ste 201**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,289.00**

---

3.106 5

**Nonpriority creditor's name and mailing address**

**WRAL**
**Attn: Managing Agent**
**P.O. Box 948904**
**Atlanta, GA 30394**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,622.25**

---

3.106 6

**Nonpriority creditor's name and mailing address**

**WRAL Digital**
**Attn: Managing Agent**
**P.O. Box 948140**
**Atlanta, GA 30394**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,549.84**

---

3.106 7

**Nonpriority creditor's name and mailing address**

**WRAL- HD3**
**Attn: Managing Agent**
**P.O. Box 60424**
**Charlotte, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

3.106 8

**Nonpriority creditor's name and mailing address**

**WTVD**
**Attn: Managing Agent**
**319 Fayetteville Street, Ste 107**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,500.00**

| Debtor | The North Carolina Theatre | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,130.00 |
|---|---|---|---|

**WUNC 91.5**
**Attn: Managing Agent**
**120 Friday Center Drive**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Yvette Aviles**
**2438 Celtic Dr**
**Fayetteville, NC 28306-8505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|

**Yvonne Howell**
**6109 Wilkinsburg Rd**
**Raleigh, NC 27612-6734**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,673,225.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,673,225.91 |

**Fill in this information to identify the case:**

Debtor name __**The North Carolina Theatre**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **IT support and maintenance**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Celito Communications, LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 37129**<br>**Raleigh, NC 27627** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Contract 32941-01 for play 4/14/24 - 4/28/24**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Duke Energy Center**<br>**Attn: Managing Agent**<br>**2 E. South Street**<br>**Raleigh, NC 27601** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Contract 33714-01 for play 6/16/24 - 6/30/24**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Duke Energy Center**<br>**Attn: Managing Agent**<br>**2 E. South Street**<br>**Raleigh, NC 27601** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Contract 33622-01 for play 11/10/24 - 11/24/24**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Duke Energy Center**<br>**Attn: Managing Agent**<br>**2 E. South Street**<br>**Raleigh, NC 27601** |

Debtor 1   **The North Carolina Theatre**                              Case number *(if known)* _____
          First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Employment agreement**

State the term remaining

List the contract number of any government contract — **Eric Woodall**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of building**

State the term remaining

List the contract number of any government contract — **K.D. Kennedy**
**714 W. Johnson Street**
**Raleigh, NC 27603**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Contract 35126-01 for play 8/10/24 - 8/18/24**

State the term remaining

List the contract number of any government contract — **Martin Marietta Center for Arts**
**Attn: Managing Agent**
**2 E. South Street**
**Raleigh, NC 27601**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Postage machine lease**

State the term remaining

List the contract number of any government contract — **Pitney Bowes Global Financial**
**Attn: Managing Agent**
**P.O. Box 981022**
**Boston, MA 02298**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Water services**

State the term remaining

List the contract number of any government contract — **Purologix Water Services, Inc.**
**Attn: Managing Agent**
**105 Techinical Court**
**Garner, NC 27529**

---

**Fill in this information to identify the case:**

Debtor name **The North Carolina Theatre**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **The North Carolina Theatre**

_____
Debtor(s)

Case No. _____

Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board of Directors** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 23, 2024**

Signature   **/s/ John A. Zaloom**

**John A. Zaloom**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **The North Carolina Theatre**
Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 23, 2024**

**/s/ John A. Zaloom**
**John A. Zaloom**/**Chairman of the Board of Directors**
Signer/Title

6AM City, Inc.
Attn: Managing Agent
P.O. Box 2505
Greenville, SC 29602

Alora Burton
657 Lipford Dr
Cary, NC 27519

Andrea Fox
3053 Granville Dr
Raleigh, NC 27609-6917

Al Conyers
1225 Harp St
Raleigh, NC 27604-8008

Amber Garcowski
1421 Falls River Ave
Raleigh, NC 27614-7704

Andrew Foshee
85 Sweet Gum
Pittsboro, NC 27312-7977

Alan Coats
131 Wilma St
Angier, NC 27501-9133

Amna Cameron
121 Skipwyth Cir
Cary, NC 27513-2415

Andrew Fried
1420 Fawn Ridge Rd Nw
Concord, NC 28027-9066

Alan Lipson
2600 Sunnystone Way
Raleigh, NC 27613-7870

Amos Gentry Bullard
171 Springmoor Dr
Raleigh, NC 27615-4300

Andy Ammons
8404 Society Pl
Raleigh, NC 27615-3190

Alfred Edward Thompson
6141 River Landings Dr
Raleigh, NC 27604-6139

Amy Deshong
6201 Heacham Ct
Raleigh, NC 27614-9236

Andy Reyes
4004 Iron Horse Rd
Raleigh, NC 27616-5057

Alice Dunn
5100 Deer Creek Trl
Raleigh, NC 27616-6507

Amy Langdon
10176 NC50 Hwy N
Angier, NC 27501-8139

Angela Buffaloe
945 Buffaloe Rd
Garner, NC 27529-5186

Allen Kelly
1133 Redford Dr.
Raleigh, NC 27603-3587

Amy Moore
101 Katie Dr
Clayton, NC 27520-5509

Angela Carroll
1339 Brookhill Dr
Clayton, NC 27520-5568

Allen Mask
1123 Old Lystra Rd
Chapel Hill, NC 27517-9167

Amy Stroud
6000 Sentinel Dr
Raleigh, NC 27609-3512

Angela Maier
1324 Rodessa Run
Raleigh, NC 27607-6011

Allison Stafford
413 Hilltop View St
Cary, NC 27513-1685

Andrea Bosquez Porter
1117 N Blount St
Raleigh, NC 27604-1301

Anita Wagner
101 Silver Bluff St
Holly Springs, NC 27540-9392

Ann Benson
12171 Nc 50 Hwy N
Willow Spring, NC 27592-8160

Anne Louise Lord
1014 James Pl
Raleigh, NC 27605-1106

Aubrey Kerr Walker
PO Box 1161
Clayton, NC 27528-1161

Ann C. Garrard
210 Presidents Walk Ln
Cary, NC 27519-9305

Anne Morrell
232 Woodstaff Ave.
Wake Forest, NC 27587

Audrey Garrett
78 Willowcroft Ct
Dunn, NC 28334-6278

Ann Grimes
1501 Peachtree St
Goldsboro, NC 27530-3931

Anne Royster
399 Waverly Hills Dr
Cary, NC 27519-9776

Ayden Lee
812 Cooper Branch Rd
Clayton, NC 27520-4362

Ann Lowe Vodicka
650 Richardson Rd
Pittsboro, NC 27312

Annette Barros
1000 Old Mill Creek Ct
Raleigh, NC 27614-7199

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Ann McKenzie
112 Boldleaf Ct
Cary, NC 27513-3812

AnnMarie Garza
8306 Mourning Dove Rd
Raleigh, NC 27615-3018

Barbara E. Trapnell
106 Lomond Ln
Cary, NC 27518-9747

Ann Ritter
320 Hillcrest Drive
Chocowinity, NC 27817

April Young
1436 Spring Garden Drive
Morrisville, NC 27560

Barbara Elish
1004 Cuthbert Ln
Durham, NC 27703-0289

Ann W. Hill
150 Lands End Rd Apt A23
Morehead City, NC 28557-8992

April Young Blackwell
8612 Stonechase Dr
Raleigh, NC 27613-6999

Barbara Glasgow
801 N Wakefield St
Zebulon, NC 27597-2342

Anna Churchill
Synergy Face & Body
8300 Health Park #229
Raleigh, NC 27615

Atha Price
1407 Knollwood Dr Nw
Wilson, NC 27896-1513

Barbara Harris
10812 Laurnet Pl
Raleigh, NC 27614-8990

Anna Moore
2226 Whitman Rd
Raleigh, NC 27607-6649

Atlas Stage Works
Attn: Managing Agent
3911 Beryl Road
Raleigh, NC 27607

Barbara Jean
1181 Saint Cloud Loop
Apex, NC 27523

Barbara  Knott
1315 Still Monument Way
Raleigh, NC 27603-3493

Beth  Chappell
3712 Jordan Shires Dr
New Hill, NC 27562-9334

Betty  Byrum
441 Kings Hollow Dr
Raleigh, NC 27603-9469

Barbara  Marley
120 Spring Hollow Ln
Cary, NC 27518-9726

Beth  Dobbie
3550 Horton St
Raleigh, NC 27607-3400

Betty P.  Moore
1520 Springmoor Cir
Raleigh, NC 27615-5704

Barbara  Raess
1164 Saint Cloud Loop
Apex, NC 27523-6113

Beth  Ryals
5232 Banks Haven Ct
Raleigh, NC 27603-8957

Beverly  Rust
1202 Pine Valley Dr
New Bern, NC 28562-2938

Barry  Gobble
702 Quarry Street
Raleigh, NC 27601

Betsy  Brian Rollins
161 Montrose Dr
Durham, NC 27707-3900

Bill  Brewer
8313 Castine Ct
Raleigh, NC 27613-4311

Becky  Farmer
2509 Fairview Rd
Raleigh, NC 27608-1327

Betsy  Eble
170 T C Justice Rd
Pittsboro, NC 27312-7876

Bill  Stokes
906 Wellstone Cir
Apex, NC 27502-8532

Becky  Raynor
1808 Greenwood St
Elizabethtown, NC 28337-9146

Betsy J  Justice
145 Lake Pine Dr
Cary, NC 27511-4377

Bill  Taylor
3711 Exchange Glenwood Place #2
Raleigh, NC 27612

Belinda  Hiltbruner
1010 Gallop Dr
Clayton, NC 27520-8482

Betsy T.  Douglass
7900 Rooksley Ct
Raleigh, NC 27615-4712

Billie Jo  Cockman
1305 Slatestone Ct
Raleigh, NC 27615-4382

Ben  Parrish
217 Change St.
New Bern, NC 28560-4906

Bettie  Long
1298 Bethlehem School Rd
Hickory, NC 28601-9379

Billy  Su
1937 Leben St
Apex, NC 27502-4418

Beth  Brinson
305 Kensington Dr
Tarboro, NC 27886-1909

Betty Boyd  Hardy
1760 Hasentree Villa Ln
Wake Forest, NC 27587-1738

Blanche  Nichols
1216 Fernglen Pl
Cary, NC 27511-3894

Blink Facility Solutions
Attn: Managing Agent
P.O. Box 91162
Raleigh, NC 27675

Boyd Wilson
1109 Fernglen Pl
Cary, NC 27511

Bruce Hudson
PO Box 108
Falcon, NC 28342-0108

Bob Brandt
4108 Windsor Pl
Raleigh, NC 27609-5964

Brandie Beebe
3936 Wendell Blvd
Wendell, NC 27591-6940

Bruce Reed
1108 Coram Fields Rd
Wake Forest, NC 27587-5186

Bob Wrisley
6810 Gloucester Rd
Raleigh, NC 27612-2432

Brandie Littlefield
210 West Wyatts Pond Ln.
Cary, NC 27513

Bruce Tompkins
8305 WYCOMBE RIDGE WAY
WAKE FOREST, NC 27587-5415

Bobbie W. Furr
708 Dartmouth Rd
Raleigh, NC 27609-5942

Brant T. Massey
822 Knight Dr
Durham, NC 27712-1306

Bryan Latham
8009 Windsor Way
Elon, NC 27244-9411

Bonnie Latham
4603 Yadkin Dr
Raleigh, NC 27609-5570

Brenda Woodley
2301 Riley Rd
Kinston, NC 28504-1439

Bryan Mercer
4805 Tannenhill Trl
Holly Springs, NC 27540-9204

Bonnie Medinger
701 Brookfield Rd
Raleigh, NC 27615-1408

Brenda Wright
105 Student Pl
Durham, NC 27713-6067

Bryant Woodall
6440 Camellia Creek Dr
Raleigh, NC 27603

Bonnie Mulfinger
501 Redhill Rd
Holly Springs, NC 27540-6282

Brian Belvin
8805 Zeigler Dr
Knightdale, NC 27545-7468

Camille Mceachren
PO Box 27
Vanceboro, NC 28586-0027

Bonnie Stem
11625 Midlavian Dr.
Raleigh, NC 27614

Brian Field
5508 Hunter Hollow Dr
Raleigh, NC 27606-9371

Candace MacNaughton
6905 Mere View Ct
Raleigh, NC 27606-9023

Bonnie Wolf
3900 Westwood Pl
Raleigh, NC 27613-1563

Bridgette Williamson
43 Barnes St
Greenville, NC 27858-6102

Carl Dawson
5605 Maram Ct
Raleigh, NC 27609-3870

Carl Worstell
229 Curragh Cove
Fuquay Varina, NC 27526-8798

Carol Neri
308 Bordeaux Ln.
Cary, NC 27511-6467

Carolyn S. Leith
6005 Castlebrook Dr
Raleigh, NC 27604-5927

Carla Frederick
4301 Iyar Way
Wake Forest, NC 27587

Carol Randall
227 Beckingham Loop
Cary, NC 27519-6374

Catherine Daubert
807 Carpenter Town Ln
Cary, NC 27519

Carlene Mcintyre
1255 Davis Rd
Garland, NC 28441-9083

Carol Sanchez
200 Woodstaff Ave
Wake Forest, NC 27587-9802

Catherine Grayson
245 NE 69th St.
Oak Island, NC 28465

Carlton Heating & Air
Attn: Managing Agent
6622 Old Wake Forest Road
Raleigh, NC 27616

Carol Walker
7011 Pine Hill Rd
Durham, NC 27707-9574

Catherine Ormsby
293 Godfrey Branch Rd
Swansboro, NC 28584-8185

Carol Ellis
1823 Stage Road
Durham, NC 27703

Carole Guld
3415 Sir Colleton Ct
Raleigh, NC 27612-4186

Catherine Smith
204 Merwin Rd.
Raleigh, NC 27606-2635

Carol Fussell
828 Swan Neck Ln
Raleigh, NC 27615-3764

Carole Wagner
3413 Ebenezer Church Rd
Raleigh, NC 27612-4117

Cathleen Plaut
8628 Reindeer Moss Dr
Wake Forest, NC 27587-4836

Carol Hagy
6112 Chatford Dr
Raleigh, NC 27612-6252

Caroline Taylor
1121 Parkridge Ln Apt 109
Raleigh, NC 27605-3224

Cathryn Parsons
817 Lake Royale
Louisburg, NC 27549

Carol Huckle
650 Cedar Point Blvd
Cedar Point, NC 28584

Carolyn Ambrose
412 Creek Rd
Bath, NC 27808-9359

Cathy Pratt
4600 Crabtree Pines Ln
Raleigh, NC 27612-3953

Carol Kump
133 Dry Gully Ct
Wake Forest, NC 27587-1813

Carolyn Peebles
3106 Venus Dr
Raleigh, NC 27604-4115

Celito Communications, LLC
Attn: Managing Agent
P.O. Box 37129
Raleigh, NC 27627

Centerplate at Raleigh Convention
Attn: Managing Agent
500 S. Salisbury Street
Raleigh, NC 27601

Chris Hicks
PO Box 93
Timberlake, NC 27583-0093

Christopher Leazer
3208 Signature Ln
Raleigh, NC 27606-4500

Chanda Branch
2112 Lake Trout Ln
Raleigh, NC 27610-5563

Chris Hrnicek
110 Balzac Ct
Cary, NC 27511-6398

Cindy Ballenger
440 Center Court Dr.
Boone, NC 28607

Chante Thompson
309 Holtz Ln
Cary, NC 27511-3509

Chris Seamster
6304 Godfrey Drive
Raleigh, NC 27612

Cintas
Attn: Managing Agent
P.O. Box 63102
Cincinnati, OH 45263

Charles P. Wilkins
2111 Fairview Rd
Raleigh, NC 27608-2234

Christene Bellopatrick
2216 Stonerose Cir
Raleigh, NC 27606-8706

City of Raleigh
Attn: Managing Agent
One Exchange Plaza, 10th Floor
Raleigh, NC 27601

Charles W. Stuber
1800 Manuel St
Raleigh, NC 27612-5510

Christine Higgins
109 Presley Snow Ct
Holly Springs, NC 27540-4710

Claire See
1712 Hunting Ridge Rd
Raleigh, NC 27615-7029

Charlie Mann
102 Bronzewood Ct
Cary, NC 27518-8637

Christine L. Andrade
7504 Pats Branch Dr
Raleigh, NC 27612-7319

Clara L. Hager
1211 Santa Cruz St
Wake Forest, NC 27587-7204

Cheryl Difiore
729 Bennington Dr
Raleigh, NC 27615-1202

Christine Lawless
112 Estes Drive Ext Apt A
Carrboro, NC 27510-1472

Claudia N. Curtis
2207 Wilshire Dr
Durham, NC 27707-2245

Cheryl Theriault
424 Emerson Dr.
Raleigh, NC 27609

Christine Stilley
301 Fayetteville Street
Raleigh, NC 27601

Clean Advertising & Design
Attn: Managing Agent
806 McCulloch St, Ste 102
Raleigh, NC 27603

Cheryle Prater
1617 Adonis Blue Way
Fuquay Varina, NC 27526

Christopher Coughlin
803 Holt Dr
Raleigh, NC 27608-2333

Clif Bullard
PO Box 98775
Raleigh, NC 27624

Cliff Benson III
212 Drummond Dr
Raleigh, NC 27609-7003

Custom Engraving & Trophy
Attn: Managing Agent
612 North Person Street
Raleigh, NC 27604

Daniel L. Thomas
3808 Banstead Ct
Apex, NC 27539-9111

COL (RET) Griffin Lockett
597 Mill Creek Church Rd
Four Oaks, NC 27524-8029

Customer Friends of Integrated Design, P
2500 Dawson Mill Run
Raleigh, NC 27606

Daniel Palmieri
411 Palace Green
Cary, NC 27518-8411

Connie Liles
1314 Pineview Dr
Garner, NC 27529-4150

Cynthia Coffey
239 Lafferty St
Durham, NC 27703-0740

Danielle Ward
2352 Noble Rd
Raleigh, NC 27608

Cornterstone Custom Printing
Attn: Managing Agent
149 Claire Drive
Clayton, NC 27520

Cynthia G. Smith
925 Ravendale Pl
Cary, NC 27513-4297

Darra Samosky
1421 Upchurch Woods Dr
Raleigh, NC 27603-8019

Cort DeVoe
1019 Steinbeck Dr
Durham, NC 27703-6496

Cynthia Johnson
2501 Cleveland Rd
Smithfield, NC 27577-8286

David Barkhau
7004 Spring Ridge Rd
Cary, NC 27518-9020

Courtney S. Penland
2608 Bloomsberry Ridge Dr
Fuquay Varina, NC 27526-7291

D. Glenn Pierce
5300 Ten Ten Rd
Apex, NC 27539-8346

David C. Herring
4338 Frink School Rd
La Grange, NC 28551-8304

Courtney Tellefsen
1209 Indian Trail Dr
Raleigh, NC 27609-5439

Dan Bryson
5744 Heatherstone Dr
Raleigh, NC 27606-9342

David Creech
3816 Yadkin Dr
Raleigh, NC 27609-6329

Craig Anderson
3541 Sugarplum Rd
Raleigh, NC 27604

Dan Wilson
4804 Latimer Rd
Raleigh, NC 27609-5363

David DeFoor
109 Perdue St
Garner, NC 27529-3021

Craig Fortner
3512 Foy Glen Ct
Apex, NC 27539-3682

Daniel Fuhrman
2644 Ridgewell Ct
Raleigh, NC 27613-1660

David Dyer
106 Lively Ct W
Cary, NC 27511-5785

David G Eckard
76 Hadley Ln
Clayton, NC 27527-7026

David Wall
1304 Silent Brook Rd
Wake Forest, NC 27587-5501

Deborah Crooke
301 Homegate Cir
Apex, NC 27502-3987

David Geiss
5617 Turner Glen Drive
Raleigh, NC 27603

David Wyly
108 N Virginia St
Goldsboro, NC 27530

Deborah Cross
PO Box 1187
Garner, NC 27529-1187

David Heuser
8300 Clarks Branch Dr
Raleigh, NC 27613-6977

Dawn Pappas
1012 Prairie Smoke St
Wake Forest, NC 27587-3853

Deborah Koenig
PO Box 2097
Fayetteville, NC 28302-2097

David Hill
109 Sumpter Dr
Goldsboro, NC 27534-2355

Dayna Portis
67 Ashley Woods Ct.
Clayton, NC 27527

Deborah Lewis
4304 Long Branch Trl
Raleigh, NC 27604-5950

David Hirschel
32 Linden St
Waterbury, CT 06702-1301

Debbie Hammersla
8620 Bournemouth Drive
Raleigh, NC 27615

Deborah Orol
10104 Bushveld Ln
Raleigh, NC 27613-6146

David Krum
1012 Meadowbrook Dr
Garner, NC 27529-2826

Debbie Hammersla
8620 Bournemouth Dr
Raleigh, NC 27615-2008

Deborah Stockdale
13332 Ashford Park Dr
Raleigh, NC 27613-4149

David Oates
623 Doddington Dr
Rolesville, NC 27571-9701

Debbie Schulz
505 Spruce Hollow Dr
Fuquay Varina, NC 27526-8188

Deborah Tippett
2701 Tickett Rd
Durham, NC 27705

David Paul Adams M.D.
115 Kildaire Park Dr Ste 301
Cary, NC 27518-8144

Debbie Woody
1416 Dellwood Dr
Raleigh, NC 27607-6717

Debra Buchanan
511 Florence St
Raleigh, NC 27603-2143

David Smith
2201 Lodestar Dr
Raleigh, NC 27615-2524

Deborah Brown
1344 Regulator St
Raleigh, NC 27603-3495

Debra Dunn
217 Sailfish Ct
Durham, NC 27703-8373

Debra McLamb
5432 Den Heider Way
Raleigh, NC 27606-9583

Denise Wynn
601 Mallory Lane
Morrisville, NC 27713

Don Harris
156 Shirley Dr
Cary, NC 27511-3852

Debra Pylypiw
PO Box 1821
Swansboro, NC 28584-1821

Dennis Cole
384 Bess Dr
Clayton, NC 27520-4092

Don Stroud
PO Box 1109
Wake Forest, NC 27588-1109

Deena Gilliam
204 Maumee Ct
Cary, NC 27513

Derreth Kavanagh
108 Barons Glenn Way
Cary, NC 27513-1781

Donald Fraley
6804 Greystone Dr
Raleigh, NC 27615-7407

Deirdre Jersey
829 Shadow Lake Dr
Willow Spring, NC 27592-9139

Diane Hucke
10516 Leafwood Pl
Raleigh, NC 27613-6306

Donna Gardner
5413 West Oaks Dr
Fuquay Varina, NC 27526-9477

Delores Parker
6408 Gainsborough Dr
Raleigh, NC 27612-6617

Dianna Knight
211 Forest Oaks Dr
Clayton, NC 27527-5730

Donnie Bunn
500 Carnoustie Dr
Greenville, NC 27858-8131

Denee Oakley
3605 Laurel Hills Rd
Raleigh, NC 27612-4206

Dianne Downing
1960 Hornbeck Ct
Raleigh, NC 27614-7048

Dorothy Jennings
217 Lake Tillery Dr
Cary, NC 27519-9518

Denise Olson
7 Pascal Way
Durham, NC 27705-4924

Disney Theatrical Group
Attn: Managing Agent
500 S. Buena Vista Street
Burbank, CA 91521

Dorothy Schmelzeis
202 Glasgow Rd
Cary, NC 27511-6518

Denise Rowe
1417 Big Falls Dr
Wendell, NC 27591

Don Davis
1305 Downhill Slide Trl.
Raleigh, NC 27614-8231

Doug Grissom
6104 Ellis Dr
Raleigh, NC 27612-1826

Denise Williams
188 Mallie Pearce Rd
Zebulon, NC 27597-6018

Don Haire
79 Kylemore Pl
Clayton, NC 27520-1762

Doug Sutton
5236 Knollwood Rd
Raleigh, NC 27609-4512

Douglas Ball
1401 Aversboro Rd Ste 206
Garner, NC 27529-3980

Ed Moore
PO Box 20867
Raleigh, NC 27619-0867

Elaine J. Craig
4106 Princess Anne Cir N
Wilson, NC 27896-8933

Douglas E. Lam
242 Luss Lane
Southern Pines, NC 28387

Ed Tucker
5304 Amsterdam Pl
Raleigh, NC 27606-9706

Elaine Nisbet
1100 Vestavia Woods Dr
Raleigh, NC 27615-4612

Douglas Hammer
1207 Watauga St
Raleigh, NC 27604-2035

Edie Webb
121 Lake Boone Tr.
Raleigh, NC 27608

Elaine Wilson
1721 Tiffany Bay Ct Unit 301
Raleigh, NC 27609-5088

Drew Wirtz
307 W Franklin St
Enfield, NC 27823-1320

Edward Gainor
5609 Farmridge Road
Raleigh, NC 27617

Eleanor Jones
4 Wynmore Dr
Durham, NC 27713

Duane Dorsay
4801 Westgreen Ct
Raleigh, NC 27612-3584

Edward Hillings
620 Wade Ave. Unit 502
Raleigh, NC 27605

Elisabeth Selig
2032 Monthaven Dr
Wake Forest, NC 27587-6548

Duke Energy Center
Attn: Managing Agent
2 E. South Street
Raleigh, NC 27601

Edward Wase
6000 Glenview Garden Place
Cary, NC 27511

Elizabeth Almasy
5816 Shamrock Rd
Durham, NC 27713-2630

Dyanne Miller
1116 Fairway Villas Dr
Wake Forest, NC 27587-5179

Edythe Poyner
2701 Glenwood Gardens Ln #303
Raleigh, NC 27608

Elizabeth Berry
4501 Revere Dr
Raleigh, NC 27609-5247

E.D. Briggs
Attn: Managing Agent
P.O. Box 1188
Fuquay Varina, NC 27526

Eileen Davison
7031 Drewry Virginia Line Rd
Manson, NC 27553-9138

Elizabeth Cozart
303 Hudson St
Raleigh, NC 27608-1608

Easter Maynard
621 Transylvania Ave
Raleigh, NC 27609

Eileen Gunther
10504 Tree Bark Ct.
Raleigh, NC 27613-6313

Elizabeth Sager
1722 Carl Williamson Rd
Raleigh, NC 27610-9774

Elizabeth White
751 Peakland Pl
Raleigh, NC 27604-3085

Erica Grantmyre
1308 Bloomingdale Dr
Cary, NC 27511-5933

Fran Rudick
1500 River Mill Dr Apt 203
Wake Forest, NC 27587-6275

Elizabeth Zucker
11212 Brass Kettle Rd
Raleigh, NC 27614-8443

Erika Rosenthal
2524 Tuscany Woods Ct
Raleigh, NC 27612-2939

Frances Bobbie
4933 Cremshaw Ct
Raleigh, NC 27614-8322

Ella Colborn
3812 Langley Dr
Durham, NC 27705-1843

Erin Marshall
1609 Keyworth Ct
Raleigh, NC 27612

Frances Turner
5017 Clowser Minnow Ct
Wake Forest, NC 27587

Ellen Blair
7808 Senter Farm Rd
Apex, NC 27539-9788

Eura Gaskins
612 Lakestone Dr
Raleigh, NC 27609-6340

Francis "Frank" Werner
26 Kollinova Dr
Clayton, NC 27527-4271

Eloise Sheats
4701 Joseph Michael Ct
Raleigh, NC 27606-9647

Fabio F. De Contreras
1521 Poets Glade Dr
Apex, NC 27523-6251

Frederick Cubbage
1025 Kingsway Dr
Apex, NC 27502-8946

Emad Khatib
3929 Sunridge Rd
Raleigh, NC 27613

Faye Watkins
613 Old Farm Rd
Raleigh, NC 27606-2245

Gail Duncan
204 Glasgow Rd
Cary, NC 27511-6518

Enterprise Rent a Car
Attn: Managing Agent
4817 Hergrove Rd, Ste 200
Raleigh, NC 27616

Fedex
Attn: Managing Agent
3965 Airway, Module G
Memphis, TN 38116

Gail Willard
704 Runnymede Rd
Raleigh, NC 27607-3104

Eric Jensen
108 Oxford Creek Rd
Cary, NC 27519-9756

Floyd Cook
103 Ripley Ct
Cary, NC 27513-5121

Gary Bowman
3342 Lake Boone Trl
Raleigh, NC 27607-6748

Eric Woodall

Fran Melia
111 Fallsworth Dr
Cary, NC 27513-5102

Gary Travis
3904 Capital Blvd
Raleigh, NC 27604-3412

Genia Tyson Bone
3509 S Meade Pl Nw
Wilson, NC 27896-9611

Gil Wood
10609 Charlesgate Ct
Raleigh, NC 27614-6509

Gordon Miller
1006 Lake Path Rd
Willow Spring, NC 27592-9136

Geoff Grisso
PO Box 1419
Washington, NC 27889-1419

Ginger Rice
2720 Lautenberg Ln
Willow Spring, NC 27592-8634

Grace Ramsey
1832 Old Milburnie Rd
Raleigh, NC 27604-9638

George Betts
2140 Castle Pines Dr
Raleigh, NC 27604-5440

Glen Wall
555 Zachary Way
Garner, NC 27529-8194

Greg Stenzel
1400 Kings Lassiter Way
Raleigh, NC 27614-8736

George Budd
8445 Secreto Dr
Raleigh, NC 27606-0031

Glenda Adams
1900 Partridge Berry Dr
Raleigh, NC 27606-9400

Gregory Keller
7741 Cullingtree Ln
Wake Forest, NC 27587-9624

George DeLoache
504 Chesterfield Rd
Raleigh, NC 27608-1016

Glenn Kort
411 Heralds Way
Cary, NC 27519-6493

Gregory Mayes
912 Havens Edge Ct.
Apex, NC 27523

Georgia Meckes
1765 Town Home Dr
Apex, NC 27502

Gloria Davis
728 Lakestone Dr
Raleigh, NC 27609-6342

Gwen Harris
7343 Sweet Bay Ln
Raleigh, NC 27615-6225

Gerald Haegele
5317 Bent Leaf Dr
Raleigh, NC 27606-9085

Gloria Drolet
116 Dancing Shoes Ct
Clayton, NC 27520-4340

Hailey Hennessy
7000 Regency Parkway
Cary, NC 27518

Gerald McLaughlin
232 Shillings Chase Dr
Cary, NC 27518-6483

Gloria Pleasant
925 Mulberry Rd
Clayton, NC 27520-2129

Harold Bardill
179 Egret Pt
Lexington, NC 27292

GFL Environmental
Attn: Managing Agent
P.O. Box 791519
Baltimore, MD 21279

Gordon Brown
302 Nine Gates Rd.
Chapel Hill, NC 27516-5548

Harold Hingley III
404 Rice Ln
Havelock, NC 28532-1740

Harry Albert
105 Gatestone Ct
Cary, NC 27518-7803

Howard Kaufman
1310 Queensferry Rd
Cary, NC 27511-6568

Ira Parkman
7029 Millstone Ridge Ct
Raleigh, NC 27614-6535

Heather Kent
7604 Coppersmith Ct.
Raleigh, NC 27615

Howard Margulies
8821 Leeshire Ln
Raleigh, NC 27615-6568

Iris Pritchard
2101 Ridge Rd.
Raleigh, NC 27607

Heather M. Monroe
2211 Yorkgate Dr
Raleigh, NC 27612

Huldah Lindsey
105 New Faison Ln
Knightdale, NC 27545-9754

Ivey Thigpen
403 Azure Ct
Laurinburg, NC 28352-3501

Hector Magante
1401 Coopershill Dr Apt 308
Raleigh, NC 27604-4527

Ian Miller
1105 Country Ridge Dr
Raleigh, NC 27609-5422

J D Wagner
8008 Crookneck Dr
Angier, NC 27501-6094

Helen DiPietro
1137 Shadyside Dr
Raleigh, NC 27612-2402

Ian Shields
318 Polk St
Raleigh, NC 27604-1250

J. Gray McAllister III
212 Cedar Breeze Ln
Chapel Hill, NC 27517

Helen Vick
200 Hawkesburg Dr
Clayton, NC 27527-8343

iHeartMedia
Attn: Managing Agent
P.O. Box 406372
Atlanta, GA 30384

Jack Boyne
807 Harvey St.
Raleigh, NC 27608

Heritage High School
Attn: Managing Agent
110 Corning Road
Cary, NC 27518

INDY Week
Attn: Managing Agent
P.O. Box 1772
Durham, NC 27702

Jack Hart
112 Mantle Drive
Clayton, NC 27527

Hilda Zimmer
700 Buffaloe Rd
Garner, NC 27529-5125

Inna Shapiro
112 Chesley Ln
Chapel Hill, NC 27514-1459

Jack Tiger
1005 Saint Emilion Ct
Apex, NC 27502-1890

Holly Carroll
2989 Club Dr
Raleigh, NC 27613-1277

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James Coleman
3372 North Pitt St
Farmville, NC 27828-1677

James E. Thiem
634 N Blount St
Raleigh, NC 27604-1122

James Stone
113 Milby Ct
Rocky Mount, NC 27804-7314

Jane Scherr
3600 Cumberland Creek Road #205
Raleigh, NC 27613

James Entwistle
329 Nantahala Lake Way
Fuquay Varina, NC 27526-0119

James Thorpe
116 Shady Meadow Ln
Clayton, NC 27520-6404

Jane Stober
729 Swan Neck Ln
Raleigh, NC 27615-6259

James Hriso
347 Bridgegate Dr
Cary, NC 27519-7191

James Whitley
510 Glenwood Ave Apt 407
Raleigh, NC 27603-1262

Janet Allen
7900 Hinton Rd.
Wake Forest, NC 27587-8969

James Klemenz
5124 Wolcott Ct
Fuquay Varina, NC 27526-8465

Jan Silverman
210 Glenhaven Dr
Chapel Hill, NC 27516

Janet Ruby
203 Coltsgate Dr.
Cary, NC 27518-8316

James Knopp
1316 Lincoln Mill
Durham, NC 27703

Jan Southall
609 Old Farm Rd
Raleigh, NC 27606-2245

Janet Sniffin
103 Twilight Ct
Cary, NC 27513-2839

James M. Taylor
PO Box 207
Vanceboro, NC 28586-0207

Jan Wheless
222 Harbor Rd
Reidsville, NC 27320-9524

Janet Watson
3801 Westridge Circle Dr Ste A
Rocky Mount, NC 27804-3360

James Newberry
2212 Misskelly Dr
Raleigh, NC 27612-5817

Jane Brady
PO Box 6473
Raleigh, NC 27628-6473

Janice Brattin
2301 Spruce Grove Ct
Raleigh, NC 27614-6850

James Norris
2801 Dunhaven Dr
Garner, NC 27529-5109

Jane Brocious
105 Stagecrest Dr
Raleigh, NC 27603-5501

Janice Giggey
10820 Ashland Mill Ct
Raleigh, NC 27617-7766

James Owle
2920 Academy St
Sanford, NC 27332-6006

Jane Parker
9404 S Mere Ct
Raleigh, NC 27615-2319

Janice Given
333 Hamilton St
Roanoke Rapids, NC 27870-2007

Janice  Pellicore
4835  Radcliff  Rd
Raleigh, NC 27609-5317

Jean  Sander
1504  Cooper Falls  Ln
Raleigh, NC 27614-8792

Jennie  Everett
6513  Pulleytown  Rd
Wake Forest, NC 27587

Janna  Whitt
724  Sarazen  Dr
Clayton, NC 27527-3918

Jeanne  Walther
1717  River Bend  Ln
Raleigh, NC 27610-9413

Jennifer  Mcclendon
513  Wild Rose  Ct
Raleigh, NC 27615-3165

Jarvis  Campbell
615  Carrington  Ln
Winterville, NC 28590-9723

Jeff  Scroggs
2722  Van Dyke  Ave
Raleigh, NC 27607-7147

Jennifer  Persson
217  Azalea View  Way
Holly Springs, NC 27540-5416

Jason  King
119  Dalmeny  Dr
Cary, NC 27513-2815

Jeff  Weatherspoon
6404  Sassafras  Ln
Raleigh, NC 27614-9210

Jennifer  Wheeler
520  Golden Plum  Ln
Zebulon, NC 27597-9267

Jason  Shallcross
110  Grey Bridge  Row
Cary, NC 27513-3452

Jeffrey  Endrusick
7032  Hasentree Club  Dr.
Wake Forest, NC 27587

Jeremy  Gupton
3720  Dusty  Ln
Raleigh, NC 27604-4231

Jay  M  Brown
103  Hebride  Ct
Cary, NC 27513-4772

Jeffrey  P.  Howsam
4917  N. Hills  Dr.
Raleigh, NC 27612

Jeremy  Hart
2151  Goldston Carbonton  Rd
Goldston, NC 27252-9484

Jay  Taylor
3656  Sleepy Hollow  Rd
Wake Forest, NC 27587-8301

Jennell  Little
818  Northbrook  Dr
Raleigh, NC 27609-5516

Jerry  Monday
400  Hillandale  Dr
Raleigh, NC 27609-7037

Jean  M.  Gursin
918  Belhaven  Rd
Cary, NC 27513-3918

Jennette  Yates
45  Remington  Ct
Youngsville, NC 27596-8730

Jerry  Morris
1318  Farm View  Rd
Hillsborough, NC 27278-9400

Jean  Morin
192  Waterpine  Dr
Garner, NC 27529-7177

Jennie  Barringer
3109  Sun  Dr
Raleigh, NC 27614-9225

Jerry  Smith
501  Woodwind  Ct
Raleigh, NC 27614-9623

Jessica Dixon
425 Farmington Woods Dr
Cary, NC 27511-5643

Joann Miller
10359 Nash
Chapel Hill, NC 27517

John Grover
107 Kylie Savannah Ct
Cary, NC 27511-3877

Jessica Murray
2006 Beecham Cir
Raleigh, NC 27607-3321

Joanna Alevizatos
2809 Polesdon Ct
Raleigh, NC 27615-3973

John Gunther
2222 Valley Forge Dr
Raleigh, NC 27615-1800

Jewell S. Clark
514 5th Ave N
Surfside Beach, SC 29575-3958

Joanne Fruth
195 Lynn Smith Rd.
Semora, NC 27343

John H. Struss
617 Webster St
Cary, NC 27511-3549

Jill Heath
2004 Buckingham Rd
Raleigh, NC 27607-3113

Jodi Anderson
8420 Lentic Ct
Raleigh, NC 27615-4964

John Kieffer
104 Hawthorne Ct.
Havelock, NC 28532-9650

Jill Pike
7911 Footman Way
Raleigh, NC 27615-4381

Jody Frank
3720 Sparrow Pond Ln
Raleigh, NC 27606-8499

John Kucik
11217 Emerald Creek Dr
Raleigh, NC 27617

Jim VanKirk
2345 Airline Dr.
Raleigh, NC 27607

John Alexander Jr.
2809 Manning Pl
Raleigh, NC 27608-1137

John Miller
182 Adrian St
Holly Springs, NC 27540

Jimmy Gurley
PO Box 90515
Raleigh, NC 27675

John Boyne
1800 Park Dr
Raleigh, NC 27605-1613

John P. Riedy
1613 Hunting Ridge Rd
Raleigh, NC 27615-7028

Joan Drucker
49 Birnham Ln
Durham, NC 27707-5174

John Buben
108 White Lake Ct
Cary, NC 27519-9510

John Poole
102 Inlet Ct
Emerald Isle, NC 28594-2011

Joan Fletcher
21 Cotswold Pl
Durham, NC 27707-5514

John Byrne
333 S Main St
Fuquay Varina, NC 27526-2261

John Puzak
6113 Leesburg Ln
Raleigh, NC 27617-8319

John Stewart
217 Waterford Park Ln
Raleigh, NC 27615-2091

Joseph Supple
2028 Englewood Ave
Durham, NC 27705-4113

Judy Fitzpatrick
30 Arrowhead Dr
Hubert, NC 28539-4102

Johnny Beal
2625 Poole Rd
Raleigh, NC 27610-2821

Joyce Rothchild
11030 Louson Pl
Raleigh, NC 27614-6728

Judy LeGrand
1908 Banbury Rd
Raleigh, NC 27608-1120

Jolee Faison
3301 Flat River Dr
Durham, NC 27703-7871

JT Austin Production
Attn: Managing Agent
2500 Buckingham Drive
Sanford, NC 27330

Judy Newsome
237 Strathburgh Ln
Cary, NC 27518-9036

Jon Anglemyer
1174 Poore Farm Rd
Chocowinity, NC 27817

Judi Corke
5974 Big Nance Dr
Raleigh, NC 27616-5795

Judy Rosalez
217 Abbey View Way
Cary, NC 27519

Jonathan Shaffer
118 Twinberry Ln
Garner, NC 27529-5937

Judith Langston
518 Old Dam Rd
Selma, NC 27576-8556

Judy Shutak
1133 Farmers Branch Rd
Willow Spring, NC 27592-8971

Joseph Brannan
3400 Sumner Blvd
Raleigh, NC 27616-2950

Judith Newman
1229 Blenheim Dr
Raleigh, NC 27612-5513

Julia Mobley
6043 Dolphin Rd
Oriental, NC 28571

Joseph E. Agsten
2202 Emerson Rd
Kinston, NC 28504-1312

Judith Wilson
1621 Lake Glen Dr
Fuquay Varina, NC 27526-6948

Julie Parenteau
305 Twain Dr
Garner, NC 27529-9567

Joseph Grover
103 Dairy Glen Rd
Chapel Hill, NC 27516-4350

Judy Colby
8408 Seagate Dr
Raleigh, NC 27615-4433

Julieanna Moeykens
13100 Townfield Drive
Raleigh, NC 27614

Joseph Peacos
1302 W Ragsdale Rd
Greenville, NC 27858-4715

Judy Doss
2720 Townedge Ct
Raleigh, NC 27612-4301

June Atkinson
3913 Sunset Maple Ct
Raleigh, NC 27612-4237

K.D. Kennedy
714 W. Johnson Street
Raleigh, NC 27603

Kate Gerowitz
8600 Battom Ct
Raleigh, NC 27613-1201

Kathy Best
214 W James St
Mount Olive, NC 28365-1629

Karen Coates
318 Weston Estates Way
Morrisville, NC 27560-6990

Kate Hall
2312 Pastille Ln
Raleigh, NC 27612-2830

Kathy Griffin
505 E H St
Erwin, NC 28339-2208

Karen Daniels
233 South Hillcrest Dr.
Goldsboro, NC 27534

Kate Longley
8013 Pony Pasture Ct
Raleigh, NC 27612-7376

Kathy Halula
1800 Bridgeport Dr
Raleigh, NC 27615-4408

Karen Gardner
2095 Hickory Rock Rd
Louisburg, NC 27549-8183

Katherine Burke
9434 Foxgrove Ct
Raleigh, NC 27617-8622

Kathy Honeyman
5946 Sentinel Dr
Raleigh, NC 27609-3510

Karen Riedell
1824 Lodestar Dr
Raleigh, NC 27615-2602

Katherine Dow
115 Loch Vale Ln
Cary, NC 27518-9617

Kathy Lewis
2604 Charenson Pl
Raleigh, NC 27614-9860

Karen Waller
4321 S Mountain Dr
Raleigh, NC 27603-9098

Kathleen Burkett
101 Duckhead Pt
Cary, NC 27518-8321

Kathy Millwee
8817 Breeland Way
Raleigh, NC 27613-5315

Karin True
104 Brannon Court
Chapel Hill, NC 27516

Kathleen McDermott
1409 Kingside Ct
Wake Forest, NC 27587-2931

Kathy Moody
2460 Sapphire Valley Dr
Raleigh, NC 27604-1491

Karlene Turrentine
5907 Sentinel Dr
Raleigh, NC 27609

Kathryn A. Davis
1514 Kildaire Farm Rd
Cary, NC 27511-6552

Kathy Moore
3700 Swann St
Raleigh, NC 27612-4616

Kate Frohman
401 Adian Trail, Apt 306
Raleigh, NC 27606

Kathryn Peay
223 Windsor Wynd Pl
Fuquay Varina, NC 27526-6629

Kathy Voss
804 Blue Thorn Dr
Apex, NC 27539-9106

Kay Burgess
108 Wildbrook Ct
Cary, NC 27519

Kelsey Slinkard
216 Whistling Swan Dr
Wake Forest, NC 27587

Kevin Angley
1016 Harvest Mill Ct
Raleigh, NC 27610-9734

Kay Weaver
2907 Schooner Lane
Grimesland, NC 27837

Ken Dunn
3813 Wesley Ridge Dr
Apex, NC 27539-5712

Kiersten Bass
400 W North Street #1426
Raleigh, NC 27603

Keith & Belinda Shannon
205 Kentigern Drive
Raleigh, NC 27606

Ken Killinger
158 Westbrook Dr
Butner, NC 27509-1633

Kim Coman
PO Box 18442
Raleigh, NC 27619-8442

Keith Bajura
6032 Drumquin Dr
Raleigh, NC 27614-7163

Kendra Dillingham
1533 Laureldale Dr
Raleigh, NC 27609-3572

Kim Mercer
911 W South St
Raleigh, NC 27603-2159

Keith Beamon
245 Batten Farm Rd
Selma, NC 27576-7167

Kennedy Office Supply
Attn: Managing Agent
P.O. Box 40847
Raleigh, NC 27629

Kimberly Johnson
492 Mount Carmel Church Rd Ne
Pikeville, NC 27863-9174

Keith Shannon
205 Kentigern Dr
Raleigh, NC 27606

Kenneth Edge
27 Bailywick Dr
Clayton, NC 27527-9801

Kimberly Lee
511 Lake Royale
Louisburg, NC 27549-9572

Kelly Alexander
210 Sunset Drive
Chapel Hill, NC 27516

Kenneth R. Marshburn
145 Clayfield Dr
Garner, NC 27529-4995

Kimberly Merida
117 Haringey Dr
Raleigh, NC 27615-1957

Kelly Anne Fisher
80 Forest Brook Way
Clayton, NC 27520

Kent Edwards
809 Mount Vernon Rd Ste 101
Raleigh, NC 27607-5247

Kimberly Tyndall
2808 Aldershot Dr
Wake Forest, NC 27587-6617

Kelly Kuss
7916 Mayapple Pl
Raleigh, NC 27613-4078

Kentaro Kato
107 King William Rd
Raleigh, NC 27610-1801

Kirsten Snater
6004 Eaglesfield Dr.
Raleigh, NC 27613

KLR Design, LLC
Attn: Managing Agent
8504 Riddle Place
Raleigh, NC 27615

Larry Gibbs
2601 Wendler Ct
Wake Forest, NC 27587-5456

Lauren Kennedy Brady
2000 Banbury Rd
Raleigh, NC 27608-1122

Kristen Wilson
1728 Fairbanks Rd
Cary, NC 27513-2616

Larry Nunnery
5512 Kimbrook Dr
Raleigh, NC 27612-5937

Laurie Price
108 Sutton Springs Dr
Garner, NC 27529

Kristi Hanzel
67 Middlecrest Way
Clayton, NC 27527-9133

Larry Robbins
4101 Lake Boone Trl. #300
Raleigh, NC 27607-3075

Lawrence Marshall
208 Holmby Ct
Holly Springs, NC 27540-8320

Kristin White
214 Myers Ave
Raleigh, NC 27604-2327

Larry Sampson
8320 Morgans Way
Raleigh, NC 27613-4367

Lawrence Velky
621 Cresstar Dr.
Rolesville, NC 27571

Kristina Brunelle
4724 Sharpstone Ln
Raleigh, NC 27615-1680

Larry Williams
415 Fairview Rd
Apex, NC 27502-1303

Lee Ann Tharrington
5216 Shamrock Dr
Raleigh, NC 27612-6210

Krystin Jorgenson
1228 Chapanoke Rd.
Raleigh, NC 27603

Laura Elwardany
200 Lively Oaks Way
Holly Springs, NC 27540

Lee Smither
1508 Ridge Rd
Raleigh, NC 27607-6731

Laneta Dorflinger
211 Versailles Dr
Cary, NC 27511-6010

Laura Street
2162 Brogden Rd
Creedmoor, NC 27522-9212

LeGrande Smith
4801 Inwood Rd
Raleigh, NC 27603-3307

Lanier Murr
7924 Sutterton Ct
Raleigh, NC 27615-2534

Laura Taylor
96 Everwood Dr
Four Oaks, NC 27524-6204

Leonard Bush
1801 Manuel St
Raleigh, NC 27612-5548

Larry Asher
4608 Forest Highland Dr
Raleigh, NC 27604-8417

Lauren Faulkner
206 Clifton Ridge Ct
Louisburg, NC 27549-9031

Lesa Hines
140 Light Falls Dr
Wake Forest, NC 27587-5753

Lesley  Jones
6596 Little Satterwhite Rd
Oxford, NC 27565-8243

Linda  Butz
885 Rawls Club Rd
Fuquay Varina, NC 27526-8025

Lisa  Grable
749 Powell Dr
Raleigh, NC 27606-1625

Lesley  Tronic
6103 Mount Carmel Parke
Wilmington, NC 28412-5006

Linda  Crowder-Harper
5305 Daleview Dr
Raleigh, NC 27610-2113

Lisa  Grele Barrie
811 N Bloodworth St
Raleigh, NC 27604-1231

Leslie  F.  Lindquist
308 Springtree Cir
Fuquay Varina, NC 27526-3515

Linda  Harvey
221 Forest Rd
Raleigh, NC 27605-1757

Lisbi  Abraham
2008 Mill Gate Lane
Cary, NC 27519

Leslie-Anne  Ball
1408 Barn Door Dr
Apex, NC 27502-7065

Linda  Lindsay
2627 Silas Peak Ln
Apex, NC 27523-7160

Lissa  Johnsen
1319 Ridge Rd
Raleigh, NC 27607-6836

Lila  Montgomery
316 Rock Cir
Clayton, NC 27520-8037

Linda  Lytvinenko
153 Coffee Bluff Ln
Holly Springs, NC 27540-7982

Lloyd  Tapp
102 Kinnaird Ln
Cary, NC 27511-6530

Linda  Allen
1629 Parker Rd
Four Oaks, NC 27524-7907

Linda  Piper
4430 Sun Valley Drive
Chapel Hill, NC 27514

Lois  Campbell
1317 Weidmann Dr
Raleigh, NC 27614-9018

Linda  Anderson
47 Lakeview Dr
Whispering Pines, NC 28327-9405

Linda  Schadler
207 Sumrell St
Greenville, NC 27858-8664

Lois  Reaves
220 Kentucky Dr
Clayton, NC 27527

Linda  Booth
193 Yacht Club Dr
Newport, NC 28570-9085

Linda  Sparks
5105 Six Point Trl
Raleigh, NC 27616-6231

Lonnie  Bunn
1329 Kings Grant Dr
Raleigh, NC 27614-9358

Linda  Brannan
3012 Dunkirk Dr
Raleigh, NC 27613-4384

Lisa  Ellison
8300 Heel Stone Ct
Raleigh, NC 27613

Lori  Fahs
209 Hidden Stream Dr
Apex, NC 27539-7761

Lori Langreck
1401 Ivy Leaf Ct
Willow Spring, NC 27592-9083

Luke Simmons
2111 Glover Ln Unit 103
Raleigh, NC 27605-3343

Mara Saskin
3406 Cedarbird Way
Durham, NC 27707-9227

Lori Meyerhoffer
3324 Clandon Park Dr
Raleigh, NC 27613-8840

Lyn Lowery
9901 Horton Rd
New Hill, NC 27562

Marc Glova
4621 White Chapel Way
Raleigh, NC 27615-1675

Lori Spivey
203 Chiselhurst Way
Cary, NC 27513-5563

Lynn Hull
105 Hampshire Pl
Chapel Hill, NC 27516-8748

Marcia Morton
1612 High Holly Ln
Raleigh, NC 27614-8744

Lorie Wylie
142 Roan Dr
Garner, NC 27529-4371

Lynn Schwartz
8628 Hobhouse Cir
Raleigh, NC 27615-8100

Margaret Crouch
429 Chadwick Dr
Raleigh, NC 27609-4561

Louise Peranzo
1609 Laughridge Dr
Cary, NC 27511-5250

Lynn Tew
607 West Pearsall St.
Dunn, NC 28334

Margaret Porter
106 Majnun Ln
Cary, NC 27513-5324

Lowell Davidson
2727 Lake Waccamaw Trl
Apex, NC 27502-8555

Lynwood Riggs
PO Box 1537
Kinston, NC 28503-1537

Margaret Smedes Poyner
4412 Delta Lake Dr
Raleigh, NC 27612-7006

Lucy Broadus
97 Black Angus Dr
Garner, NC 27529

Macy Foster
970 Meadow Ln
Henderson, NC 27536-3853

Margaret Stack
1105 Heathwood Dairy Rd
Apex, NC 27502-4046

Luis Nieto
100 Swift Creek Xing
Durham, NC 27713-7268

Mallorye Lovett
3009 Abington Lane
Raleigh, NC 27604

Margery Sved
PO Box 37247
Raleigh, NC 27627-7247

Luke Foster
4908 Franz Liszt Ct
Raleigh, NC 27615-1696

Manal El-Ramly
2416 Trenton Woods Way
Raleigh, NC 27607

Maria Amigo
102 Larkspur Ln
Cary, NC 27513-2726

Maria Ashbaugh
5131 Olivias Ln
Raleigh, NC 27606-4084

Mark Munday
8120 Old Deer Trl
Raleigh, NC 27615-5123

Martha Miller
2225 Stonehenge Dr Apt 1
Raleigh, NC 27615

Mariann Meleg
5420 Oldtowne Rd
Raleigh, NC 27612-6112

Mark Papich
1407 Bloomingdale Dr
Cary, NC 27511-5953

Martin Marietta Center for Arts
Attn: Managing Agent
2 E. South Street
Raleigh, NC 27601

Marilyn Hays
2315 Faucette Ave
Durham, NC 27704-5161

Mark Whitlock
290 Silver Creek Dr
Clayton, NC 27520-9725

Marvin Benham
4829 Rembert Dr
Raleigh, NC 27612-6237

Marilyn Kelley
2103 Carriage Way
Chapel Hill, NC 27517-9466

Marlene Lynch
11316 Emerald Creek Dr
Raleigh, NC 27617-8751

Mary Ashley
1126 Branwell Dr
Durham, NC 27703-8365

Marilyn Kvanvig
2505 Eddystone Rd
Raleigh, NC 27612-6714

Marshall Peterson
73 Tall Oak Ct
Clayton, NC 27520-7138

Mary Beth Owens
130 N Longmeadow Rd
Greenville, NC 27858-3704

Marilyn Webb
2617 Cloud Mist Cir
Raleigh, NC 27614-6630

Martha Bright
PO Box 553
Sanford, NC 27331-0553

Mary Faye Whisler
100 Chancellors Ridge Ct
Cary, NC 27513-2749

Mark Hand
2628 Winter Storm Rd
Zebulon, NC 27597-7359

Martha Bulluck
2014 Templeton Gap Dr
Apex, NC 27523-3832

Mary Helen Casey
105 Starfish Ct
Emerald Isle, NC 28594-2242

Mark Hogan
9567 Brookchase Dr
Raleigh, NC 27617-7349

Martha Guthe
614 Bloomsbury Pl
Cary, NC 27519-9388

Mary Jane Bettman
275 Beckingham Loop
Cary, NC 27519-6374

Mark Kantrowitz
1210 Atticus Way
Durham, NC 27703-0139

Martha L Smith
6505 Orchard Knoll Dr
Apex, NC 27539-7107

Mary Jarvis
PO Box 537
Knightdale, NC 27545-0537

Mary  Kate Travers
1000 Hazeltown Rd
Wake Forest, NC 27587-4444

Mary  Wibbens
40 Adams Circle
Pinehurst, NC 28374

Mia  McDonald
1225 N. Blount St.
Raleigh, NC 27604

Mary  Kathryn Moog
711 Grimstead Cir
Cary, NC 27511-5817

Maryjane Schraner
1609 Cascade Falls Ln
Wendell, NC 27591-6879

Michael  Allen
100 Hebride Ct
Cary, NC 27513-4772

Mary  L Sholl
104 Charles Ct
Chocowinity, NC 27817-8870

Matthew  Yesko
120 Iowa Ln Ste 204
Cary, NC 27511-4499

Michael  Cramer
945 Lukestone Dr
Fuquay Varina, NC 27526-5261

Mary  Langworthy
4805 Stoneyoak Ln
Raleigh, NC 27610-8008

McClatchy  Company LLC
Attn: Managing Agent
P.O. Box 510150
Livonia, MI 48151

Michael D.  Masters
2720 Farnborough Rd
Raleigh, NC 27613-1602

Mary  Marsteller
7006 Churchill Falls Pl
Apex, NC 27539-9767

Meg  Cooke
701 White Horse Dr
Greenville, NC 27834-7832

Michael  Fury
2308 Pastille Ln
Raleigh, NC 27612-2830

Mary  Morehouse
5705 Lochness Ct
Fayetteville, NC 28304-2019

Melinda  Sanders
4504 Rockwood Dr
Raleigh, NC 27612-3541

Michael G.  Brown
7209 North Ridge Drive
Raleigh, NC 27615

Mary  O. Brady
1325 Hathaway Rd
Raleigh, NC 27608-1935

Melissa  Barker
1529 Jeremy Ln
Rocky Mount, NC 27803-1519

Michael  Gentile
3734 Carbonton Rd
Sanford, NC 27330-8727

Mary  Seufert-Fleming
6059 Beale Loop
Raleigh, NC 27616-3473

Merlin  Young
107 Colonial Dr
Wendell, NC 27591-2050

Michael  Houston
1033 Bellewood Farms Rd
Raleigh, NC 27603-7957

Mary  Waller
500 Tiffany Cir
Garner, NC 27529-4333

Merritt  Atkins
819 North Bloodworth St.
Raleigh, NC 27604

Michael  Luke
4604 Silver Charm Dr
Knightdale, NC 27545-7449

Michael Porter
420 Brightling Way
Holly Springs, NC 27540

Michelle Morrison
6401 Wynbrook Way
Raleigh, NC 27612-2366

Mitch Perry
1909 Rangecrest Rd
Raleigh, NC 27612-1715

Michael S. Acquesta
10328 Grafton Rd
Raleigh, NC 27615-1145

Mike Allen
3714 Marsh Creek Rd.
Raleigh, NC 27604-4105

Molly Gudger
111 Fallin Blvd Apt A5
Goldsboro, NC 27534-4369

Michael Slaughter
435 Holly Springs Dr
Timberlake, NC 27583-7305

Mike Giarla
4324 Trenton Rd
Chapel Hill, NC 27517-7833

MP Company LLP
Attn: Managing Agent
4600 Marriott Drive, Ste 300
Raleigh, NC 27612

Michael Slayton
2701 Eastern Star Cir
Rolesville, NC 27571-8758

Mike Hermida
205 Lifeson Way
Cary, NC 27519-0986

Mr Charlie M. Breakiron
209 Kavanaugh rd
Wake Forest, NC 27587-1779

Michael Steele
1513 Tradescant Ct
Raleigh, NC 27613-7459

Mike Marsich
5609 Turner Glen Dr
Raleigh, NC 27603-9526

Mr Kenneth R. Bryan
3300 Lonesome Spur Cir
Wake Forest, NC 27587-4872

Michael W. Colopy
512 Cole Stream Ct
Cary, NC 27513-8373

Mike Ray
440 Drummond Dr
Raleigh, NC 27609-7006

Mr William Harris
1130 Luther Rd
Apex, NC 27523-5600

Michael W. Strickland
PO Box 30787
Raleigh, NC 27622-0787

Mike Shinners
232 Ivory Ln
Raleigh, NC 27610-8295

Ms Donna J. Willis
3000 Windberry St
Raleigh, NC 27612-2215

Michael Weisel
1907 Victoria Rd
Raleigh, NC 27608-1139

Mike Wilson
PO Box 594
Apex, NC 27502-0594

Ms. Etta Ball
105 Rolling Ridge Cir
Garner, NC 27529-3734

Michele Horwitz
7017 North Ridge Dr
Raleigh, NC 27615-7036

Mildred Watkins
808 Merwin Rd
Raleigh, NC 27606-2645

MSMT Costume Rentals
Attn: Managing Agent
14 Maint Street, Ste 216
Brunswick, ME 04011

Music Theatre International
Attn: Managing Agent
423 West 55 St, 2nd Floor
New York, NY 10019

Nan Maples
10612 Cahill Rd
Raleigh, NC 27614-9011

Nancy Bender
229 Norwalk St
Holly Springs, NC 27540-9404

Nancy Jones
610 S Vermont St
Smithfield, NC 27577-3826

Nancy O'Neil
1404 Justice Union Ct
Raleigh, NC 27604

Nancy Prevatt
4213 Wingate Dr
Raleigh, NC 27609-6054

Nancy S. Parrish
3319 Ridgecrest Ct
Raleigh, NC 27607-6763

Nancy Seagroves
63 Hamilton Farm Cir
Fuquay Varina, NC 27526-5972

Nancy Webb
5605 Alta Vista Ct
Raleigh, NC 27610-3261

Nannette Stangle-Castor
2905 Northop Ct
Raleigh, NC 27614-8092

Natalie Knowles
8720 Blakehurst Dr
Raleigh, NC 27617-4785

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Nick Failing
5612 Neuse St
Raleigh, NC 27610-3215

Noela Woodall
6101 Shelton Ct
Raleigh, NC 27609-8223

Noelle White
106 Castle Manor Ct
Garner, NC 27529-4522

Nona Hardy
4016 Westwood Ln
Apex, NC 27539-9762

Norman LeFevre
87 Peachtree Ln
Clayton, NC 27527-7023

Norman Rosenberg
708 Pebblebrook Dr
Raleigh, NC 27609-5345

On Point Rigging & Staging
Attn: Managing Agent
5313 Levering Mill Road
Apex, NC 27539

Owen W. Reagan III
6001 Fordland Dr
Raleigh, NC 27606-4476

Pam Cook
6129 Countryview Ln
Raleigh, NC 27606-9256

Pam Horton
8432 Lochwind Run
Raleigh, NC 27615-4965

Pam Nelson
4325 Oak Park Rd
Raleigh, NC 27612-5639

Pam Smith
2309 Hamrick Dr.
Raleigh, NC 27615

Pamela Guthrie
4400 Memorial Dr
Raleigh, NC 27612-3912

Pamela Gwynn
129 Trafalgar Ln
Cary, NC 27513-5125

Pamela Taylor
104 Glasgow Rd
Cary, NC 27511-6516

Para Drake
3504 Mossdale Ave
Durham, NC 27707

Patricia H. Walston
1604 Quaker Ridge Pt
Raleigh, NC 27615-5456

Paul Galloway
1421 Turner Farms Rd
Garner, NC 27529

Paralea Boose
6505 Amber Bluffs Cres
Raleigh, NC 27616-5080

Patricia Hurlman
3317 Turner Ridge Dr
New Hill, NC 27562-9322

Paul Meares
9116 Breeland Way
Raleigh, NC 27613-5321

Pat Jones
3320 Old Saybrook Ct
Raleigh, NC 27612-4928

Patricia Mills
100 Bikram Dr
Holly Springs, NC 27540-9667

Paula Bass
11111 Beckstone Way #1F
Raleigh, NC 27614

Patricia Angoli
805 Palmetto Dr
Cary, NC 27511-4327

Patricia O'Leary
11401 Burberry Dr
Raleigh, NC 27614-9019

Paula Stanley
3933 Bentley Brook Dr
Raleigh, NC 27612-8077

Patricia Benedict
4812 Patton Ridge Ct
Raleigh, NC 27612-6459

Patricia Vermillion
11207 Slider Dr
Raleigh, NC 27614-6407

Paula Zorio
526 N College St
Wake Forest, NC 27587-2308

Patricia Cease
105 Waterloo Station Dr
Cary, NC 27513-5602

Patricia Wagner
6206 Cape Charles Dr
Raleigh, NC 27617-7637

Paulette Dillard
301 Fayetteville Street
Raleigh, NC 27601

Patricia Cowan
1515 Saint Marys St
Raleigh, NC 27608-2216

Patrick Stephenson
P.O. Box 37875
Raleigh, NC 27627

Peg Bedini
337 Springmoor Dr
Raleigh, NC 27615-7740

Patricia Davis
1328 Duplin rd
Raleigh, NC 27607

Patti Milligan
8433 Lentic Ct
Raleigh, NC 27615-4964

Peggy Park
437 Kings Hollow Dr
Raleigh, NC 27603-9469

Patricia Garrett
658 Casey Dr
Grifton, NC 28530-8590

Paul Edge
205 Brereton Dr
Raleigh, NC 27615-1648

Penelope McPhail
1300 Tribute Center Dr Apt 150
Raleigh, NC 27612-3220

Penske Truck Leasing Co.
Attn: Managing Agent
P.O. Box 532658
Atlanta, GA 30353

Peter Nowak
1745 Redbud
Pittsboro, NC 27312-7923

Peter Pagano
805 Autumn Ct
Raleigh, NC 27609-5337

Phil Nyborg
75 Meadow Run
Chapel Hill, NC 27517-6348

Phillip Bejarno
5313 Alpine Dr
Raleigh, NC 27609-4601

Phyllis Parrish
608 S 2nd St
Smithfield, NC 27577-4344

Pitney Bowes Global Financial
Attn: Managing Agent
P.O. Box 981022
Boston, MA 02298

Purologix Water Services, Inc.
Attn: Managing Agent
105 Techinical Court
Garner, NC 27529

Quality Comfort
Attn: Managing Agent
725 Bethleham Road
Knightdale, NC 27545

R Glen Medders
122 N Harrington St Unit 1145
Raleigh, NC 27603-8083

Rabecca Klemp
313 Whitehall Way
Cary, NC 27511-4854

Radell C Rasmussen
PO Box 369
Washington, NC 27889-0369

Raleigh Bookkeeping
Attn: Managing Agent
3901 Barrett Drive, Ste 304
Raleigh, NC 27609

Ralph Ashworth
110 Greenock Ct
Cary, NC 27511

Ralph Bamforth
412 E Rowan St
Raleigh, NC 27609-5970

Ralph Flanary
PO Box 27544
Raleigh, NC 27611-7544

Ray Cheely
2601 Southwinds Run
Apex, NC 27502-6514

Ray Dennis
307 Potomac Dr
Chocowinity, NC 27817-8869

Ray Evans
2724 Blue Ravine Rd
Wake Forest, NC 27587-5438

Ray Hinnant
PO Box 426
Wendell, NC 27591-0426

Rebecca Bassett
10423 Crisp Dr
Raleigh, NC 27614-7770

Rebecca Cranford
248 Mccallum Rd
Candor, NC 27229-9028

Rebecca Crosson
2223 The Cir
Raleigh, NC 27608-1447

Rebecca Forrest
25 Batts Hill Rd
New Bern, NC 28562-7365

Rebecca Hester
4408 Yadkin Dr
Raleigh, NC 27609

Rebecca Mandigo
508 Hammond Oak Ln
Wake Forest, NC 27587-4562

Rebecca Michaels
2306 Beechridge Rd
Raleigh, NC 27608-1430

Rebecca Vann
129 Candlewood Rd.
Rocky Mount, NC 27804-2105

Richard Ferro
6832 Market Street #A
Wilmington, NC 28405

Robert Fick
97612 Franklin Rdg
Chapel Hill, NC 27517-8357

Rebekah Watts
6639 Lewey Dr
Cary, NC 27519-8518

Richard Mechalske
171 Wagon Dr
Bracey, VA 23919-2946

Robert Herzog
139 Deer Ridge Dr
Selma, NC 27576-5737

Reece Carter
3212 Barnsley Ln
Raleigh, NC 27604-5906

Richard Morris
101 Rockhaven Ct
Cary, NC 27518-2257

Robert Hewitt
2904 Snapswell St
Raleigh, NC 27614-7569

Renae Wohlers
2887 Micro Rd W
Selma, NC 27576-7787

Richard Phillips
101 Airstrip Rd
Kill Devil Hills, NC 27948-8134

Robert Holm
104 Witham Ct
Holly Springs, NC 27540-3315

Rhonda Beese
321 Stromer Dr
Cary, NC 27513-2754

Richard Shirk
141 Wee Loch Dr
Cary, NC 27511-3885

Robert Kastl
1217 Dalgarven Dr
Apex, NC 27502-3931

Rhonda Stone
4460 Old Raleigh Rd
Wilson, NC 27893-8365

Richard Welch
122 Inez Dr
Angier, NC 27501-6717

Robert L Brandon
108 First Light Trl
Clayton, NC 27527-6904

Richard Braham
PO Box 37088
Raleigh, NC 27627-7088

Rick Guirlinger
3340 Ocotea St
Raleigh, NC 27607-3140

Robert Lamphier
207 Summerwinds Dr
Cary, NC 27518-9640

Richard deButts
101 Parkwalk Ct
Cary, NC 27519-6635

Rick Oler
502 Heathwick Dr
Knightdale, NC 27545-8085

Robert Lupella
63 Tally Ho Dr
Selma, NC 27576-9138

Richard Emerick
5509 Peakton Dr
Raleigh, NC 27614-9707

Robert Cerwin
2501 Lewis Farm Rd
Raleigh, NC 27608-1911

Robert Mikusa
2432 Deanwood Dr
Raleigh, NC 27615-3994

Robert Patterson
1413 Sandusky Ln
Raleigh, NC 27614-7514

Roger A. Rivera
1333 Heritage Hills Way
Wake Forest, NC 27587-4467

Ronald Reichen
3120 White Dove Ct
Raleigh, NC 27606-8475

Robert Pruett
6 Ingram Ct
Durham, NC 27713-7186

Roland Lautenbach
12117 Betts Ln
Raleigh, NC 27614-9410

Ronald Varol
212 Brendan Choice
Cary, NC 27511

Robert Shaw West
325 Sun Forest Way
Chapel Hill, NC 27517-6360

Ron Moore
8700 Southampton Dr
Raleigh, NC 27615-1856

Ronald Wilder
88 Stonecrop Cir
Littleton, NC 27850-8113

Robert Shertz
301 Fayetteville St #2606
Raleigh, NC 27601

Ron Pledger
204 Rivercrest Dr
Greenville, NC 27858-9001

Ronnie Davis
104 Bluegrass Dr
Garner, NC 27529-4411

Robert Wolf
6588 Saddlehorn Dr
Rocky Mount, NC 27803-8365

Ron Stumpo
8121 Ebenezer Church Rd
Raleigh, NC 27612-7307

Rose-Paul Blackwell
185 Mockingbird Ct
Pinehurst, NC 28374-8109

Roberta Andrews
107 Autumn Chase Dr
Raleigh, NC 27613-3279

Ron Tarter
605 Queensferry Rd
Cary, NC 27511-6320

Rosellen McCrory
8804 Braceridge Rd
Raleigh, NC 27613-5374

Rod Allen
3504 Corin Ct
Raleigh, NC 27612-4100

Ronald Garsik
110 Hidden Creek Ln
Garner, NC 27529-8491

Rosemarie Authier
908 Crystalline Dr
Raleigh, NC 27615-4966

Rod Pitta
8812 Life Ln
Raleigh, NC 27615-4001

Ronald Maddox
132 Danagher Ct
Holly Springs, NC 27540-4785

Ross Leavens
123 Wilander Dr
Cary, NC 27511-6106

Rodney Realon
5708 Hedgemoor Dr
Raleigh, NC 27612-6322

Ronald Munk
8831 Cyprus Lakes Apt 502
Raleigh, NC 27615

Roy Teel
2128 Clark Ave #452
Raleigh, NC 27605

RR Donnelley
Attn: Managing Agent
4101 Winfield Road
Warrenville, IL 60555

Scott Cabaniss
801 Misty Isle Pl
Raleigh, NC 27615-1548

Sharon Creech
2108 Vandora Springs Rd.
Garner, NC 27529

Sally Spencer
104 Loch Pointe Dr
Cary, NC 27518-8418

Scott Engler
534 Lake Royale
Louisburg, NC 27549-9571

Sharon Lewis
157 Hawthorne Dr
Pine Knoll Shores, NC 28512-6515

Salvatore Pennica
188 Thornwhistle Pl
Garner, NC 27529-3885

Scott Guebert
681 Rosewood Ave
Martinsville, VA 24112-0975

Sharon Thorne
2813 Walden Rd
Apex, NC 27502-9680

Sandra Walker
220 W Young St
Rolesville, NC 27571-9517

Scott Harris
7824 Kingsbrook Ct
Wake Forest, NC 27587-5837

Sheila Ahler
2689 Beckwith Rd
Apex, NC 27523-7108

Sandy Baker
171 Smith Rd
Smithfield, NC 27577-8015

Scott Slifer
108 Richelieu Dr
Cary, NC 27518-8633

Sheila Ogle
215 S Academy St
Cary, NC 27511-3328

Sandy Harris
207 Canterberry Rd
Washington, NC 27889-5407

Scott Tease
3118 Hines Dr
Raleigh, NC 27609-7814

Sheron Bender
PO Box 70
Pollocksville, NC 28573-0070

Sarah Durgin
4616 Hunters Creek Lane
Raleigh, NC 27606

Scott W. Sample
112 E Fleming Farm Dr
Youngsville, NC 27596-9224

Sherri Johnson
PO Box 232
Kenly, NC 27542-0232

Sarah McCracken Cobb
2313 Hamrick Dr
Raleigh, NC 27615-2514

Shannon Media Inc.
Attn: Managing Agent
1777 Fordham Blvd, Ste 105
Chapel Hill, NC 27514

Sherry Frost
8404 Largo Springs Ct
Raleigh, NC 27613-5252

SC Robinson
4604 Rockwood Dr
Raleigh, NC 27612-3539

Shannon Suggs
801 West Castle Ct
Sanford, NC 27330-7087

Sherry Wilner
108 Langdale Place
Cary, NC 27513

Shirley Parker
919 Union St
Cary, NC 27511-3755

Spectrum Reach
Attn: Managing Agent
P.O. Box 936671
Atlanta, GA 31193

Stephen Keto
305 Ortega Rd
Raleigh, NC 27609-5821

Shirley Sharek
16 Meeting St
Clayton, NC 27527-7084

Stacey Privette
501 Moultonboro Ave
Wake Forest, NC 27587-5532

Steve Chaney
1023 Burning Tree Dr
Chapel Hill, NC 27517-5610

Shoshana Serxner-Merchant
705 Dixie Trl
Raleigh, NC 27607-4154

Staci Dorr
605 Hobson Wood Ct
Garner, NC 27529-4840

Steve Derbyshire
6300 Winthrop Dr
Raleigh, NC 27612-2148

Sidney Dalis
PO Box 5869
Cary, NC 27512-5869

Stacy Ojala
1321 Loghouse St
Wake Forest, NC 27587-4641

Steve Freedman
2621 Forest Lake Ct
Wake Forest, NC 27587-7908

Simon Bartle
12221 Kyle Abbey Ln
Raleigh, NC 27613-6272

Stancil CPA
Attn: Managing Agent
4909 WIndy Hill Drive
Raleigh, NC 27609

Steve Hill
300 Bentpine Dr
Raleigh, NC 27603-3885

Skip Hill
3100 Smoketree Ct Ste 600
Raleigh, NC 27604-1050

Stephanie Johnson
103 Ackley Ct
Cary, NC 27513-6300

Steven Baker
1576 Indian Camp Mountain Rd
Rosman, NC 28772

Sloan Oliver
1406 Bloomingdale Drive
Cary, NC 27511

Stephanie Mason
5111 Edinborough Rd
Greensboro, NC 27406-8327

Steven Hess
3601 Blueberry Dr
Raleigh, NC 27612-4221

Smedes York
2108 Clark Ave
Raleigh, NC 27605-1606

Stephanie Trunzo
330 Forest Bridge Rd
Youngsville, NC 27596-7483

Steven Hunter
121 S Bloodworth St
Raleigh, NC 27601-1503

Sondra M Devincenzo
7912 River Ridge Rd
Wake Forest, NC 27587-9355

Stephen Gillespie
507 Homegate Cir
Apex, NC 27502-6806

Steven Lord
1621 Westhaven Dr
Raleigh, NC 27607-4745

Steven Scott
7021 Sevilleen Dr Sw
Ocean Isle Beach, NC 28469

Susan Eppers
931 Sethcreek Dr
Fuquay Varina, NC 27526-5154

Susanna Robinson
404 Widdington Ln
Cary, NC 27519-6699

Stuart Phoenix
925 Holt Dr
Raleigh, NC 27608-2335

Susan Gates
200 Rose Valley Woods Drive Cary
Cary, NC 27513

Suzanne Carver
4604 White Chapel Way
Raleigh, NC 27615-1674

Stuart Stern
1995 NW Cary Pkwy Unit 330
Morrisville, NC 27560-4606

Susan Goldhaber
4112 Gardenlake Dr
Raleigh, NC 27612-6954

Suzanne Eaton Jones
5705 Wysteria Dr
Fuquay Varina, NC 27526-7584

Sue Ellen Weekes
100 Java Ct
Cary, NC 27519-5512

Susan Hubbard
5752 Cavanaugh Dr
Raleigh, NC 27614-7241

Suzanne Prince
523 S. West Street
Raleigh, NC 27601

Sue Hall
10337 Turnbull Rd
Fayetteville, NC 28312-7475

Susan Kofsky
238 Appsmill Pl
Fuquay Varina, NC 27526-6939

Sylvia Cobb
PO Box 5
Pinetops, NC 27864-0005

Sue Joslyn
5109 Ten Point Trl
Wake Forest, NC 27587-6351

Susan Mitchell
6112 Parker Croft Ct
Raleigh, NC 27609-8208

Sylvia Williams
235 Tayside St
Clayton, NC 27520-4995

Sue Liverman
415 Curtis St N
Ahoskie, NC 27910-2517

Susan Segre
301 Duncan St
Raleigh, NC 27608

T. Lawrence Jackson
1101 Parkridge Ln
Raleigh, NC 27605-3285

Susan Blackley
1000 Kirkeenan Cir
Morrisville, NC 27560-7092

Susan Wallace
121 Quail Run
Smithfield, NC 27577-9427

Tammy Murray
618 Barbour St
Clayton, NC 27520-2714

Susan Brooks
5720 Magellan Way Apt 107
Raleigh, NC 27612-2257

Susan Whitehouse
1205 Dorleath Ct
Raleigh, NC 27614-8036

Tanisha Woods
5113 Neuse Commons Lane
Raleigh, NC 27616

Tara  Dutta
104 Southbank Dr
Cary, NC 27518-9759

The Car Park
Attn: Managing Agent
P.O. Box 781
Raleigh, NC 27602

Thomasine Hardy
PO Box 18065
Raleigh, NC 27619-8065

Tara  Hill
800 Saint Marys St
Raleigh, NC 27605

Theresa  Amerson
9113 Hometown Dr
Raleigh, NC 27615-3162

Ticketmaster
Attn: Managing Agent
14643 Collections Center Dr
Chicago, IL 60693

Teresa  Allgood
218 N Shorewood Dr
Emerald Isle, NC 28594-3319

Theresa  Hodges
950 Dover Fort Barnwell Rd
Dover, NC 28526-9216

Tim  Bartlett
5645 Thistleton Ln
Raleigh, NC 27606-8966

Teresa  Buterbaugh
103 Links End Dr
Cary, NC 27513-5691

Thomas  Aubrey
52 Goldenrod Dr
Whispering Pines, NC 28327-9352

Tim  Hogan
601 Democracy St
Raleigh, NC 27603-3671

Teresa  Stephens
609 Delany drive
Raleigh, NC 27610

Thomas  Barnhill
711 Brooks Ave
Raleigh, NC 27607-4131

Tim  Lancaster
2200 Effingham Cir
Raleigh, NC 27615-3826

Terra  Sosa
8408 Camellia Dr
Raleigh, NC 27613

Thomas  Eifler
102 Clubstone Ln
Cary, NC 27518-8905

Timothy  Reeder
1413 Fox Hollow Dr
Ayden, NC 28513-7613

Terry  Haggerty
725 Royal Anne Ln Apt 301
Raleigh, NC 27615-7821

Thomas  Haizlip Jr.
400 Tyneloch Dr
Banner Elk, NC 28604-9488

Tina  Pell
76 Little Giant Way
Wendell, NC 27591-9742

Texanna  Montague
10305 Penny Rd
Raleigh, NC 27606

Thomas  Herbert
5008 Lansdowne Dr
Durham, NC 27712-1902

Tippi  Hales
92 S Two Does Ln
Clayton, NC 27520-3830

Thad  O'Briant
4709 Stanford St
Raleigh, NC 27609-5333

Thomas  Iuliucci III
4109 Balsam Dr
Raleigh, NC 27612-3607

Todd  Engstrom
2519 White Oak Rd
Raleigh, NC 27609-7613

Todd Snitchler
36 Chestertown Drive
Pinehuurst, NC 28374

Tonia Pridgen
3141 Hemlock Forest Cir Apt 204
Raleigh, NC 27612-2331

Univision Reveivables Co LLC
Attn: Managing Agent
P.O. Box 74019
Los Angeles, CA 90074

Todd Zimmerman
1017 Sedbrook Ln
Winterville, NC 28590-6008

Tony Cartledge
3912 Inkberry Ct
Apex, NC 27539-8867

UT Williamson
PO Box 7057
Wilson, NC 27895-7057

Tom Bradshaw
7416 Grist Mill Rd
Raleigh, NC 27615-5409

Tonya T. Day
300 Swans Mill Xing
Raleigh, NC 27614-9470

Valerie Bass
7904 Rooksley Ct
Raleigh, NC 27615-4712

Tom Darcey
7512 Hasentree Way
Wake Forest, NC 27587

Travis Groome
1104 Longstone Way
Raleigh, NC 27614

Van Eure
10709 Beaver Pond Ln
Raleigh, NC 27614-9661

Tom Lauria
64 Sweetbay Park
Youngsville, NC 27596-7975

Travis O'quinn
1101 Ladowick Lane
Wake Forest, NC 27587

Vance Clayton
3500 Ranlo Dr
Raleigh, NC 27612-5022

Tom Lindley
1304 Cameron View Ct
Raleigh, NC 27607-3362

Triangle Family Magazine, LLC
Attn: Managing Agent
4818 Six Forks Road, Ste 204
Raleigh, NC 27609

Vernon Hunter
1925 Sunset Dr.
Raleigh, NC 27608-2453

Tom Russell
301 Fayetteville St Unit 2712
Raleigh, NC 27601-2178

Truist Bank
Attn: Managing Agent or Officer
P.O. Box 1626
Wilson, NC 27894

Vicci Elder
1931 Falls Landing Dr Unit 104
Raleigh, NC 27614-9830

Tom Whittlesey
1132 Batchelor Rd
Apex, NC 27523-9453

U.S. Small Business Adiminatraton
Attn: Managing Agent
2 North Street, Suite 320
Birmingham, AL 35203

Vickie S. Byrd
5004 Bogue Sound Ct
Emerald Isle, NC 28594-3600

Tommy Frazier
1812 Parker Ln
Henderson, NC 27536-3543

U.S. Small Business Adiminatraton
Attn: Managing Agent
P.O. Box 3981
Portland, OR 97208

Victor Angelo
1340 Holly Blue Run
Fuquay-Varina, NC 27526

Victor Batiz
4301 Wedgewood Dr
Raleigh, NC 27604-4943

Virginia Mclaurin
202 Old Mill Rd
Oxford, NC 27565-2562

Virginia Parker
1205 Inlet Pl
Raleigh, NC 27615-4442

Wade Horn
12420 Bayleaf Church Rd
Raleigh, NC 27614-9167

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Walter Credle
1309 Neuse Ridge Dr
Clayton, NC 27527-5368

Walter Czmiel
100 Greymist Ln
Cary, NC 27518-8966

Walter Magazine c/o The Pilot LLC
Attn: Managing Agent
P.O. Box 58
Southern Pines, NC 28388

Wanda English
1109 Lands End Ct
Raleigh, NC 27606-8074

Wayne Eckert
690 Great Ridge Pkwy
Chapel Hill, NC 27516

Wayne Jarrett
5016 Will O Dean Rd
Raleigh, NC 27616-5445

Wendy Bishop
10350 Dapping Dr.
Raleigh, NC 27614

Wendy O'Connor
4417 Willow Moss Way
Southport, NC 28461-2677

Wesley Chesson
1028 Marlowe Rd
Raleigh, NC 27609-6962

William B. Johnson
204 Mcginnis Dr
Atlantic Beach, NC 28512-6313

William Campbell
116 Council Gap Ct
Cary, NC 27513-8737

William Domb
417 Captains Cv Unit F
Edenton, NC 27932-8880

William Knouse
619 Dorothea Dr
Raleigh, NC 27603-2101

William Pelletier
853 Flower Manor Dr
Wendell, NC 27591

WKIX FM 102.9 FM
Attn: Managing Agent
3012 Highwoods Blvd., Ste 201
Raleigh, NC 27604

WNCN
Attn: Managing Agent
33096 Collections Center Dr
Chicago, IL 60693

WPLW-FM
Attn: Managing Agent
3012 Highwoods Blvd., Ste 201
Raleigh, NC 27604

WRAL
Attn: Managing Agent
P.O. Box 948904
Atlanta, GA 30394

WRAL Digital
Attn: Managing Agent
P.O. Box 948140
Atlanta, GA 30394

WRAL- HD3
Attn: Managing Agent
P.O. Box 60424
Charlotte, NC 28260

WTVD
Attn: Managing Agent
319 Fayetteville Street, Ste 107
Raleigh, NC 27601

WUNC 91.5
Attn: Managing Agent
120 Friday Center Drive
Chapel Hill, NC 27517

Yvette  Aviles
2438  Celtic  Dr
Fayetteville, NC 28306-8505


Yvonne  Howell
6109  Wilkinsburg  Rd
Raleigh, NC 27612-6734

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **The North Carolina Theatre**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The North Carolina Theatre**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 23, 2024

Date

/s/ Rebecca F. Redwine

**Rebecca F. Redwine**

Signature of Attorney or Litigant

Counsel for    **The North Carolina Theatre**

**Hendren, Redwine & Malone, PLLC**

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**rredwine@hendrenmalone.com**