**Fill in this information to identify the case:**

Debtor name   **The North Carolina Theatre**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 27, 2024**        X **/s/ John A. Zaloom**
                                            Signature of individual signing on behalf of debtor

                                            **John A. Zaloom**
                                            Printed name

                                            **Chairman of the Board of Directors**
                                            Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name   **The North Carolina Theatre**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **204,912.94**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     **204,912.94**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **450,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $         **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **1,718,371.16**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

    $     **2,168,371.16**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **The North Carolina Theatre**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | Total claim **Unknown** | Priority amount **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address **NC Department of Revenue Attn: Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | Total claim **Unknown** | Priority amount **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,527.50** |
|---|---|---|---|

**6AM City, Inc.**
**Attn: Managing Agent**
**P.O. Box 2505**
**Greenville, SC 29602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.00** |
|---|---|---|---|

**Aaron Kay**
**285 Old Enfield Rd**
**Belchertown, MA 01007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.00** |
|---|---|---|---|

**Adm Miller**
**2300 Mitchell Garden Dr**
**Rolesville, NC 27571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |
|---|---|---|---|

**Al Conyers**
**1225 Harp St**
**Raleigh, NC 27604-8008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Alan Coats**
**131 Wilma St**
**Angier, NC 27501-9133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Alan Lipson**
**2600 Sunnystone Way**
**Raleigh, NC 27613-7870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Alfred Edward Thompson**
**6141 River Landings Dr**
**Raleigh, NC 27604-6139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Alice Dunn**
**5100 Deer Creek Trl**
**Raleigh, NC 27616-6507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.04 |
|---|---|---|---|

**Alice Dunn**
**5100 Deer Creek Trl**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Allen Kelly**
**1133 Redford Dr.**
**Raleigh, NC 27603-3587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Allen Mask**
**1123 Old Lystra Rd**
**Chapel Hill, NC 27517-9167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Allison Stafford**
**413 Hilltop View St**
**Cary, NC 27513-1685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.04 |
|---|---|---|---|
| | **Alora Burton**<br>**657 Lipford Dr**<br>**Cary, NC 27519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.64 |
|---|---|---|---|
| | **Amanda White** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|
| | **Amber Garcowski**<br>**1421 Falls River Ave**<br>**Raleigh, NC 27614-7704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|
| | **Amna Cameron**<br>**121 Skipwyth Cir**<br>**Cary, NC 27513-2415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|
| | **Amos Gentry Bullard**<br>**171 Springmoor Dr**<br>**Raleigh, NC 27615-4300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|
| | **Amy Deshong**<br>**6201 Heacham Ct**<br>**Raleigh, NC 27614-9236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Amy Langdon**<br>**10176 NC50 Hwy N**<br>**Angier, NC 27501-8139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
Amy Langdon
10176 NC50 Hwy N
Angier, NC 27501-8139

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

**3.21** | Nonpriority creditor's name and mailing address
Amy Moore
101 Katie Dr
Clayton, NC 27520-5509

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$276.28

---

**3.22** | Nonpriority creditor's name and mailing address
Amy Stroud
6000 Sentinel Dr
Raleigh, NC 27609-3512

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

**3.23** | Nonpriority creditor's name and mailing address
Andrea Armstrong
2213 Wood Cutter Ct.
Raleigh, NC 27606

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$153.00

---

**3.24** | Nonpriority creditor's name and mailing address
Andrea Bosquez Porter
1117 N Blount St
Raleigh, NC 27604-1301

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$784.16

---

**3.25** | Nonpriority creditor's name and mailing address
Andrea Fox
3053 Granville Dr
Raleigh, NC 27609-6917

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

**3.26** | Nonpriority creditor's name and mailing address
Andrew Foshee
85 Sweet Gum
Pittsboro, NC 27312-7977

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

$691.52

---

| Debtor | __The North Carolina Theatre__ | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.68 |
|---|---|---|---|
| | **Andrew Fried** | ☐ Contingent | |
| | **1420 Fawn Ridge Rd Nw** | ☐ Unliquidated | |
| | **Concord, NC 28027-9066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.86 |
|---|---|---|---|
| | **Andrew Fried** | ☐ Contingent | |
| | **1420 Fawn Ridge Rd Nw** | ☐ Unliquidated | |
| | **Concord, NC 28027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|
| | **Andrew Fried** | ☐ Contingent | |
| | **1420 Fawn Ridge Rd Nw** | ☐ Unliquidated | |
| | **Concord, NC 28027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Andy Ammons** | ☐ Contingent | |
| | **8404 Society Pl** | ☐ Unliquidated | |
| | **Raleigh, NC 27615-3190** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|
| | **Andy Reyes** | ☐ Contingent | |
| | **4004 Iron Horse Rd** | ☐ Unliquidated | |
| | **Raleigh, NC 27616-5057** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|
| | **Angela Buffaloe** | ☐ Contingent | |
| | **945 Buffaloe Rd** | ☐ Unliquidated | |
| | **Garner, NC 27529-5186** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|
| | **Angela Carroll** | ☐ Contingent | |
| | **1339 Brookhill Dr** | ☐ Unliquidated | |
| | **Clayton, NC 27520-5568** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
| | Angela Maier<br>1324 Rodessa Run<br>Raleigh, NC 27607-6011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
| | Angela Maier<br>1324 Rodessa Run<br>Raleigh, NC 27607-6011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| | Anita Wagner<br>101 Silver Bluff St<br>Holly Springs, NC 27540-9392 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| | Ann Benson<br>12171 Nc 50 Hwy N<br>Willow Spring, NC 27592-8160 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.24** |
| | Ann C. Garrard<br>210 Presidents Walk Ln<br>Cary, NC 27519-9305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201.62** |
| | Ann Fox<br>1825 Saint Marys St<br>Raleigh, NC 27608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| | Ann Grimes<br>1501 Peachtree St<br>Goldsboro, NC 27530-3931 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Ann Grimes**
**1501 Peachtree St**
**Goldsboro, NC 27530-3931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Ann Lowe Vodicka**
**650 Richardson Rd**
**Pittsboro, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Ann Lowe Vodicka**
**650 Richardson Rd**
**Pittsboro, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Ann McKenzie**
**112 Boldleaf Ct**
**Cary, NC 27513-3812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Ann McKenzie**
**112 Boldleaf Ct**
**Cary, NC 27513-3812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

**Ann Ritter**
**320 Hillcrest Drive**
**Chocowinity, NC 27817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Ann W. Hill**
**150 Lands End Rd Apt A23**
**Morehead City, NC 28557-8992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The North Carolina Theatre**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $188.00 |

3.48 | **Nonpriority creditor's name and mailing address**

**Anna Aycock**
**605 S. Howard Cir**
**Tarboro, NC 27886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$188.00

---

3.49 | **Nonpriority creditor's name and mailing address**

**Anna Churchill**
**8300 Health Park #229**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.50 | **Nonpriority creditor's name and mailing address**

**Anna Churchill**
**Synergy Face & Body**
**8300 Health Park #229**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

3.51 | **Nonpriority creditor's name and mailing address**

**Anna Moore**
**2226 Whitman Rd**
**Raleigh, NC 27607-6649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

3.52 | **Nonpriority creditor's name and mailing address**

**Anne Louise Lord**
**1014 James Pl**
**Raleigh, NC 27605-1106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

3.53 | **Nonpriority creditor's name and mailing address**

**Anne Morrell**
**232 Woodstaff Ave.**
**Wake Forest, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

3.54 | **Nonpriority creditor's name and mailing address**

**Anne Royster**
**399 Waverly Hills Dr**
**Cary, NC 27519-9776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

| Debtor | **The North Carolina Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Annette Barros**
**1000 Old Mill Creek Ct**
**Raleigh, NC 27614-7199**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**AnnMarie Garza**
**8306 Mourning Dove Rd**
**Raleigh, NC 27615-3018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**April Young**
**1436 Spring Garden Drive**
**Morrisville, NC 27560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$302.23**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**April Young**
**1436 Spring Garden Drive**
**Morrisville, NC 27560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$99.10**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**April Young**
**1436 Spring Garden Drive**
**Morrisville, NC 27560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$99.10**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**April Young Blackwell**
**8612 Stonechase Dr**
**Raleigh, NC 27613-6999**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Atha Price**
**1407 Knollwood Dr Nw**
**Wilson, NC 27896-1513**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.49 |
|---|---|---|---|

**Atlas Stage Works**
**Attn: Managing Agent**
**3911 Beryl Road**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Aubrey Kerr Walker**
**PO Box 1161**
**Clayton, NC 27528-1161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Audrey Garrett**
**78 Willowcroft Ct**
**Dunn, NC 28334-6278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |
|---|---|---|---|

**Ayden Lee**
**812 Cooper Branch Rd**
**Clayton, NC 27520-4362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.36 |
|---|---|---|---|

**Barbara Brown**
**4802 Westhall Ct**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.50 |
|---|---|---|---|

**Barbara Brown**
**4802 Westhall Ct**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Barbara Curran**
**6143 Lakefront Street**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|
| **Barbara E. Trapnell**<br>**106 Lomond Ln**<br>**Cary, NC 27518-9747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|
| **Barbara Elish**<br>**1004 Cuthbert Ln**<br>**Durham, NC 27703-0289** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|
| **Barbara Glasgow**<br>**801 N Wakefield St**<br>**Zebulon, NC 27597-2342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|
| **Barbara Harris**<br>**10812 Laurnet Pl**<br>**Raleigh, NC 27614-8990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|
| **Barbara Jean**<br>**1181 Saint Cloud Loop**<br>**Apex, NC 27523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |
|---|---|---|
| **Barbara Knott**<br>**1315 Still Monument Way**<br>**Raleigh, NC 27603-3493** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|
| **Barbara Marley**<br>**120 Spring Hollow Ln**<br>**Cary, NC 27518-9726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
| | **Barbara Raess** | ☐ Contingent | |
| | **1164 Saint Cloud Loop** | ☐ Unliquidated | |
| | **Apex, NC 27523-6113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
| | **Barry Gobble** | ☐ Contingent | |
| | **702 Quarry Street** | ☐ Unliquidated | |
| | **Raleigh, NC 27601** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
| | **Becky Farmer** | ☐ Contingent | |
| | **2509 Fairview Rd** | ☐ Unliquidated | |
| | **Raleigh, NC 27608-1327** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
| | **Becky Raynor** | ☐ Contingent | |
| | **1808 Greenwood St** | ☐ Unliquidated | |
| | **Elizabethtown, NC 28337-9146** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
| | **Belinda Hiltbruner** | ☐ Contingent | |
| | **1010 Gallop Dr** | ☐ Unliquidated | |
| | **Clayton, NC 27520-8482** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.16 |
| | **Belinda M. Profitko** | ☐ Contingent | |
| | **420 Dimock Way** | ☐ Unliquidated | |
| | **Wake Forest, NC 27587** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.50 |
| | **Belinda Whitaker** | ☐ Contingent | |
| | **600 Bilyeu St, Apt 363** | ☐ Unliquidated | |
| | **Raleigh, NC 27606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Ticket refund claim** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$604.46**

**Ben Parrish**
**217 Change St.**
**New Bern, NC 28560-4906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.20**

**Ben Parrish**
**217 Change St.**
**New Bern, NC 28560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.20**

**Ben Parrish**
**217 Change St.**
**New Bern, NC 28560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

**Beth Brinson**
**305 Kensington Dr**
**Tarboro, NC 27886-1909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$828.84**

**Beth Chappell**
**3712 Jordan Shires Dr**
**New Hill, NC 27562-9334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.04**

**Beth Dobbie**
**3550 Horton St**
**Raleigh, NC 27607-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.04 |
|---|---|---|
| **Beth Dobbie**<br>**3550 Horton St**<br>**Raleigh, NC 27607-3400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.04 |
|---|---|---|
| **Beth Dobbie**<br>**3550 Horton St**<br>**Raleigh, NC 27607-3400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.04 |
|---|---|---|
| **Beth Dobbie**<br>**3550 Horton St**<br>**Raleigh, NC 27607-3400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.52 |
|---|---|---|
| **Beth Dobbie**<br>**3550 Horton St**<br>**Raleigh, NC 27607-3400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|
| **Beth Ryals**<br>**5232 Banks Haven Ct**<br>**Raleigh, NC 27603-8957** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|
| **Betsy Brian Rollins**<br>**161 Montrose Dr**<br>**Durham, NC 27707-3900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|
| **Betsy Eble**<br>**170 T C Justice Rd**<br>**Pittsboro, NC 27312-7876** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Ticket refund claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.76**

**Betsy J Justice**
145 Lake Pine Dr
Cary, NC 27511-4377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Betsy T. Douglass**
7900 Rooksley Ct
Raleigh, NC 27615-4712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Bettie Long**
1298 Bethlehem School Rd
Hickory, NC 28601-9379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Betty Boyd Hardy**
1760 Hasentree Villa Ln
Wake Forest, NC 27587-1738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Betty Byrum**
441 Kings Hollow Dr
Raleigh, NC 27603-9469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Betty P. Moore**
1520 Springmoor Cir
Raleigh, NC 27615-5704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Beverly Rust**
1202 Pine Valley Dr
New Bern, NC 28562-2938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bill Brewer**
**8313 Castine Ct**
**Raleigh, NC 27613-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bill Stokes**
**906 Wellstone Cir**
**Apex, NC 27502-8532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Bill Taylor**
**3711 Exchange Glenwood Place #220**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Billie Jo Cockman**
**1305 Slatestone Ct**
**Raleigh, NC 27615-4382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,074.56**

**Billie Jo Cockman**
**1305 Slatestone Ct**
**Raleigh, NC 27615-4382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

**Billy Su**
**1937 Leben St**
**Apex, NC 27502-4418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28**

**Blanche Nichols**
**1216 Fernglen Pl**
**Cary, NC 27511-3894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,457.00**

**Blink Facility Solutions**
**Attn: Managing Agent**
**P.O. Box 91162**
**Raleigh, NC 27675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Bob Brandt**
**4108 Windsor Pl**
**Raleigh, NC 27609-5964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$194.90**

**Bob Wolf**
**417 Marley Way**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Bob Wrisley**
**6810 Gloucester Rd**
**Raleigh, NC 27612-2432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Bobbie W. Furr**
**708 Dartmouth Rd**
**Raleigh, NC 27609-5942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$392.08**

**Bonnie Latham**
**4603 Yadkin Dr**
**Raleigh, NC 27609-5570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Bonnie Medinger**
**701 Brookfield Rd**
**Raleigh, NC 27615-1408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
|---|---|---|---|
| | **Bonnie Mulfinger**<br>**501 Redhill Rd**<br>**Holly Springs, NC 27540-6282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
|---|---|---|---|
| | **Bonnie Stem**<br>**11625 Midlavian Dr.**<br>**Raleigh, NC 27614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Bonnie Wolf**<br>**3900 Westwood Pl**<br>**Raleigh, NC 27613-1563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |
|---|---|---|---|
| | **Boyd Wilson**<br>**1109 Fernglen Pl**<br>**Cary, NC 27511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
|---|---|---|---|
| | **Brandie Beebe**<br>**3936 Wendell Blvd**<br>**Wendell, NC 27591-6940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.96** |
|---|---|---|---|
| | **Brandie Beebe**<br>**3936 Wendell Blvd**<br>**Wendell, NC 27591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
|---|---|---|---|
| | **Brandie Littlefield**<br>**210 West Wyatts Pond Ln.**<br>**Cary, NC 27513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Ticket refund claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | The North Carolina Theatre | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Brant T. Massey
822 Knight Dr
Durham, NC 27712-1306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

Brenda Woodley
2301 Riley Rd
Kinston, NC 28504-1439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Brenda Wright
105 Student Pl
Durham, NC 27713-6067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Brian Belvin
8805 Zeigler Dr
Knightdale, NC 27545-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Brian Field
5508 Hunter Hollow Dr
Raleigh, NC 27606-9371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Brian Light
149 Claire Dr.
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Bridgette Williamson
43 Barnes St
Greenville, NC 27858-6102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Bruce Hudson**
**PO Box 108**
**Falcon, NC 28342-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.42 |
|---|---|---|---|

**Bruce Reed**
**1108 Coram Fields Rd**
**Wake Forest, NC 27587-5186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Bruce Tompkins**
**8305 WYCOMBE RIDGE WAY**
**WAKE FOREST, NC 27587-5415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Bryan Latham**
**8009 Windsor Way**
**Elon, NC 27244-9411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Bryan Mercer**
**4805 Tannenhill Trl**
**Holly Springs, NC 27540-9204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Bryant Woodall**
**6440 Camellia Creek Dr**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |
|---|---|---|---|

**Camille Mceachren**
**PO Box 27**
**Vanceboro, NC 28586-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Candace MacNaughton**
**6905 Mere View Ct**
**Raleigh, NC 27606-9023**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Carl Dawson**
**5605 Maram Ct**
**Raleigh, NC 27609-3870**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Carl Worstell**
**229 Curragh Cove**
**Fuquay Varina, NC 27526-8798**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Carla Frederick**
**4301 Iyar Way**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Carlene Mcintyre**
**1255 Davis Rd**
**Garland, NC 28441-9083**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.93 |
|---|---|---|---|

**Carlton Heating & Air**
**Attn: Managing Agent**
**6622 Old Wake Forest Road**
**Raleigh, NC 27616**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Carol Ellis**
**1823 Stage Road**
**Durham, NC 27703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Carol Fussell**
**828 Swan Neck Ln**
**Raleigh, NC 27615-3764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Carol Hagy**
**6112 Chatford Dr**
**Raleigh, NC 27612-6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Carol Hagy**
**6112 Chatford Dr**
**Raleigh, NC 27612-6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08**

**Carol Huckle**
**650 Cedar Point Blvd**
**Cedar Point, NC 28584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.76**

**Carol Kump**
**133 Dry Gully Ct**
**Wake Forest, NC 27587-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.76**

**Carol Kump**
**133 Dry Gully Ct**
**Wake Forest, NC 27587-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Carol Neri**
**308 Bordeaux Ln.**
**Cary, NC 27511-6467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**3.153**
**Nonpriority creditor's name and mailing address**
**Carol Randall**
**227 Beckingham Loop**
**Cary, NC 27519-6374**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

$784.16

---

**3.154**
**Nonpriority creditor's name and mailing address**
**Carol Sanchez**
**200 Woodstaff Ave**
**Wake Forest, NC 27587-9802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

$784.16

---

**3.155**
**Nonpriority creditor's name and mailing address**
**Carol Walker**
**7011 Pine Hill Rd**
**Durham, NC 27707-9574**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

$552.56

---

**3.156**
**Nonpriority creditor's name and mailing address**
**Carole Guld**
**3415 Sir Colleton Ct**
**Raleigh, NC 27612-4186**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

$392.08

---

**3.157**
**Nonpriority creditor's name and mailing address**
**Carole Wagner**
**3413 Ebenezer Church Rd**
**Raleigh, NC 27612-4117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☐ No ☐ Yes

$588.12

---

**3.158**
**Nonpriority creditor's name and mailing address**
**Caroline Taylor**
**1121 Parkridge Ln Apt 109**
**Raleigh, NC 27605-3224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

$784.16

---

**3.159**
**Nonpriority creditor's name and mailing address**
**Carolyn Ambrose**
**412 Creek Rd**
**Bath, NC 27808-9359**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

$552.56

| Debtor | **The North Carolina Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Carolyn Peebles**
3106 Venus Dr
Raleigh, NC 27604-4115

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Carolyn S. Leith**
6005 Castlebrook Dr
Raleigh, NC 27604-5927

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,074.56 |
|---|---|---|---|

**Catherine Daubert**
807 Carpenter Town Ln
Cary, NC 27519

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Catherine Grayson**
245 NE 69th St.
Oak Island, NC 28465

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Catherine Grayson**
245 NE 69th St.
Oak Island, NC 28465

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Catherine Ormsby**
293 Godfrey Branch Rd
Swansboro, NC 28584-8185

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.44 |
|---|---|---|---|

**Catherine Ormsby**
293 Godfrey Branch Rd
Swansboro, NC 28584

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The North Carolina Theatre | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.167**

Nonpriority creditor's name and mailing address
Catherine Smith
204 Merwin Rd.
Raleigh, NC 27606-2635

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

**$882.18**

---

**3.168**

Nonpriority creditor's name and mailing address
Cathleen Plaut
8628 Reindeer Moss Dr
Wake Forest, NC 27587-4836

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.169**

Nonpriority creditor's name and mailing address
Cathryn Parsons
817 Lake Royale
Louisburg, NC 27549

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

**$1,176.24**

---

**3.170**

Nonpriority creditor's name and mailing address
Cathy Pratt
4600 Crabtree Pines Ln
Raleigh, NC 27612-3953

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.171**

Nonpriority creditor's name and mailing address
Catrina Godwin
501 Washington St
Raleigh, NC 27605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

**$459.00**

---

**3.172**

Nonpriority creditor's name and mailing address
Celito Communications, LLC
Attn: Managing Agent
P.O. Box 37129
Raleigh, NC 27627

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$5,573.01**

---

**3.173**

Nonpriority creditor's name and mailing address
Centerplate at Raleigh Convention
Attn: Managing Agent
500 S. Salisbury Street
Raleigh, NC 27601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$10,508.84**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.84** |
|---|---|---|---|

**Chanda Branch**
**2112 Lake Trout Ln**
**Raleigh, NC 27610-5563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$980.20** |
|---|---|---|---|

**Chante Thompson**
**309 Holtz Ln**
**Cary, NC 27511-3509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.62** |
|---|---|---|---|

**Charles Laughinghouse**
**10512 Island Cir**
**Emerald Isle, NC 28594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|

**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|

**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|

**Charles P. Wilkins**
**2111 Fairview Rd**
**Raleigh, NC 27608-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **The North Carolina Theatre**
Name

Case number (if known)

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Charles W. Stuber**
**1800 Manuel St**
**Raleigh, NC 27612-5510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Charlie Mann**
**102 Bronzewood Ct**
**Cary, NC 27518-8637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.00 |
|---|---|---|---|

**Chelsea Trant**
**200 Forbes Rd**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Cheryl Difiore**
**729 Bennington Dr**
**Raleigh, NC 27615-1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Cheryl Theriault**
**424 Emerson Dr.**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Cheryle Prater**
**1617 Adonis Blue Way**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Cheryle Prater**
**1617 Adonis Blue Way**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.86 |
|---|---|---|---|

**Cheza Garvin**
**5904 Deblyn Ave**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Cheza Garvin**
**5904 Deblyn Ave**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Cheza Garvin**
**5904 Deblyn Ave**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Chris Hicks**
**PO Box 93**
**Timberlake, NC 27583-0093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Chris Hrnicek**
**110 Balzac Ct**
**Cary, NC 27511-6398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.54 |
|---|---|---|---|

**Chris Seamster**
**6304 Godfrey Drive**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.06 |
|---|---|---|---|

**Chris Seamster**
**6304 Godfrey Drive**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195**

**Nonpriority creditor's name and mailing address**
**Chris Seamster**
**6304 Godfrey Drive**
**Raleigh, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$176.48**

---

**3.196**

**Nonpriority creditor's name and mailing address**
**Chris Turner**
**616 Hutton St**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197**

**Nonpriority creditor's name and mailing address**
**Chris Turner**
**616 Hutton St**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198**

**Nonpriority creditor's name and mailing address**
**Christene Bellopatrick**
**2216 Stonerose Cir**
**Raleigh, NC 27606-8706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.199**

**Nonpriority creditor's name and mailing address**
**Christine Higgins**
**109 Presley Snow Ct**
**Holly Springs, NC 27540-4710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.200**

**Nonpriority creditor's name and mailing address**
**Christine L. Andrade**
**7504 Pats Branch Dr**
**Raleigh, NC 27612-7319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.201**

**Nonpriority creditor's name and mailing address**
**Christine Lawless**
**112 Estes Drive Ext Apt A**
**Carrboro, NC 27510-1472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.70**

**Christine Stilley**
**301 Fayetteville Street**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.14**

**Christine Stilley**
**301 Fayetteville Street, Apt 2702**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037.28**

**Christopher Coughlin**
**803 Holt Dr**
**Raleigh, NC 27608-2333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Christopher Leazer**
**3208 Signature Ln**
**Raleigh, NC 27606-4500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32**

**Cindy Ballenger**
**440 Center Court Dr.**
**Boone, NC 28607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Cindy Ballenger**
**440 Center Court Dr.**
**Boone, NC 28607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,849.53**

**Cintas**
**Attn: Managing Agent**
**P.O. Box 63102**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.209**

**Nonpriority creditor's name and mailing address**
**City of Raleigh**
**Attn: Managing Agent**
**One Exchange Plaza, 10th Floor**
**Raleigh, NC 27601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,230.00**

---

**3.210**

**Nonpriority creditor's name and mailing address**
**Claire See**
**1712 Hunting Ridge Rd**
**Raleigh, NC 27615-7029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.211**

**Nonpriority creditor's name and mailing address**
**Clara L. Hager**
**1211 Santa Cruz St**
**Wake Forest, NC 27587-7204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.212**

**Nonpriority creditor's name and mailing address**
**Clara L. Hager**
**1211 Santa Cruz St**
**Wake Forest, NC 27587-7204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.213**

**Nonpriority creditor's name and mailing address**
**Claudia N. Curtis**
**2207 Wilshire Dr**
**Durham, NC 27707-2245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.214**

**Nonpriority creditor's name and mailing address**
**Claudia N. Curtis**
**2207 Wilshire Dr**
**Durham, NC 27707-2245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.215**

**Nonpriority creditor's name and mailing address**
**Clean Advertising & Design**
**Attn: Managing Agent**
**806 McCulloch St, Ste 102**
**Raleigh, NC 27603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,230.00**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Clif Bullard**
**PO Box 98775**
**Raleigh, NC 27624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |
|---|---|---|---|

**Cliff Benson III**
**212 Drummond Dr**
**Raleigh, NC 27609-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**COL (RET) Griffin Lockett**
**597 Mill Creek Church Rd**
**Four Oaks, NC 27524-8029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.58 |
|---|---|---|---|

**Colleen Fuller**
**110 Lochview Dr**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.47 |
|---|---|---|---|

**Colleen Fuller**
**110 Lochview Dr**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.42 |
|---|---|---|---|

**Connie Liles**
**1314 Pineview Dr**
**Garner, NC 27529-4150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.42 |
|---|---|---|---|

**Connie Liles**
**1314 Pineview Dr**
**Garner, NC 27529-4150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.56 |
|---|---|---|---|

**Connie Witham**
**5040 Kinderston Dr**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,916.92 |
|---|---|---|---|

**Cornterstone Custom Printing**
**Attn: Managing Agent**
**149 Claire Drive**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Cort DeVoe**
**1019 Steinbeck Dr**
**Durham, NC 27703-6496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |
|---|---|---|---|

**Courtney S. Penland**
**2608 Bloomsberry Ridge Dr**
**Fuquay Varina, NC 27526-7291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Courtney Tellefsen**
**1209 Indian Trail Dr**
**Raleigh, NC 27609-5439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Craig Anderson**
**3541 Sugarplum Rd**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Craig Fortner**
**3512 Foy Glen Ct**
**Apex, NC 27539-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.230**

Nonpriority creditor's name and mailing address
**Custom Engraving & Trophy**
**Attn: Managing Agent**
**612 North Person Street**
**Raleigh, NC 27604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9.65**

---

**3.231**

Nonpriority creditor's name and mailing address
**Customer Friends of Integrated Design, P**
**2500 Dawson Mill Run**
**Raleigh, NC 27606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$438.68**

---

**3.232**

Nonpriority creditor's name and mailing address
**Customer Friends of Integrated Design, P**
**2500 Dawson Mill Run**
**Raleigh, NC 27606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$148.86**

---

**3.233**

Nonpriority creditor's name and mailing address
**Customer Friends of Integrated Design, P**
**2500 Dawson Mill Run**
**Raleigh, NC 27606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$140.96**

---

**3.234**

Nonpriority creditor's name and mailing address
**Cynthia Banks**
**40 W Walker Woods Ln**
**Clayton, NC 27527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$152.30**

---

**3.235**

Nonpriority creditor's name and mailing address
**Cynthia Coffey**
**239 Lafferty St**
**Durham, NC 27703-0740**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.236**

Nonpriority creditor's name and mailing address
**Cynthia G. Smith**
**925 Ravendale Pl**
**Cary, NC 27513-4297**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|--------|-------------------------------|------------------------|---|
| | Name | | |

---

**3.237** Nonpriority creditor's name and mailing address

**Cynthia Johnson**
**2501 Cleveland Rd**
**Smithfield, NC 27577-8286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.238** Nonpriority creditor's name and mailing address

**Cynthia Johnson**
**2501 Cleveland Rd**
**Smithfield, NC 27577-8286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$777.96**

---

**3.239** Nonpriority creditor's name and mailing address

**Cynthia Sovich**
**5400 Fieldstone drive**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$165.16**

---

**3.240** Nonpriority creditor's name and mailing address

**Cynthia Sovich**
**5400 Fieldstone drive**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$165.16**

---

**3.241** Nonpriority creditor's name and mailing address

**D. Glenn Pierce**
**5300 Ten Ten Rd**
**Apex, NC 27539-8346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,105.12**

---

**3.242** Nonpriority creditor's name and mailing address

**Dan Bryson**
**5744 Heatherstone Dr**
**Raleigh, NC 27606-9342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.243** Nonpriority creditor's name and mailing address

**Dan Sheets**
**120 Sleepy Creek Dr**
**Clayton, NC 27520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$148.86**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.28 |
|---|---|---|---|

**Dan Sheets**
**120 Sleepy Creek Dr**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Dan Wilson**
**4804 Latimer Rd**
**Raleigh, NC 27609-5363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Daniel Fuhrman**
**2644 Ridgewell Ct**
**Raleigh, NC 27613-1660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Daniel L. Thomas**
**3808 Banstead Ct**
**Apex, NC 27539-9111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.24 |
|---|---|---|---|

**Daniel Palmieri**
**411 Palace Green**
**Cary, NC 27518-8411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.38 |
|---|---|---|---|

**Daniel Palmieri**
**411 Palace Green**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.48 |
|---|---|---|---|

**Daniel Palmieri**
**411 Palace Green**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|
| **Danielle Ward**<br>**2352 Noble Rd**<br>**Raleigh, NC 27608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.252**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.50 |
|---|---|---|
| **Daphne Wiggins**<br>**304 Rippling Stream Road**<br>**Durham, NC 27704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|
| **Darra Samosky**<br>**1421 Upchurch Woods Dr**<br>**Raleigh, NC 27603-8019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.254**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.42 |
|---|---|---|
| **David Barkhau**<br>**7004 Spring Ridge Rd**<br>**Cary, NC 27518-9020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.255**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.14 |
|---|---|---|
| **David Barkhau**<br>**7004 Spring Ridge Rd**<br>**Cary, NC 27518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.256**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|
| **David C. Herring**<br>**4338 Frink School Rd**<br>**La Grange, NC 28551-8304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.92 |
|---|---|---|
| **David C. Herring**<br>**4338 Frink School Rd**<br>**La Grange, NC 28551-8304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Ticket refund claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**David Creech**
3816 Yadkin Dr
Raleigh, NC 27609-6329

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.76 |
|---|---|---|---|

**David DeFoor**
109 Perdue St
Garner, NC 27529-3021

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**David DeFoor**
109 Perdue St
Garner, NC 27529-3021

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**David Dyer**
106 Lively Ct W
Cary, NC 27511-5785

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**David G Eckard**
76 Hadley Ln
Clayton, NC 27527-7026

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**David Geiss**
5617 Turner Glen Drive
Raleigh, NC 27603

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.00 |
|---|---|---|---|

**David Haskins**
3407 Sir Colleton Ct
Raleigh, NC 27612

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) |
|--------|--------------------------------|------------------------|
|        | Name | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Haskins**<br>**3407 Sir Colleton Ct**<br>**Raleigh, NC 27612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Heuser**<br>**8300 Clarks Branch Dr**<br>**Raleigh, NC 27613-6977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Hill**<br>**109 Sumpter Dr**<br>**Goldsboro, NC 27534-2355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Hirschel**<br>**32 Linden St**<br>**Waterbury, CT 06702-1301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Krum**<br>**1012 Meadowbrook Dr**<br>**Garner, NC 27529-2826** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Oates**<br>**623 Doddington Dr**<br>**Rolesville, NC 27571-9701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **David Paul Adams M.D.**<br>**115 Kildaire Park Dr Ste 301**<br>**Cary, NC 27518-8144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  **Ticket refund claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __**The North Carolina Theatre**_____   Case number (if known) _____
      Name

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.30 |
|---|---|---|---|

**David Rodgers**
**1804 Pony Run Rd**
**Raleigh, NC 27615**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**David Smith**
**2201 Lodestar Dr**
**Raleigh, NC 27615-2524**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**David Wall**
**1304 Silent Brook Rd**
**Wake Forest, NC 27587-5501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.34 |
|---|---|---|---|

**David Wyly**
**108 N Virginia St**
**Goldsboro, NC 27530**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.38 |
|---|---|---|---|

**David Wyly**
**108 N Virginia St**
**Goldsboro, NC 27530**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.48 |
|---|---|---|---|

**David Wyly**
**108 N Virginia St**
**Goldsboro, NC 27530**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.48 |
|---|---|---|---|

**David Wyly**
**108 N Virginia St**
**Goldsboro, NC 27530**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor __The North Carolina Theatre_____   Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address** | $552.56 |

**Dawn Pappas**
**1012 Prairie Smoke St**
**Wake Forest, NC 27587-3853**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address** | $552.56 |

**Dayna Portis**
**67 Ashley Woods Ct.**
**Clayton, NC 27527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** | $784.16 |

**Debbie Hammersla**
**8620 Bournemouth Dr**
**Raleigh, NC 27615-2008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.282 | **Nonpriority creditor's name and mailing address** | $1,568.32 |

**Debbie Hammersla**
**8620 Bournemouth Dr**
**Raleigh, NC 27615-2008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** | $175,000.00 |

**Debbie Hammersla**
**8620 Bournemouth Drive**
**Raleigh, NC 27615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** | $148.86 |

**Debbie Laxer**
**10113 Raven Tree Dr**
**Raleigh, NC 27617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** | $140.96 |

**Debbie Laxer**
**10113 Raven Tree Dr**
**Raleigh, NC 27617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.96**

Debbie Laxer
10113 Raven Tree Dr
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$828.84**

Debbie Schulz
505 Spruce Hollow Dr
Fuquay Varina, NC 27526-8188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32**

Debbie Woody
1416 Dellwood Dr
Raleigh, NC 27607-6717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Deborah Brown
1344 Regulator St
Raleigh, NC 27603-3495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Deborah Crooke
301 Homegate Cir
Apex, NC 27502-3987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Deborah Cross
PO Box 1187
Garner, NC 27529-1187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Deborah Koenig
PO Box 2097
Fayetteville, NC 28302-2097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**The North Carolina Theatre**_____  Case number (if known) _____
       Name

| | | |
|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address**<br>**Deborah Lewis**<br>**4304 Long Branch Trl**<br>**Raleigh, NC 27604-5950**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,176.24** |
| 3.294 | **Nonpriority creditor's name and mailing address**<br>**Deborah Orol**<br>**10104 Bushveld Ln**<br>**Raleigh, NC 27613-6146**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$784.16** |
| 3.295 | **Nonpriority creditor's name and mailing address**<br>**Deborah Stewart**<br>**5703 Finsbury Ct**<br>**Raleigh, NC 27609**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$218.50** |
| 3.296 | **Nonpriority creditor's name and mailing address**<br>**Deborah Stockdale**<br>**13332 Ashford Park Dr**<br>**Raleigh, NC 27613-4149**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$588.12** |
| 3.297 | **Nonpriority creditor's name and mailing address**<br>**Deborah Tippett**<br>**2701 Tickett Rd**<br>**Durham, NC 27705**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$784.16** |
| 3.298 | **Nonpriority creditor's name and mailing address**<br>**Debra Buchanan**<br>**511 Florence St**<br>**Raleigh, NC 27603-2143**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$552.56** |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>**Debra Dunn**<br>**217 Sailfish Ct**<br>**Durham, NC 27703-8373**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ticket refund claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$784.16** |

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Debra McLamb**
**5432 Den Heider Way**
**Raleigh, NC 27606-9583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Debra McLamb**
**5432 Den Heider Way**
**Raleigh, NC 27606-9583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Debra McLamb**
**5432 Den Heider Way**
**Raleigh, NC 27606-9583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.64 |
|---|---|---|---|

**Debra Pylypiw**
**PO Box 1821**
**Swansboro, NC 28584-1821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.68 |
|---|---|---|---|

**Deena Gilliam**
**204 Maumee Ct**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.86 |
|---|---|---|---|

**Deena Gilliam**
**204 Maumee Ct**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Deena Gilliam**
**204 Maumee Ct**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Deirdre Jersey**
**829 Shadow Lake Dr**
**Willow Spring, NC 27592-9139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |

**Delores Parker**
**6408 Gainsborough Dr**
**Raleigh, NC 27612-6617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Denee Oakley**
**3605 Laurel Hills Rd**
**Raleigh, NC 27612-4206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |

**Denise Olson**
**7 Pascal Way**
**Durham, NC 27705-4924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |

**Denise Rowe**
**1417 Big Falls Dr**
**Wendell, NC 27591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Denise Williams**
**188 Mallie Pearce Rd**
**Zebulon, NC 27597-6018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Denise Wynn**
**601 Mallory Lane**
**Morrisville, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address
**Dennis Cole**
**384 Bess Dr**
**Clayton, NC 27520-4092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.315** | Nonpriority creditor's name and mailing address
**Derreth Kavanagh**
**108 Barons Glenn Way**
**Cary, NC 27513-1781**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.316** | Nonpriority creditor's name and mailing address
**Diane Hucke**
**10516 Leafwood Pl**
**Raleigh, NC 27613-6306**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.317** | Nonpriority creditor's name and mailing address
**Diane Kalendra**
**631 Virginia Water Dr**
**Rolesville, NC 27571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.318** | Nonpriority creditor's name and mailing address
**Diane Kalendra**
**631 Virginia Water Dr**
**Rolesville, NC 27571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.319** | Nonpriority creditor's name and mailing address
**Diane Kalendra**
**631 Virginia Water Dr**
**Rolesville, NC 27571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.320** | Nonpriority creditor's name and mailing address
**Dianna Knight**
**211 Forest Oaks Dr**
**Clayton, NC 27527-5730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$873.79

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.321** | Nonpriority creditor's name and mailing address | | $552.56
---

**Dianne Downing**
**1960 Hornbeck Ct**
**Raleigh, NC 27614-7048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | | $2,764.50

**Disney Theatrical Group**
**Attn: Managing Agent**
**500 S. Buena Vista Street**
**Burbank, CA 91521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | | $784.16

**Don Davis**
**1305 Downhill Slide Trl.**
**Raleigh, NC 27614-8231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | | $784.16

**Don Davis**
**1305 Downhill Slide Trl.**
**Raleigh, NC 27614-8231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | | $691.52

**Don Haire**
**79 Kylemore Pl**
**Clayton, NC 27520-1762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | | $784.16

**Don Harris**
**156 Shirley Dr**
**Cary, NC 27511-3852**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | | $552.56

**Don Stroud**
**PO Box 1109**
**Wake Forest, NC 27588-1109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| | Name | | |

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32** |
| | **Don Stroud**<br>**PO Box 1109**<br>**Wake Forest, NC 27588-1109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| | **Donald Fraley**<br>**6804 Greystone Dr**<br>**Raleigh, NC 27615-7407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.36** |
| | **Donald Namm**<br>**8811 Cypress Lakes Dr Unit 405**<br>**Raleigh, NC 27615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.50** |
| | **Donald Namm**<br>**8811 Cypress Lakes Dr Unit 405**<br>**Raleigh, NC 27615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| | **Donna Gardner**<br>**5413 West Oaks Dr**<br>**Fuquay Varina, NC 27526-9477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$588.12** |
| | **Donnie Bunn**<br>**500 Carnoustie Dr**<br>**Greenville, NC 27858-8131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| | **Dorothy Jennings**<br>**217 Lake Tillery Dr**<br>**Cary, NC 27519-9518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **The North Carolina Theatre**
_____
       Name

Case number *(if known)*  _____

| | | |
|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|
| | **Dorothy Schmelzeis**<br>**202 Glasgow Rd**<br>**Cary, NC 27511-6518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|
| | **Doug Grissom**<br>**6104 Ellis Dr**<br>**Raleigh, NC 27612-1826** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Doug Sutton**<br>**5236 Knollwood Rd**<br>**Raleigh, NC 27609-4512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Douglas Ball**<br>**1401 Aversboro Rd Ste 206**<br>**Garner, NC 27529-3980** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Douglas E. Lam**<br>**242 Luss Lane**<br>**Southern Pines, NC 28387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|
| | **Douglas Hammer**<br>**1207 Watauga St**<br>**Raleigh, NC 27604-2035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|
| | **Douglas Hammer**<br>**1207 Watauga St**<br>**Raleigh, NC 27604-2035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**  Ticket refund claim | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.342** | Nonpriority creditor's name and mailing address
**Dr. David M. Martin**
**408 Mickey Ln**
**Cary, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$218.50

---

**3.343** | Nonpriority creditor's name and mailing address
**Dr. David M. Martin**
**408 Mickey Ln**
**Cary, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$218.50

---

**3.344** | Nonpriority creditor's name and mailing address
**Drew Wirtz**
**307 W Franklin St**
**Enfield, NC 27823-1320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.345** | Nonpriority creditor's name and mailing address
**Duane Dorsay**
**4801 Westgreen Ct**
**Raleigh, NC 27612-3584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.346** | Nonpriority creditor's name and mailing address
**Dyanne Miller**
**1116 Fairway Villas Dr**
**Wake Forest, NC 27587-5179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.347** | Nonpriority creditor's name and mailing address
**E.D. Briggs**
**Attn: Managing Agent**
**P.O. Box 1188**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$187.69

---

**3.348** | Nonpriority creditor's name and mailing address
**Easter Maynard**
**621 Transylvania Ave**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,568.32

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address
**Ed Moore**
**PO Box 20867**
**Raleigh, NC 27619-0867**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$587.30

---

**3.350** | Nonpriority creditor's name and mailing address
**Ed Tucker**
**5304 Amsterdam Pl**
**Raleigh, NC 27606-9706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.351** | Nonpriority creditor's name and mailing address
**Edie Webb**
**121 Lake Boone Tr.**
**Raleigh, NC 27608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.352** | Nonpriority creditor's name and mailing address
**Edward Gainor**
**5609 Farmridge Road**
**Raleigh, NC 27617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$414.42

---

**3.353** | Nonpriority creditor's name and mailing address
**Edward Galston**
**128 Ridge Rd**
**Chocowinity, NC 27817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$227.36

---

**3.354** | Nonpriority creditor's name and mailing address
**Edward Hillings**
**620 Wade Ave. Unit 502**
**Raleigh, NC 27605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.355** | Nonpriority creditor's name and mailing address
**Edward Wase**
**6000 Glenview Garden Place**
**Cary, NC 27511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$345.35

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.07**

Edward Wase
6000 Glenview Garden Place
Apt 6653
Cary, NC 27511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$726.26**

Edythe Poyner
2701 Glenwood Gardens Ln #303
Raleigh, NC 27608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.28**

Eileen Davison
7031 Drewry Virginia Line Rd
Manson, NC 27553-9138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$980.20**

Eileen Davison
7031 Drewry Virginia Line Rd
Manson, NC 27553-9138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Eileen Gunther
10504 Tree Bark Ct.
Raleigh, NC 27613-6313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

Elaine J. Craig
4106 Princess Anne Cir N
Wilson, NC 27896-8933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Elaine Nisbet
1100 Vestavia Woods Dr
Raleigh, NC 27615-4612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Ticket refund claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The North Carolina Theatre**
_____      Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |

3.363  **Nonpriority creditor's name and mailing address**

**Elaine Wilson**
**1721 Tiffany Bay Ct Unit 301**
**Raleigh, NC 27609-5088**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$691.52**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.364  **Nonpriority creditor's name and mailing address**

**Eleanor Jones**
**4 Wynmore Dr**
**Durham, NC 27713**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.16**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.365  **Nonpriority creditor's name and mailing address**

**Elisabeth Selig**
**2032 Monthaven Dr**
**Wake Forest, NC 27587-6548**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$392.08**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.366  **Nonpriority creditor's name and mailing address**

**Elizabeth Almasy**
**5816 Shamrock Rd**
**Durham, NC 27713-2630**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$215.39**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.367  **Nonpriority creditor's name and mailing address**

**Elizabeth Almasy**
**5816 Shamrock Rd**
**Furham, NC 27713**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$74.43**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.368  **Nonpriority creditor's name and mailing address**

**Elizabeth Almasy**
**5816 Shamrock Rd**
**Durham, NC 27713**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70.48**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.369  **Nonpriority creditor's name and mailing address**

**Elizabeth Almasy**
**5816 Shamrock Rd**
**Durham, NC 27713**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70.48**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.370** | Nonpriority creditor's name and mailing address

**Elizabeth Berry**
**4501 Revere Dr**
**Raleigh, NC 27609-5247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.371** | Nonpriority creditor's name and mailing address

**Elizabeth Berry**
**4501 Revere Dr**
**Raleigh, NC 27609-5247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.372** | Nonpriority creditor's name and mailing address

**Elizabeth Cozart**
**303 Hudson St**
**Raleigh, NC 27608-1608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.373** | Nonpriority creditor's name and mailing address

**Elizabeth Sager**
**1722 Carl Williamson Rd**
**Raleigh, NC 27610-9774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.374** | Nonpriority creditor's name and mailing address

**Elizabeth White**
**751 Peakland Pl**
**Raleigh, NC 27604-3085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,176.24**

---

**3.375** | Nonpriority creditor's name and mailing address

**Elizabeth Zucker**
**11212 Brass Kettle Rd**
**Raleigh, NC 27614-8443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.376** | Nonpriority creditor's name and mailing address

**Ella Colborn**
**3812 Langley Dr**
**Durham, NC 27705-1843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,176.24**

---

| Debtor | The North Carolina Theatre | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Ellen Blair
7808 Senter Farm Rd
Apex, NC 27539-9788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32**

Eloise Sheats
4701 Joseph Michael Ct
Raleigh, NC 27606-9647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.52**

Emad Khatib
3929 Sunridge Rd
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,098.00**

Enterprise Rent a Car
Attn: Managing Agent
4817 Hergrove Rd, Ste 200
Raleigh, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,383.04**

Eric Jensen
108 Oxford Creek Rd
Cary, NC 27519-9756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Erica Grantmyre
1308 Bloomingdale Dr
Cary, NC 27511-5933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Erica Grantmyre
1308 Bloomingdale Dr
Cary, NC 27511-5933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Erika Rosenthal**
**2524 Tuscany Woods Ct**
**Raleigh, NC 27612-2939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Erin Marshall**
**1609 Keyworth Ct**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.76 |
|---|---|---|---|

**Erin Marshall**
**1609 Keyworth Ct**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Eura Gaskins**
**612 Lakestone Dr**
**Raleigh, NC 27609-6340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.50 |
|---|---|---|---|

**Eve Dansky**
**723 Finnbar Dr**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Fabio F. De Contreras**
**1521 Poets Glade Dr**
**Apex, NC 27523-6251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Faye Watkins**
**613 Old Farm Rd**
**Raleigh, NC 27606-2245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                   Case number *(if known)* _____
_____
Name

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.50 |

**Fedex**
**Attn: Managing Agent**
**3965 Airway, Module G**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |

**Floyd Cook**
**103 Ripley Ct**
**Cary, NC 27513-5121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Fran Melia**
**111 Fallsworth Dr**
**Cary, NC 27513-5102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |

**Fran Rudick**
**1500 River Mill Dr Apt 203**
**Wake Forest, NC 27587-6275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Frances Bobbie**
**4933 Cremshaw Ct**
**Raleigh, NC 27614-8322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Frances Turner**
**5017 Clowser Minnow Ct**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Frances Turner**
**5017 Clowser Minnow Ct**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

Frances Turner
5017 Clowser Minnow Ct
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

Francis "Frank" Werner
26 Kollinova Dr
Clayton, NC 27527-4271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.26**

Francis Lewek
1721 Tiffany Bay Ct Unit 202
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.28**

Francis Lewek
1721 Tiffany Bay Ct Unit 202
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.30**

Frank Graff
129 Marquette Dr
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00**

Frederick Bailey
56 Buddy Campbell Ct.
Angier, NC 27501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56**

Frederick Cubbage
1025 Kingsway Dr
Apex, NC 27502-8946

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.405**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
| --- | --- | --- |
| **Gail Duncan**<br>**204 Glasgow Rd**<br>**Cary, NC 27511-6518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.406**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| --- | --- | --- |
| **Gail Duncan**<br>**204 Glasgow Rd**<br>**Cary, NC 27511-6518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.407**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| --- | --- | --- |
| **Gail Willard**<br>**704 Runnymede Rd**<br>**Raleigh, NC 27603-3104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.408**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84** |
| --- | --- | --- |
| **Gary Bowman**<br>**3342 Lake Boone Trl**<br>**Raleigh, NC 27607-6748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.409**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.24** |
| --- | --- | --- |
| **Gary Travis**<br>**3904 Capital Blvd**<br>**Raleigh, NC 27604-3412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.410**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |
| --- | --- | --- |
| **Genia Tyson Bone**<br>**3509 S Meade Pl Nw**<br>**Wilson, NC 27896-9611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.411**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |
| --- | --- | --- |
| **Geoff Grisso**<br>**PO Box 1419**<br>**Washington, NC 27889-1419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Ticket refund claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**George Betts**
2140 Castle Pines Dr
Raleigh, NC 27604-5440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**George Budd**
8445 Secreto Dr
Raleigh, NC 27606-0031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**George DeLoache**
504 Chesterfield Rd
Raleigh, NC 27608-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Georgia Meckes**
1765 Town Home Dr
Apex, NC 27502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Gerald Haegele**
5317 Bent Leaf Dr
Raleigh, NC 27606-9085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Gerald McLaughlin**
232 Shillings Chase Dr
Cary, NC 27518-6483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,281.83 |
|---|---|---|---|

**GFL Environmental**
Attn: Managing Agent
P.O. Box 791519
Baltimore, MD 21279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.419**

**Nonpriority creditor's name and mailing address**
**Gil Wood**
**10609 Charlesgate Ct**
**Raleigh, NC 27614-6509**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$828.84

---

**3.420**

**Nonpriority creditor's name and mailing address**
**Ginger Rice**
**2720 Lautenberg Ln**
**Willow Spring, NC 27592-8634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$518.64

---

**3.421**

**Nonpriority creditor's name and mailing address**
**Glen Wall**
**555 Zachary Way**
**Garner, NC 27529-8194**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$414.42

---

**3.422**

**Nonpriority creditor's name and mailing address**
**Glenda Adams**
**1900 Partridge Berry Dr**
**Raleigh, NC 27606-9400**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$459.84

---

**3.423**

**Nonpriority creditor's name and mailing address**
**Glenda Adams**
**1900 Partridge Berry Dr**
**Raleigh, NC 27606-9400**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$689.76

---

**3.424**

**Nonpriority creditor's name and mailing address**
**Glenn E Phillips Jr**
**513 Plantation Rd**
**Goldsboro, NC 27530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$119.26

---

**3.425**

**Nonpriority creditor's name and mailing address**
**Glenn E Phillips Jr**
**513 Plantation Rd**
**Goldsboro, NC 27530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$117.28

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address

**Glenn Kort**
**411 Heralds Way**
**Cary, NC 27519-6493**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.427** | Nonpriority creditor's name and mailing address

**Gloria Davis**
**728 Lakestone Dr**
**Raleigh, NC 27609-6342**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.428** | Nonpriority creditor's name and mailing address

**Gloria Drolet**
**116 Dancing Shoes Ct**
**Clayton, NC 27520-4340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$229.92**

---

**3.429** | Nonpriority creditor's name and mailing address

**Gloria Pleasant**
**925 Mulberry Rd**
**Clayton, NC 27520-2129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.430** | Nonpriority creditor's name and mailing address

**Gordon Brown**
**302 Nine Gates Rd.**
**Chapel Hill, NC 27516-5548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.431** | Nonpriority creditor's name and mailing address

**Gordon Miller**
**1006 Lake Path Rd**
**Willow Spring, NC 27592-9136**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.432** | Nonpriority creditor's name and mailing address

**Grace Ramsey**
**1832 Old Milburnie Rd**
**Raleigh, NC 27604-9638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

Debtor   **The North Carolina Theatre**
Name

Case number (if known) _____

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |

**Grace Ramsey**
**1832 Old Milburnie Rd**
**Raleigh, NC 27604-9638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.32 |

**Greg Stenzel**
**1400 Kings Lassiter Way**
**Raleigh, NC 27614-8736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.64 |

**Greg Stenzel**
**1400 Kings Lassiter Way**
**Raleigh, NC 27614-8736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.32 |

**Greg Stenzel**
**1400 Kings Lassiter Way**
**Raleigh, NC 27614-8736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.50 |

**Greg Walton**
**1800 Pope Ln**
**Kernersville, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Gregory Keller**
**7741 Cullingtree Ln**
**Wake Forest, NC 27587-9624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Gregory Mayes**
**912 Havens Edge Ct.**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.440**

**Nonpriority creditor's name and mailing address**
**Gwen Harris**
**7343 Sweet Bay Ln**
**Raleigh, NC 27615-6225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.441**

**Nonpriority creditor's name and mailing address**
**Hailey Hennessy**
**7000 Regency Parkway**
**Cary, NC 27518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.442**

**Nonpriority creditor's name and mailing address**
**Haley McAlarney**
**3516 Horseshoe Bnd**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$165.16**

---

**3.443**

**Nonpriority creditor's name and mailing address**
**Harold Bardill**
**179 Egret Pt**
**Lexington, NC 27292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$588.12**

---

**3.444**

**Nonpriority creditor's name and mailing address**
**Harold Hingley III**
**404 Rice Ln**
**Havelock, NC 28532-1740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.445**

**Nonpriority creditor's name and mailing address**
**Harry Albert**
**105 Gatestone Ct**
**Cary, NC 27518-7803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.446**

**Nonpriority creditor's name and mailing address**
**Heather Kent**
**7604 Coppersmith Ct.**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

Debtor  **The North Carolina Theatre**
_____
Name

Case number (if known) _____

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.20 |

**Heather M. Monroe**
**2211 Yorkgate Dr**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |

**Hector Magante**
**1401 Coopershill Dr Apt 308**
**Raleigh, NC 27604-4527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.40 |

**Helen DiPietro**
**1137 Shadyside Dr**
**Raleigh, NC 27612-2402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Helen Vick**
**200 Hawkesburg Dr**
**Clayton, NC 27527-8343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,675.00 |

**Heritage High School**
**Attn: Managing Agent**
**110 Corning Road**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |

**Hilda Zimmer**
**700 Buffaloe Rd**
**Garner, NC 27529-5125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |

**Holly Carroll**
**2989 Club Dr**
**Raleigh, NC 27613-1277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$864.40**

Howard Kaufman
1310 Queensferry Rd
Cary, NC 27511-6568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Howard Margulies
8821 Leeshire Ln
Raleigh, NC 27615-6568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Huldah Lindsey
105 New Faison Ln
Knightdale, NC 27545-9754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Ian Miller
1105 Country Ridge Dr
Raleigh, NC 27609-5422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Ian Shields
318 Polk St
Raleigh, NC 27604-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,170.00**

iHeartMedia
Attn: Managing Agent
P.O. Box 406372
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00**

INDY Week
Attn: Managing Agent
P.O. Box 1772
Durham, NC 27702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.461**

Nonpriority creditor's name and mailing address
**Inna Shapiro**
**112 Chesley Ln**
**Chapel Hill, NC 27514-1459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$552.56**

---

**3.462**

Nonpriority creditor's name and mailing address
**Ira Parkman**
**7029 Millstone Ridge Ct**
**Raleigh, NC 27614-6535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.463**

Nonpriority creditor's name and mailing address
**Iris Pritchard**
**2101 Ridge Rd.**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,568.32**

---

**3.464**

Nonpriority creditor's name and mailing address
**Ivey Thigpen**
**403 Azure Ct**
**Laurinburg, NC 28352-3501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$980.20**

---

**3.465**

Nonpriority creditor's name and mailing address
**J D Wagner**
**8008 Crookneck Dr**
**Angier, NC 27501-6094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$588.12**

---

**3.466**

Nonpriority creditor's name and mailing address
**J. Gray McAllister III**
**212 Cedar Breeze Ln**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$588.12**

---

**3.467**

Nonpriority creditor's name and mailing address
**Jack Boyne**
**807 Harvey St.**
**Raleigh, NC 27608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Jack Hart**
**112 Mantle Drive**
**Clayton, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.50 |
|---|---|---|---|

**Jack Lucas**
**5543 Old Garden Rd #104**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**Jack Tiger**
**1005 Saint Emilion Ct**
**Apex, NC 27502-1890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.62 |
|---|---|---|---|

**Jack Zellmer**
**1637 Fern Hollow Trl**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Coleman**
**3372 North Pitt St**
**Farmville, NC 27828-1677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**James E. Thiem**
**634 N Blount St**
**Raleigh, NC 27604-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|---|

**James Entwistle**
**329 Nantahala Lake Way**
**Fuquay Varina, NC 27526-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Hriso**
347 Bridgegate Dr
Cary, NC 27519-7191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Klemenz**
5124 Wolcott Ct
Fuquay Varina, NC 27526-8465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**James Knopp**
1316 Lincoln Mill
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**James M. Taylor**
PO Box 207
Vanceboro, NC 28586-0207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.24 |
|---|---|---|---|

**James Newberry**
2212 Misskelly Dr
Raleigh, NC 27612-5817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**James Norris**
2801 Dunhaven Dr
Garner, NC 27529-5109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**James Owle**
2920 Academy St
Sanford, NC 27332-6006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.482** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.90**

James Sinay
4229 Fawn Lily Dr
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.90**

James Sinay
4229 Fawn Lily Dr
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.86**

James Smith
1209 Cambridge Rd Nw
Wilson, NC 27896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.96**

James Smith
1209 Cambridge Rd Nw
Wilson, NC 27896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$414.42**

James Stone
113 Milby Ct
Rocky Mount, NC 27804-7314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

James Thorpe
116 Shady Meadow Ln
Clayton, NC 27520-6404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

James Whitley
510 Glenwood Ave Apt 407
Raleigh, NC 27603-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

Jan Silverman
210 Glenhaven Dr
Chapel Hill, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|

Jan Southall
609 Old Farm Rd
Raleigh, NC 27606-2245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

Jan Wheless
222 Harbor Rd
Reidsville, NC 27320-9524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

Jane Brady
PO Box 6473
Raleigh, NC 27628-6473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

Jane Brocious
105 Stagecrest Dr
Raleigh, NC 27603-5501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

Jane Parker
9404 S Mere Ct
Raleigh, NC 27615-2319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

Jane Scherr
3600 Cumberland Creek Road #205
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The North Carolina Theatre**                                Case number *(if known)* _____

Name

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |

**Jane Stober**
729 Swan Neck Ln
Raleigh, NC 27615-6259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,037.28 |

**Janet Allen**
7900 Hinton Rd.
Wake Forest, NC 27587-8969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Janet Ruby**
203 Coltsgate Dr.
Cary, NC 27518-8316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.20 |

**Janet Sniffin**
103 Twilight Ct
Cary, NC 27513-2839

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Janet Watson**
3801 Westridge Circle Dr Ste A
Rocky Mount, NC 27804-3360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Janice Brattin**
2301 Spruce Grove Ct
Raleigh, NC 27614-6850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Janice Giggey**
10820 Ashland Mill Ct
Raleigh, NC 27617-7766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Janice Given**
**333 Hamilton St**
**Roanoke Rapids, NC 27870-2007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Janice Pellicore**
**4835 Radcliff Rd**
**Raleigh, NC 27609-5317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Janna Whitt**
**724 Sarazen Dr**
**Clayton, NC 27527-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.78** |
|---|---|---|---|

**Jarvis Campbell**
**615 Carrington Ln**
**Winterville, NC 28590-9723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.96** |
|---|---|---|---|

**Jarvis Campbell**
**615 Carrington Ln**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.96** |
|---|---|---|---|

**Jarvis Campbell**
**615 Carrington Ln**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Jason King**
**119 Dalmeny Dr**
**Cary, NC 27513-2815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.510** | Nonpriority creditor's name and mailing address

**Jason McDonald**
**3021 Carriage Trail**
**Hillsborough, NC 27278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$118.00**

---

**3.511** | Nonpriority creditor's name and mailing address

**Jason Shallcross**
**110 Grey Bridge Row**
**Cary, NC 27513-3452**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.32**

---

**3.512** | Nonpriority creditor's name and mailing address

**Jay M Brown**
**103 Hebride Ct**
**Cary, NC 27513-4772**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.513** | Nonpriority creditor's name and mailing address

**Jay Taylor**
**3656 Sleepy Hollow Rd**
**Wake Forest, NC 27587-8301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.514** | Nonpriority creditor's name and mailing address

**Jean M. Gursin**
**918 Belhaven Rd**
**Cary, NC 27513-3918**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.515** | Nonpriority creditor's name and mailing address

**Jean Morin**
**192 Waterpine Dr**
**Garner, NC 27529-7177**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.516** | Nonpriority creditor's name and mailing address

**Jean Sander**
**1504 Cooper Falls Ln**
**Raleigh, NC 27614-8792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$414.42**

---

Debtor **The North Carolina Theatre**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |

**Jeanette Hadsell**
**109 Larkhaven Place**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |

**Jeanette Hadsell**
**109 Larkhaven Place**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Jeanne Walther**
**1717 River Bend Ln**
**Raleigh, NC 27610-9413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Jeff Scroggs**
**2722 Van Dyke Ave**
**Raleigh, NC 27607-7147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |

**Jeff Weatherspoon**
**6404 Sassafras Ln**
**Raleigh, NC 27614-9210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Jeffrey Endrusick**
**7032 Hasentree Club Dr.**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Jeffrey P. Howsam**
**4917 N. Hills Dr.**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jennell Little**
**818 Northbrook Dr**
**Raleigh, NC 27609-5516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jennette Yates**
**45 Remington Ct**
**Youngsville, NC 27596-8730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Jennie Barringer**
**3109 Sun Dr**
**Raleigh, NC 27614-9225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jennie Everett**
**6513 Pulleytown Rd**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.98 |
|---|---|---|---|

**Jennifer Elmo Kubacki**
**3624 Vandam Dr**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Jennifer Mcclendon**
**513 Wild Rose Ct**
**Raleigh, NC 27615-3165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**Jennifer Ostman**
**508 Skygrove Dr**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.41**

---

**3.532** | Nonpriority creditor's name and mailing address

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$429.04**

---

**3.533** | Nonpriority creditor's name and mailing address

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$858.08**

---

**3.534** | Nonpriority creditor's name and mailing address

**Jennifer Persson**
**217 Azalea View Way**
**Holly Springs, NC 27540-5416**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$482.67**

---

**3.535** | Nonpriority creditor's name and mailing address

**Jennifer Shaljian**

**NC**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$218.50**

---

**3.536** | Nonpriority creditor's name and mailing address

**Jennifer Wheeler**
**520 Golden Plum Ln**
**Zebulon, NC 27597-9267**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$552.56**

---

**3.537** | Nonpriority creditor's name and mailing address

**Jeremy Gupton**
**3720 Dusty Ln**
**Raleigh, NC 27604-4231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

| Debtor | The North Carolina Theatre | Case number (if known) |
|---|---|---|
| | Name | |

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jeremy Hart**
**2151 Goldston Carbonton Rd**
**Goldston, NC 27252-9484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jerry Monday**
**400 Hillandale Dr**
**Raleigh, NC 27609-7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jerry Morris**
**1318 Farm View Rd**
**Hillsborough, NC 27278-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jerry Smith**
**501 Woodwind Ct**
**Raleigh, NC 27614-9623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.70 |
|---|---|---|---|

**Jessica Dixon**
**425 Farmington Woods Dr**
**Cary, NC 27511-5643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jessica Murray**
**2006 Beecham Cir**
**Raleigh, NC 27607-3321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Jewell S. Clark**
**514 5th Ave N**
**Surfside Beach, SC 29575-3958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$459.84**

Jewell S. Clark
514 5th Ave N
Surfside Beach, SC 29575-3958

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$345.76**

Jill Heath
2004 Buckingham Rd
Raleigh, NC 27607-3113

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$345.76**

Jill Heath
2004 Buckingham Rd
Raleigh, NC 27607-3113

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

Jill Heath
2004 Buckingham Road
Raleigh, NC 27607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Jill Pike
7911 Footman Way
Raleigh, NC 27615-4381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126.56**

Jill Scott
1439 Big Leaf Loop
Apex, NC 27502

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.78**

Jim VanKirk
2345 Airline Dr.
Raleigh, NC 27607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.86 |
|---|---|---|---|

**Jim VanKirk**
**2345 Airline Dr.**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Jim VanKirk**
**2345 Airline Dr.**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Jim VanKirk**
**2345 Airline Dr.**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.26 |
|---|---|---|---|

**Jimmy Gurley**
**PO Box 90515**
**Raleigh, NC 27675**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.06 |
|---|---|---|---|

**Jimmy Gurley**
**PO Box 90515**
**Raleigh, NC 27675**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.20 |
|---|---|---|---|

**Jimmy Gurley**
**PO Box 90515**
**Raleigh, NC 27675**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Joan Drucker**
**49 Birnham Ln**
**Durham, NC 27707-5174**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Joan Fletcher**
**21 Cotswold Pl**
**Durham, NC 27707-5514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52**

**Joann Miller**
**10359 Nash**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Joanna Alevizatos**
**2809 Polesdon Ct**
**Raleigh, NC 27615-3973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Joanne Fruth**
**195 Lynn Smith Rd.**
**Semora, NC 27343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.36**

**Joanne Morgan**
**4109 Us 117 Alt**
**Dudley, NC 28333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Jodi Anderson**
**8420 Lentic Ct**
**Raleigh, NC 27615-4964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

**Jody Frank**
**3720 Sparrow Pond Ln**
**Raleigh, NC 27606-8499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

John Alexander Jr.
2809 Manning Pl
Raleigh, NC 27608-1137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$194.90** |
|---|---|---|---|

John Bonini
507 Langhorne Dr
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

John Boyne
1800 Park Dr
Raleigh, NC 27605-1613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

John Buben
108 White Lake Ct
Cary, NC 27519-9510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

John Byrne
333 S Main St
Fuquay Varina, NC 27526-2261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|

John Grover
107 Kylie Savannah Ct
Cary, NC 27511-3877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,176.24** |
|---|---|---|---|

John Gunther
2222 Valley Forge Dr
Raleigh, NC 27615-1800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
| | Name | | |

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$828.84**

John H. Struss
617 Webster St
Cary, NC 27511-3549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

John Kieffer
104 Hawthorne Ct.
Havelock, NC 28532-9650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

John Kucik
11217 Emerald Creek Dr
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

John Miller
182 Adrian St
Holly Springs, NC 27540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.32**

John P. Riedy
1613 Hunting Ridge Rd
Raleigh, NC 27615-7028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.84**

John Poole
102 Inlet Ct
Emerald Isle, NC 28594-2011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16**

John Puzak
6113 Leesburg Ln
Raleigh, NC 27617-8319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**John Stewart**
**217 Waterford Park Ln**
**Raleigh, NC 27615-2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.30 |
|---|---|---|---|

**John Todd**
**3808 Antelope Trl**
**Wilmington, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.30 |
|---|---|---|---|

**John Todd**
**3808 Antelope Trl**
**Wilmington, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Johnny Beal**
**2625 Poole Rd**
**Raleigh, NC 27610-2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Jolee Faison**
**3301 Flat River Dr**
**Durham, NC 27703-7871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Jon Anglemyer**
**1174 Poore Farm Rd**
**Chocowinity, NC 27817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,319.76 |
|---|---|---|---|

**Jonathan Shaffer**
**118 Twinberry Ln**
**Garner, NC 27529-5937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **The North Carolina Theatre**
Name

Case number (if known) _____

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |
|---|---|---|---|

**Joseph Brannan**
**3400 Sumner Blvd**
**Raleigh, NC 27616-2950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Joseph E. Agsten**
**2202 Emerson Rd**
**Kinston, NC 28504-1312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Joseph E. Agsten**
**2202 Emerson Rd**
**Kinston, NC 28504-1312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.20 |
|---|---|---|---|

**Joseph Grover**
**103 Dairy Glen Rd**
**Chapel Hill, NC 27516-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.32 |
|---|---|---|---|

**Joseph Grover**
**103 Dairy Glen Rd**
**Chapel Hill, NC 27516-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Joseph Peacos**
**1302 W Ragsdale Rd**
**Greenville, NC 27858-4715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Joseph Supple**
**2028 Englewood Ave**
**Durham, NC 27705-4113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The North Carolina Theatre**
Name

Case number (if known) _____

---

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$276.28** |

Joyce Rothchild
11030 Louson Pl
Raleigh, NC 27614-6728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$550.00** |

JT Austin Production
Attn: Managing Agent
2500 Buckingham Drive
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |

Judi Corke
5974 Big Nance Dr
Raleigh, NC 27616-5795

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152.30** |

Judith Kinney
4413 Tetbury Pl
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107.25** |

Judith Kinney
4413 Tetbury Pl
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |

Judith Langston
518 Old Dam Rd
Selma, NC 27576-8556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |

Judith Newman
1229 Blenheim Dr
Raleigh, NC 27612-5513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.601**

**Nonpriority creditor's name and mailing address**
**Judith Wilson**
**1621 Lake Glen Dr**
**Fuquay Varina, NC 27526-6948**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.602**

**Nonpriority creditor's name and mailing address**
**Judy Colby**
**8408 Seagate Dr**
**Raleigh, NC 27615-4433**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.603**

**Nonpriority creditor's name and mailing address**
**Judy Doss**
**2720 Townedge Ct**
**Raleigh, NC 27612-4301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.604**

**Nonpriority creditor's name and mailing address**
**Judy Doss**
**2720 Townedge Ct**
**Raleigh, NC 27612-4301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.605**

**Nonpriority creditor's name and mailing address**
**Judy Fitzpatrick**
**30 Arrowhead Dr**
**Hubert, NC 28539-4102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$172.44

---

**3.606**

**Nonpriority creditor's name and mailing address**
**Judy Fitzpatrick**
**30 Arrowhead Dr**
**Hubert, NC 28539-4102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$259.32

---

**3.607**

**Nonpriority creditor's name and mailing address**
**Judy LeGrand**
**1908 Banbury Rd**
**Raleigh, NC 27608-1120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Judy Newsome**
**237 Strathburgh Ln**
**Cary, NC 27518-9036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$588.12** |
|---|---|---|---|

**Judy Rosalez**
**217 Abbey View Way**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$691.52** |
|---|---|---|---|

**Judy Shutak**
**1133 Farmers Branch Rd**
**Willow Spring, NC 27592-8971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16** |
|---|---|---|---|

**Julia Mobley**
**6043 Dolphin Rd**
**Oriental, NC 28571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$459.84** |
|---|---|---|---|

**Julie Parenteau**
**305 Twain Dr**
**Garner, NC 27529-9567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |
|---|---|---|---|

**Julieanna Moeykens**
**13100 Townfield Drive**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$184.38** |
|---|---|---|---|

**Jullia Rosdahl**
**111 Turtleback Crossing Dr**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.615** | Nonpriority creditor's name and mailing address

**Jullia Rosdahl**
**111 Turtleback Crossing Dr**
**Chapel Hill, NC 27516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$176.48**

---

**3.616** | Nonpriority creditor's name and mailing address

**Jullia Rosdahl**
**111 Turtleback Crossing Dr**
**Chapel Hill, NC 27516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$176.48**

---

**3.617** | Nonpriority creditor's name and mailing address

**June Atkinson**
**3913 Sunset Maple Ct**
**Raleigh, NC 27612-4237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$392.08**

---

**3.618** | Nonpriority creditor's name and mailing address

**K.D. Kennedy**
**714 W. Johnson Street**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent at conservatory**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,000.00**

---

**3.619** | Nonpriority creditor's name and mailing address

**Karen Coates**
**318 Weston Estates Way**
**Morrisville, NC 27560-6990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.620** | Nonpriority creditor's name and mailing address

**Karen Daniels**
**233 South Hillcrest Dr.**
**Goldsboro, NC 27534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$345.76**

---

**3.621** | Nonpriority creditor's name and mailing address

**Karen Daniels**
**233 South Hillcrest Dr.**
**Goldsboro, NC 27534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.622**

Nonpriority creditor's name and mailing address

**Karen Daniels**
**233 South Hillcrest Dr.**
**Goldsboro, NC 27534**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$86.44**

---

**3.623**

Nonpriority creditor's name and mailing address

**Karen Gardner**
**2095 Hickory Rock Rd**
**Louisburg, NC 27549-8183**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$459.84**

---

**3.624**

Nonpriority creditor's name and mailing address

**Karen Groh**
**195 Timberlands Dr**
**Louisburg, NC 27549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$231.36**

---

**3.625**

Nonpriority creditor's name and mailing address

**Karen Riedell**
**1824 Lodestar Dr**
**Raleigh, NC 27615-2602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.626**

Nonpriority creditor's name and mailing address

**Karen Waller**
**4321 S Mountain Dr**
**Raleigh, NC 27603-9098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$276.28**

---

**3.627**

Nonpriority creditor's name and mailing address

**Karin True**
**104 Brannon Court**
**Chapel Hill, NC 27516**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.628**

Nonpriority creditor's name and mailing address

**Karlene Turrentine**
**5907 Sentinel Dr**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$414.42**

---

Debtor __The North Carolina Theatre_____     Case number (if known) _____
              Name

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Kate Frohman**
**401 Adian Trail, Apt 306**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kate Gerowitz**
**8600 Battom Ct**
**Raleigh, NC 27613-1201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Kate Hall**
**2312 Pastille Ln**
**Raleigh, NC 27612-2830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kate Longley**
**8013 Pony Pasture Ct**
**Raleigh, NC 27612-7376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.40 |
|---|---|---|---|

**Kate Whittington**
**5301 Tallowtree Dr**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Katherine Burke**
**9434 Foxgrove Ct**
**Raleigh, NC 27617-8622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Katherine Dow**
**115 Loch Vale Ln**
**Cary, NC 27518-9617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The North Carolina Theatre**

Name

Case number *(if known)* _____

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.04 |
|---|---|---|---|

Katherine Dow
115 Loch Vale Ln
Cayr, NC 27518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

Kathleen Burkett
101 Duckhead Pt
Cary, NC 27518-8321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

Kathleen McDermott
1409 Kingside Ct
Wake Forest, NC 27587-2931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.10 |
|---|---|---|---|

Kathleen Ruppe
5425 Crescentview Pkwy
Raleigh, NC 27606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.48 |
|---|---|---|---|

Kathleen Ruppe
5425 Crescentview Pkwy
Raleigh, NC 27606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.10 |
|---|---|---|---|

Kathleen Ruppe
5425 Crescentview Pkwy
Raleigh, NC 27606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.48 |
|---|---|---|---|

Kathleen Ruppe
5425 Crescentview Pkwy
Raleigh, NC 27606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$345.76**

**Kathryn A. Davis**
**1514 Kildaire Farm Rd**
**Cary, NC 27511-6552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188.00**

**Kathryn Leonard**
**124 Maldon Dr**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,176.24**

**Kathryn Peay**
**223 Windsor Wynd Pl**
**Fuquay Varina, NC 27526-6629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Kathy Best**
**214 W James St**
**Mount Olive, NC 28365-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

**Kathy Griffin**
**505 E H St**
**Erwin, NC 28339-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

**Kathy Halula**
**1800 Bridgeport Dr**
**Raleigh, NC 27615-4408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

**Kathy Honeyman**
**5946 Sentinel Dr**
**Raleigh, NC 27609-3510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Kathy Lewis**
**2604 Charenson Pl**
**Raleigh, NC 27614-9860**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kathy Millwee**
**8817 Breeland Way**
**Raleigh, NC 27613-5315**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kathy Moody**
**2460 Sapphire Valley Dr**
**Raleigh, NC 27604-1491**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Kathy Moore**
**3700 Swann St**
**Raleigh, NC 27612-4616**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kathy Voss**
**804 Blue Thorn Dr**
**Apex, NC 27539-9106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

**Kay Burgess**
**108 Wildbrook Ct**
**Cary, NC 27519**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Kay Weaver**
**2907 Schooner Lane**
**Grimesland, NC 27837**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

Keith & Belinda Shannon
205 Kentigern Drive
Raleigh, NC 27606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$691.52**

Keith Bajura
6032 Drumquin Dr
Raleigh, NC 27614-7163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Keith Beamon
245 Batten Farm Rd
Selma, NC 27576-7167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32**

Keith Shannon
205 Kentigern Dr
Raleigh, NC 27606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,568.32**

Kelly Alexander
210 Sunset Drive
Chapel Hill, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Kelly Anne Fisher
80 Forest Brook Way
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276.28**

Kelly Kuss
7916 Mayapple Pl
Raleigh, NC 27613-4078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**The North Carolina Theatre**_____    Case number (if known) _____
          Name

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.84 |
|---|---|---|---|

**Kelsey Slinkard**
**216 Whistling Swan Dr**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Ken Dunn**
**3813 Wesley Ridge Dr**
**Apex, NC 27539-5712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|

**Ken Killinger**
**158 Westbrook Dr**
**Butner, NC 27509-1633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Kendra Dillingham**
**1533 Laureldale Dr**
**Raleigh, NC 27609-3572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.73 |
|---|---|---|---|

**Kennedy Office Supply**
**Attn: Managing Agent**
**P.O. Box 40847**
**Raleigh, NC 27629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Kenneth Edge**
**27 Bailywick Dr**
**Clayton, NC 27527-9801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.90 |
|---|---|---|---|

**Kenneth R. Marshburn**
**145 Clayfield Dr**
**Garner, NC 27529-4995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The North Carolina Theatre**                                   Case number (if known) _____
_____
       Name

| | | |
|---|---|---|
| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |

3.671   **Nonpriority creditor's name and mailing address**
**Kent Edwards**
**809 Mount Vernon Rd Ste 101**
**Raleigh, NC 27607-5247**

As of the petition filing date, the claim is: *Check all that apply.*            **$552.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

3.672   **Nonpriority creditor's name and mailing address**
**Kentaro Kato**
**107 King William Rd**
**Raleigh, NC 27610-1801**

As of the petition filing date, the claim is: *Check all that apply.*            **$691.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

3.673   **Nonpriority creditor's name and mailing address**
**Kevin Angley**
**1016 Harvest Mill Ct**
**Raleigh, NC 27610-9734**

As of the petition filing date, the claim is: *Check all that apply.*            **$784.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

3.674   **Nonpriority creditor's name and mailing address**
**Kiersten Bass**
**400 W North Street #1426**
**Raleigh, NC 27603**

As of the petition filing date, the claim is: *Check all that apply.*            **$784.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

3.675   **Nonpriority creditor's name and mailing address**
**Kim Coman**
**PO Box 18442**
**Raleigh, NC 27619-8442**

As of the petition filing date, the claim is: *Check all that apply.*            **$784.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

3.676   **Nonpriority creditor's name and mailing address**
**Kim Mercer**
**911 W South St**
**Raleigh, NC 27603-2159**

As of the petition filing date, the claim is: *Check all that apply.*            **$784.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

3.677   **Nonpriority creditor's name and mailing address**
**Kimberly Jochman**
**2708 Lake Waccamaw Trl**
**Apex, NC 27502**

As of the petition filing date, the claim is: *Check all that apply.*            **$231.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The North Carolina Theatre**                    Case number (if known) _____
         Name

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |

**Kimberly Johnson**
**492 Mount Carmel Church Rd Ne**
**Pikeville, NC 27863-9174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.24 |

**Kimberly Lee**
**511 Lake Royale**
**Louisburg, NC 27549-9572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.12 |

**Kimberly Merida**
**117 Haringey Dr**
**Raleigh, NC 27615-1957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Kimberly Tyndall**
**2808 Aldershot Dr**
**Wake Forest, NC 27587-6617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |

**Kirsten Snater**
**6004 Eaglesfield Dr.**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |

**KLR Design, LLC**
**Attn: Managing Agent**
**8504 Riddle Place**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |

**Kristen Wilson**
**1728 Fairbanks Rd**
**Cary, NC 27513-2616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number (if known) _____
_____
Name

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Kristi Hanzel**
**67 Middlecrest Way**
**Clayton, NC 27527-9133**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Kristin White**
**214 Myers Ave**
**Raleigh, NC 27604-2327**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.24 |
|---|---|---|---|

**Kristina Brunelle**
**4724 Sharpstone Ln**
**Raleigh, NC 27615-1680**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Krystin Jorgenson**
**1228 Chapanoke Rd.**
**Raleigh, NC 27603**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Landon Elmore**
**1313 Courtland Dr**
**Raleigh, NC 27604**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Laneta Dorflinger**
**211 Versailles Dr**
**Cary, NC 27511-6010**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.30 |
|---|---|---|---|

**Lanier Murr**
**7924 Sutterton Ct**
**Raleigh, NC 27615-2534**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number (if known) _____
_____
            Name

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Larry Asher**
**4608 Forest Highland Dr**
**Raleigh, NC 27604-8417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Larry Gibbs**
**2601 Wendler Ct**
**Wake Forest, NC 27587-5456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.04 |
|---|---|---|---|

**Larry Gibbs**
**2601 Wendler Ct**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Larry Nunnery**
**5512 Kimbrook Dr**
**Raleigh, NC 27612-5937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.32 |
|---|---|---|---|

**Larry Robbins**
**4101 Lake Boone Trl. #300**
**Raleigh, NC 27607-3075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Larry Sampson**
**8320 Morgans Way**
**Raleigh, NC 27613-4367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Larry Williams**
**415 Fairview Rd**
**Apex, NC 27502-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Laura Bereda** | ☐ Contingent |
| | **612 Preston Village Way** | ☐ Unliquidated |
| | **Cary, NC 27519** | ☐ Disputed |

**$201.62**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.700   **Nonpriority creditor's name and mailing address**   **$214.50**
**Laura Bereda**
**612 Preston Village Way**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.701   **Nonpriority creditor's name and mailing address**   **$276.28**
**Laura Elwardany**
**200 Lively Oaks Way**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.702   **Nonpriority creditor's name and mailing address**   **$784.16**
**Laura Street**
**2162 Brogden Rd**
**Creedmoor, NC 27522-9212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.703   **Nonpriority creditor's name and mailing address**   **$552.56**
**Laura Taylor**
**96 Everwood Dr**
**Four Oaks, NC 27524-6204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.704   **Nonpriority creditor's name and mailing address**   **$459.84**
**Lauren Faulkner**
**206 Clifton Ridge Ct**
**Louisburg, NC 27549-9031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.705   **Nonpriority creditor's name and mailing address**   **$691.52**
**Lauren Kennedy Brady**
**2000 Banbury Rd**
**Raleigh, NC 27608-1122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Laurie Price**
**108 Sutton Springs Dr**
**Garner, NC 27529**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Lawrence Marshall**
**208 Holmby Ct**
**Holly Springs, NC 27540-8320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Lawrence Marshall**
**208 Holmby Ct**
**Holly Springs, NC 27540-8320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Lawrence Marshall**
**208 Holmby Ct**
**Holly Springs, NC 27540-8320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Lawrence Velky**
**621 Cresstar Dr.**
**Rolesville, NC 27571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Lee Ann Tharrington**
**5216 Shamrock Dr**
**Raleigh, NC 27612-6210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Lee Smither**
**1508 Ridge Rd**
**Raleigh, NC 27607-6731**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **The North Carolina Theatre**                                    Case number (if known) _____
      Name

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.24 |
|---|---|---|---|

**LeGrande Smith**
**4801 Inwood Rd**
**Raleigh, NC 27603-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Leonard Bush**
**1801 Manuel St**
**Raleigh, NC 27612-5548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|

**Lesa Hines**
**140 Light Falls Dr**
**Wake Forest, NC 27587-5753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|

**Lesa Hines**
**140 Light Falls Dr**
**Wake Forest, NC 27587-5753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.24 |
|---|---|---|---|

**Lesley Jones**
**6596 Little Satterwhite Rd**
**Oxford, NC 27565-8243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Lesley Tronic**
**6103 Mount Carmel Parke**
**Wilmington, NC 28412-5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.24 |
|---|---|---|---|

**Leslie F. Lindquist**
**308 Springtree Cir**
**Fuquay Varina, NC 27526-3515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.720** | Nonpriority creditor's name and mailing address
**Leslie-Anne Ball**
**1408 Barn Door Dr**
**Apex, NC 27502-7065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,568.32

---

**3.721** | Nonpriority creditor's name and mailing address
**Lila Montgomery**
**316 Rock Cir**
**Clayton, NC 27520-8037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$459.84

---

**3.722** | Nonpriority creditor's name and mailing address
**Lila Montgomery**
**316 Rock Cir**
**Clayton, NC 27520-8037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$552.56

---

**3.723** | Nonpriority creditor's name and mailing address
**Lillian Friedlander**
**824 Footbridge Pl**
**Cary, NC 27519**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$214.50

---

**3.724** | Nonpriority creditor's name and mailing address
**Linda Allen**
**1629 Parker Rd**
**Four Oaks, NC 27524-7907**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$459.84

---

**3.725** | Nonpriority creditor's name and mailing address
**Linda Anderson**
**47 Lakeview Dr**
**Whispering Pines, NC 28327-9405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$518.64

---

**3.726** | Nonpriority creditor's name and mailing address
**Linda Anderson**
**47 Lakeview Dr**
**Whispering Pines, NC 28327-9405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

$588.12

---

Debtor   **The North Carolina Theatre**                                      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.727 | **Nonpriority creditor's name and mailing address** |

**3.727**

**Nonpriority creditor's name and mailing address**
**Linda Booth**
**193 Yacht Club Dr**
**Newport, NC 28570-9085**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,568.32**

---

**3.728**

**Nonpriority creditor's name and mailing address**
**Linda Brannan**
**3012 Dunkirk Dr**
**Raleigh, NC 27613-4384**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.729**

**Nonpriority creditor's name and mailing address**
**Linda Butz**
**885 Rawls Club Rd**
**Fuquay Varina, NC 27526-8025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$229.92**

---

**3.730**

**Nonpriority creditor's name and mailing address**
**Linda Crowder-Harper**
**5305 Daleview Dr**
**Raleigh, NC 27610-2113**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,568.32**

---

**3.731**

**Nonpriority creditor's name and mailing address**
**Linda Harvey**
**221 Forest Rd**
**Raleigh, NC 27605-1757**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$430.78**

---

**3.732**

**Nonpriority creditor's name and mailing address**
**Linda Harvey**
**221 Forest Rd**
**Raleigh, NC 27605**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$148.86**

---

**3.733**

**Nonpriority creditor's name and mailing address**
**Linda Harvey**
**221 Forest Rd**
**Raleigh, NC 27605**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.96**

---

Debtor    **The North Carolina Theatre**                                           Case number (if known) _____
        Name

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Linda Harvey**
221 Forest Rd
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.42 |
|---|---|---|---|

**Linda Lindsay**
2627 Silas Peak Ln
Apex, NC 27523-7160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Linda Lytvinenko**
153 Coffee Bluff Ln
Holly Springs, NC 27540-7982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Linda Piper**
4430 Sun Valley Drive
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.14 |
|---|---|---|---|

**Linda Schadler**
207 Sumrell St
Greenville, NC 27858-8664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Linda Sparks**
5105 Six Point Trl
Raleigh, NC 27616-6231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|---|

**Lisa Ellison**
8300 Heel Stone Ct
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The North Carolina Theatre**                              Case number *(if known)* _____

Name

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
|---|---|---|---|

**Lisa Grable**
**749 Powell Dr**
**Raleigh, NC 27606-1625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Lisa Grele Barrie**
**811 N Bloodworth St**
**Raleigh, NC 27604-1231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.00 |
|---|---|---|---|

**Lisa Wolfe**
**59 Old Post Ct**
**Pittsboro, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.00 |
|---|---|---|---|

**Lisa Wolfe**
**59 Old Post Ct**
**Pittsboro, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Lisbi Abraham**
**2008 Mill Gate Lane**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Lissa Johnsen**
**1319 Ridge Rd**
**Raleigh, NC 27607-6836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Lissa Johnsen**
**1319 Ridge Rd**
**Raleigh, NC 27607-6836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The North Carolina Theatre**                        Case number (if known) _____
    Name

| | |
|---|---|
| 3.748 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$459.84** |
| **Lloyd Tapp** | ☐ Contingent |
| **102 Kinnaird Ln** | ☐ Unliquidated |
| **Cary, NC 27511-6530** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.749 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$552.56** |
| **Lois Campbell** | ☐ Contingent |
| **1317 Weidmann Dr** | ☐ Unliquidated |
| **Raleigh, NC 27614-9018** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.750 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$229.92** |
| **Lois Reaves** | ☐ Contingent |
| **220 Kentucky Dr** | ☐ Unliquidated |
| **Clayton, NC 27527** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.751 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$784.16** |
| **Lonnie Bunn** | ☐ Contingent |
| **1329 Kings Grant Dr** | ☐ Unliquidated |
| **Raleigh, NC 27614-9358** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.752 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,568.32** |
| **Lori Fahs** | ☐ Contingent |
| **209 Hidden Stream Dr** | ☐ Unliquidated |
| **Apex, NC 27539-7761** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.753 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$689.76** |
| **Lori Langreck** | ☐ Contingent |
| **1401 Ivy Leaf Ct** | ☐ Unliquidated |
| **Willow Spring, NC 27592-9083** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.754 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,383.04** |
| **Lori Meyerhoffer** | ☐ Contingent |
| **3324 Clandon Park Dr** | ☐ Unliquidated |
| **Raleigh, NC 27613-8840** | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** __Ticket refund claim__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____

_____
Name

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Lori Spivey**
**203 Chiselhurst Way**
**Cary, NC 27513-5563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Lorie Wylie**
**142 Roan Dr**
**Garner, NC 27529-4371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.57 |
|---|---|---|---|

**Louise Peranzo**
**1609 Laughridge Dr**
**Cary, NC 27511-5250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |
|---|---|---|---|

**Lowell Davidson**
**2727 Lake Waccamaw Trl**
**Apex, NC 27502-8555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,074.56 |
|---|---|---|---|

**Lucy Broadus**
**97 Black Angus Dr**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Luis Nieto**
**100 Swift Creek Xing**
**Durham, NC 27713-7268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Luke Foster**
**4908 Franz Liszt Ct**
**Raleigh, NC 27615-1696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.762 | **Nonpriority creditor's name and mailing address**<br>**Luke Foster**<br>**4908 Franz Liszt Ct**<br>**Raleigh, NC 27615-1696**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.763 | **Nonpriority creditor's name and mailing address**<br>**Luke Foster**<br>**4908 Franz Liszt Ct**<br>**Raleigh, NC 27615-1696**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.764 | **Nonpriority creditor's name and mailing address**<br>**Luke Simmons**<br>**2111 Glover Ln Unit 103**<br>**Raleigh, NC 27605-3343**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.765 | **Nonpriority creditor's name and mailing address**<br>**Lyn Lowery**<br>**9901 Horton Rd**<br>**New Hill, NC 27562**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.766 | **Nonpriority creditor's name and mailing address**<br>**Lynn Hull**<br>**105 Hampshire Pl**<br>**Chapel Hill, NC 27516-8748**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.767 | **Nonpriority creditor's name and mailing address**<br>**Lynn Schwartz**<br>**8628 Hobhouse Cir**<br>**Raleigh, NC 27615-8100**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |
| 3.768 | **Nonpriority creditor's name and mailing address**<br>**Lynn Tew**<br>**607 West Pearsall St.**<br>**Dunn, NC 28334**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Ticket refund claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,105.12** |

Debtor   **The North Carolina Theatre**                              Case number (if known) _____
_____
Name

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Lynwood Riggs**
**PO Box 1537**
**Kinston, NC 28503-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,352.48 |

**Macy Foster**
**970 Meadow Ln**
**Henderson, NC 27536-3853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.90 |

**Madeline Williams**
**7901 TW Alexander Dr #1410**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.45 |

**Madeline Williams**
**7901 TW Alexander Dr #1410**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.45 |

**Madeline Williams**
**7901 TW Alexander Dr #1410**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |

**Mallorye Lovett**
**3009 Abington Lane**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |

**Manal El-Ramly**
**2416 Trenton Woods Way**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **The North Carolina Theatre**                                          Case number (if known) _____
_____
Name

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.55 |
|---|---|---|---|

**Mara Saskin**
**3406 Cedarbird Way**
**Durham, NC 27707-9227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679.53 |
|---|---|---|---|

**Mara Saskin**
**3406 Cedarbird Way**
**Durham, NC 27707-9227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.07 |
|---|---|---|---|

**Mara Saskin**
**3406 Cedarbird Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.07 |
|---|---|---|---|

**Mara Saskin**
**3406 Cedarbird Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Marc Glova**
**4621 White Chapel Way**
**Raleigh, NC 27615-1675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Marcia Morton**
**1612 High Holly Ln**
**Raleigh, NC 27614-8744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.76 |
|---|---|---|---|

**Margaret Crouch**
**429 Chadwick St**
**Raleigh, NC 27609-4561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.62 |
|---|---|---|---|

**Margaret Murphy**
**1210 Cranebridge Pl**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Margaret Porter**
**106 Majnun Ln**
**Cary, NC 27513-5324**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Margaret Smedes Poyner**
**4412 Delta Lake Dr**
**Raleigh, NC 27612-7006**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Margaret Stack**
**1105 Heathwood Dairy Rd**
**Apex, NC 27502-4046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Margery Sved**
**PO Box 37247**
**Raleigh, NC 27627-7247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Maria Amigo**
**102 Larkspur Ln**
**Cary, NC 27513-2726**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Maria Ashbaugh**
**5131 Olivias Ln**
**Raleigh, NC 27606-4084**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.790** | Nonpriority creditor's name and mailing address

**Mariann Meleg**
5420 Oldtowne Rd
Raleigh, NC 27612-6112

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.791** | Nonpriority creditor's name and mailing address

**Marianne Marshall**
1109 Ivy Ln
Raleigh, NC 27609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$214.50**

---

**3.792** | Nonpriority creditor's name and mailing address

**Marianne Marshall**
1109 Ivy Ln
Raleigh, NC 27609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$95.45**

---

**3.793** | Nonpriority creditor's name and mailing address

**Marilyn Hays**
2315 Faucette Ave
Durham, NC 27704-5161

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.794** | Nonpriority creditor's name and mailing address

**Marilyn Kelley**
2103 Carriage Way
Chapel Hill, NC 27517-9466

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.795** | Nonpriority creditor's name and mailing address

**Marilyn Kvanvig**
2505 Eddystone Rd
Raleigh, NC 27612-6714

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,568.32**

---

**3.796** | Nonpriority creditor's name and mailing address

**Marilyn Webb**
2617 Cloud Mist Cir
Raleigh, NC 27614-6630

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

Debtor   **The North Carolina Theatre**                                Case number *(if known)* _____
         Name

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.86 |

**Mark Dunn**
**1983 Cherry Stone Ln.**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.96 |

**Mark Dunn**
**1983 Cherry Stone Ln.**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Mark Hand**
**2628 Winter Storm Rd**
**Zebulon, NC 27597-7359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Hogan**
**9567 Brookchase Dr**
**Raleigh, NC 27617-7349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Hogan**
**9567 Brookchase Dr**
**Raleigh, NC 27617-7349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mark Kantrowitz**
**1210 Atticus Way**
**Durham, NC 27703-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Mark Munday**
**8120 Old Deer Trl**
**Raleigh, NC 27615-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Mark Papich**
1407 Bloomingdale Dr
Cary, NC 27511-5953

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.12 |
|---|---|---|---|

**Mark Whitlock**
290 Silver Creek Dr
Clayton, NC 27520-9725

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.76 |
|---|---|---|---|

**Marlene Lynch**
11316 Emerald Creek Dr
Raleigh, NC 27617-8751

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Marshall Peterson**
73 Tall Oak Ct
Clayton, NC 27520-7138

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Martha Bright**
PO Box 553
Sanford, NC 27331-0553

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.24 |
|---|---|---|---|

**Martha Bulluck**
2014 Templeton Gap Dr
Apex, NC 27523-3832

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Martha Guthe**
614 Bloomsbury Pl
Cary, NC 27519-9388

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.811**

**Nonpriority creditor's name and mailing address**

**Martha L Smith**
**6505 Orchard Knoll Dr**
**Apex, NC 27539-7107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$588.12**

---

**3.812**

**Nonpriority creditor's name and mailing address**

**Martha Miller**
**2225 Stonehenge Dr Apt 1**
**Raleigh, NC 27615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.813**

**Nonpriority creditor's name and mailing address**

**Marvin Benham**
**4829 Rembert Dr**
**Raleigh, NC 27612-6237**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.814**

**Nonpriority creditor's name and mailing address**

**Mary Ashley**
**1126 Branwell Dr**
**Durham, NC 27703-8365**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.815**

**Nonpriority creditor's name and mailing address**

**Mary Beth Owens**
**130 N Longmeadow Rd**
**Greenville, NC 27858-3704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,960.40**

---

**3.816**

**Nonpriority creditor's name and mailing address**

**Mary Faye Whisler**
**100 Chancellors Ridge Ct**
**Cary, NC 27513-2749**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.817**

**Nonpriority creditor's name and mailing address**

**Mary Helen Casey**
**105 Starfish Ct**
**Emerald Isle, NC 28594-2242**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

**$259.32**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.818**

**Nonpriority creditor's name and mailing address**

**Mary Jane Bettman**
**275 Beckingham Loop**
**Cary, NC 27519-6374**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$691.52**

---

**3.819**

**Nonpriority creditor's name and mailing address**

**Mary Jarvis**
**PO Box 537**
**Knightdale, NC 27545-0537**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$229.92**

---

**3.820**

**Nonpriority creditor's name and mailing address**

**Mary Kate Travers**
**1000 Hazeltown Rd**
**Wake Forest, NC 27587-4444**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,568.32**

---

**3.821**

**Nonpriority creditor's name and mailing address**

**Mary Kathryn Moog**
**711 Grimstead Cir**
**Cary, NC 27511-5817**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$691.52**

---

**3.822**

**Nonpriority creditor's name and mailing address**

**Mary L Sholl**
**104 Charles Ct**
**Chocowinity, NC 27817-8870**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$604.46**

---

**3.823**

**Nonpriority creditor's name and mailing address**

**Mary L Sholl**
**104 Charles Ct**
**Chocowinity, NC 27817**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$208.06**

---

**3.824**

**Nonpriority creditor's name and mailing address**

**Mary L Sholl**
**104 Charles Ct**
**Chocowinity, NC 27817**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ☒ No  ☐ Yes

**$198.20**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.825**

**Nonpriority creditor's name and mailing address**
**Mary L Sholl**
**104 Charles Ct**
**Chocowinity, NC 27817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$198.20**

---

**3.826**

**Nonpriority creditor's name and mailing address**
**Mary Langworthy**
**4805 Stoneyoak Ln**
**Raleigh, NC 27610-8008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.827**

**Nonpriority creditor's name and mailing address**
**Mary Marsteller**
**7006 Churchill Falls Pl**
**Apex, NC 27539-9767**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.828**

**Nonpriority creditor's name and mailing address**
**Mary Morehouse**
**5705 Lochness Ct**
**Fayetteville, NC 28304-2019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$276.28**

---

**3.829**

**Nonpriority creditor's name and mailing address**
**Mary O. Brady**
**1325 Hathaway Rd**
**Raleigh, NC 27608-1935**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$552.56**

---

**3.830**

**Nonpriority creditor's name and mailing address**
**Mary Orourke**
**111 Marsh Rd**
**Washington, NC 27889**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$126.56**

---

**3.831**

**Nonpriority creditor's name and mailing address**
**Mary Seufert-Fleming**
**6059 Beale Loop**
**Raleigh, NC 27616-3473**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,568.32**

---

Debtor   **The North Carolina Theatre**                                Case number *(if known)* _____
                     Name

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Mary Waller**
**500 Tiffany Cir**
**Garner, NC 27529-4333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.76 |
|---|---|---|---|

**Mary Wibbens**
**40 Adams Circle**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.76 |
|---|---|---|---|

**Mary Wibbens**
**40 Adams Circle**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Maryjane Schraner**
**1609 Cascade Falls Ln**
**Wendell, NC 27591-6879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,078.22 |
|---|---|---|---|

**Matthew Yesko**
**120 Iowa Ln Ste 204**
**Cary, NC 27511-4499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,166.66 |
|---|---|---|---|

**McClatchy Company LLC**
**Attn: Managing Agent**
**P.O. Box 510150**
**Livonia, MI 48151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Meg Cooke**
**701 White Horse Dr**
**Greenville, NC 27834-7832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.839**

**Nonpriority creditor's name and mailing address**
**Melinda Sanders**
**4504 Rockwood Dr**
**Raleigh, NC 27612-3541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$552.56**

---

**3.840**

**Nonpriority creditor's name and mailing address**
**Melissa Barker**
**1529 Jeremy Ln**
**Rocky Mount, NC 27803-1519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$259.32**

---

**3.841**

**Nonpriority creditor's name and mailing address**
**Melissa Barker**
**1529 Jeremy Ln**
**Rocky Mount, NC 27803-1519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,279.64**

---

**3.842**

**Nonpriority creditor's name and mailing address**
**Merlin Young**
**107 Colonial Dr**
**Wendell, NC 27591-2050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.843**

**Nonpriority creditor's name and mailing address**
**Merritt Atkins**
**819 North Bloodworth St.**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.844**

**Nonpriority creditor's name and mailing address**
**Mia McDonald**
**1225 N. Blount St.**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.845**

**Nonpriority creditor's name and mailing address**
**Michael Allen**
**100 Hebride Ct**
**Cary, NC 27513-4772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$604.46**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.846**

Nonpriority creditor's name and mailing address
**Michael Allen**
**100 Hebride Ct**
**Cary, NC 27513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$208.06**

---

**3.847**

Nonpriority creditor's name and mailing address
**Michael Allen**
**100 Hebride Ct**
**Cary, NC 27513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$198.20**

---

**3.848**

Nonpriority creditor's name and mailing address
**Michael Allen**
**100 Hebride Ct**
**Cary, NC 27513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$198.20**

---

**3.849**

Nonpriority creditor's name and mailing address
**Michael Cramer**
**945 Lukestone Dr**
**Fuquay Varina, NC 27526-5261**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.850**

Nonpriority creditor's name and mailing address
**Michael D. Masters**
**2720 Farnborough Rd**
**Raleigh, NC 27613-1602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$784.16**

---

**3.851**

Nonpriority creditor's name and mailing address
**Michael Fury**
**2308 Pastille Ln**
**Raleigh, NC 27612-2830**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$691.52**

---

**3.852**

Nonpriority creditor's name and mailing address
**Michael G. Brown**
**7209 North Ridge Drive**
**Raleigh, NC 27615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Ticket refund claim** __

Is the claim subject to offset? ☒ No ☐ Yes

**$1,568.32**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Michael Gentile**
3734 Carbonton Rd
Sanford, NC 27330-8727

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Michael Houston**
1033 Bellewood Farms Rd
Raleigh, NC 27603-7957

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Michael J Smith**
3557 Bragg Valley Ln
Wake Forest, NC 27587

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.68 |
|---|---|---|---|

**Michael Luke**
4604 Silver Charm Dr
Knightdale, NC 27545-7449

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.86 |
|---|---|---|---|

**Michael Luke**
4604 Silver Charm Dr
Knightdale, NC 27545

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |
|---|---|---|---|

**Michael Luke**
4604 Silver Charm Dr
Knightdale, NC 27545

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Michael Porter**
420 Brightling Way
Holly Springs, NC 27540

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**   Case number (if known) _____
_____
Name

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Michael S. Acquesta**
**10328 Grafton Rd**
**Raleigh, NC 27615-1145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Michael Slaughter**
**435 Holly Springs Dr**
**Timberlake, NC 27583-7305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Michael Slayton**
**2701 Eastern Star Cir**
**Rolesville, NC 27571-8758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Michael Steele**
**1513 Tradescant Ct**
**Raleigh, NC 27613-7459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Michael W. Colopy**
**512 Cole Stream Ct**
**Cary, NC 27513-8373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |

**Michael W. Strickland**
**PO Box 30787**
**Raleigh, NC 27622-0787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Michael Weisel**
**1907 Victoria Rd**
**Raleigh, NC 27608-1139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Michele Horwitz**
**7017 North Ridge Dr**
**Raleigh, NC 27615-7036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Michele Morrison**
**6401 Wynbrook Way**
**Raleigh, NC 27612-2366**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Michelle Morrison**
**6401 Wynbrook Way**
**Raleigh, NC 27612-2366**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |
|---|---|---|---|

**Michelle Morrison**
**6401 Wynbrook Way**
**Raleigh, NC 27612-2366**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,383.04 |
|---|---|---|---|

**Mike Allen**
**3714 Marsh Creek Rd.**
**Raleigh, NC 27604-4105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.32 |
|---|---|---|---|

**Mike Giarla**
**4324 Trenton Rd**
**Chapel Hill, NC 27517-7833**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Mike Hermida**
**205 Lifeson Way**
**Cary, NC 27519-0986**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mike Marsich**
**5609 Turner Glen Dr**
**Raleigh, NC 27603-9526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mike Ray**
**440 Drummond Dr**
**Raleigh, NC 27609-7006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mike Shinners**
**232 Ivory Ln**
**Raleigh, NC 27610-8295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Mike Shinners**
**232 Ivory Ln**
**Raleigh, NC 27610-8295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mike Wilson**
**PO Box 594**
**Apex, NC 27502-0594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Mildred Watkins**
**808 Merwin Rd**
**Raleigh, NC 27606-2645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Mitch Perry**
**1909 Rangecrest Rd**
**Raleigh, NC 27612-1715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**   Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.881 | **Nonpriority creditor's name and mailing address** | $784.16 |

**Molly Gudger**
**111 Fallin Blvd Apt A5**
**Goldsboro, NC 27534-4369**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | $188.00 |
|---|---|---|

**Monty O'Brien**
**1237 Somerset Road**
**Raleigh, NC 27610**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | $25,700.00 |
|---|---|---|

**MP Company LLP**
**Attn: Managing Agent**
**4600 Marriott Drive, Ste 300**
**Raleigh, NC 27612**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Accounting fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | $784.16 |
|---|---|---|

**Mr Charlie M. Breakiron**
**209 Kavanaugh rd**
**Wake Forest, NC 27587-1779**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | $430.78 |
|---|---|---|

**Mr Kenneth R. Bryan**
**3300 Lonesome Spur Cir**
**Wake Forest, NC 27587-4872**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | $140.96 |
|---|---|---|

**Mr Kenneth R. Bryan**
**3300 Lonesome Spur Cir**
**Wake Forest, NC 27587**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | $140.96 |
|---|---|---|

**Mr Kenneth R. Bryan**
**3300 Lonesome Spur Cir**
**Wake Forest, NC 27587**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$604.46** |

**Mr William Harris**
**1130 Luther Rd**
**Apex, NC 27523-5600**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.20** |

**Mr William Harris**
**1130 Luther Rd**
**Apex, NC 27523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.20** |

**Mr William Harris**
**1130 Luther Rd**
**Apex, NC 27523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$545.24** |

**Ms Donna J. Willis**
**3000 Windberry St**
**Raleigh, NC 27612-2215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184.38** |

**Ms Donna J. Willis**
**3000 Windberry St**
**Raleigh, NC 27612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176.48** |

**Ms Donna J. Willis**
**3000 Windberry St**
**Raleigh, NC 27612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.56** |

**Ms. Etta Ball**
**105 Rolling Ridge Cir**
**Garner, NC 27529-3734**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |

**3.895**

**Nonpriority creditor's name and mailing address**
**MSMT Costume Rentals**
**Attn: Managing Agent**
**14 Maint Street, Ste 216**
**Brunswick, ME 04011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$19,000.00**

---

**3.896**

**Nonpriority creditor's name and mailing address**
**Munro Russell**
**PO Box 394**
**Vass, NC 28394**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$156.30**

---

**3.897**

**Nonpriority creditor's name and mailing address**
**Music Theatre International**
**Attn: Managing Agent**
**423 West 55 St, 2nd Floor**
**New York, NY 10019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing rights**

Is the claim subject to offset? ☒ No ☐ Yes

**$69,521.38**

---

**3.898**

**Nonpriority creditor's name and mailing address**
**Nadine Gershman**
**2408 Stewart St**
**Fuquay Varina, NC 27526-8995**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$216.64**

---

**3.899**

**Nonpriority creditor's name and mailing address**
**Nan Maples**
**10612 Cahill Rd**
**Raleigh, NC 27614-9011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,383.04**

---

**3.900**

**Nonpriority creditor's name and mailing address**
**Nancy Bender**
**229 Norwalk St**
**Holly Springs, NC 27540-9404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$490.10**

---

**3.901**

**Nonpriority creditor's name and mailing address**
**Nancy Bender**
**229 Norwalk St**
**Holly Springs, NC 27540-9404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

**$294.06**

---

Debtor   **The North Carolina Theatre**                                Case number (if known) _____
         Name

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.84 |

**Nancy Jones**
**610 S Vermont St**
**Smithfield, NC 27577-3826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |

**Nancy Jones**
**610 S Vermont St**
**Smithfield, NC 27577-3826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.68 |

**Nancy O'Neil**
**1404 Justice Union Ct**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.86 |

**Nancy O'Neil**
**1404 Justice Union Ct**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.96 |

**Nancy O'Neil**
**1404 Justice Union Ct**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |

**Nancy Prevatt**
**4213 Wingate Dr**
**Raleigh, NC 27609-6054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.32 |

**Nancy S. Parrish**
**3319 Ridgecrest Ct**
**Raleigh, NC 27607-6763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|---|

**Nancy Seagroves**
**63 Hamilton Farm Cir**
**Fuquay Varina, NC 27526-5972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Nancy Webb**
**5605 Alta Vista Ct**
**Raleigh, NC 27610-3261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Nannette Stangle-Castor**
**2905 Northop Ct**
**Raleigh, NC 27614-8092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Nannette Stangle-Castor**
**2905 Northop Ct**
**Raleigh, NC 27614-8092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**Natalie Knowles**
**8720 Blakehurst Dr**
**Raleigh, NC 27617-4785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $568.92 |
|---|---|---|---|

**Nick Failing**
**5612 Neuse St**
**Raleigh, NC 27610-3215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.06 |
|---|---|---|---|

**Nick Failing**
**5612 Neuse St**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.916**

**Nonpriority creditor's name and mailing address**

**Nick Failing**
**5612 Neuse St**
**Raleigh, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$176.48**

---

**3.917**

**Nonpriority creditor's name and mailing address**

**Noela Woodall**
**6101 Shelton Ct**
**Raleigh, NC 27609-8223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.918**

**Nonpriority creditor's name and mailing address**

**Noelle White**
**106 Castle Manor Ct**
**Garner, NC 27529-4522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$459.84**

---

**3.919**

**Nonpriority creditor's name and mailing address**

**Nona Hardy**
**4016 Westwood Ln**
**Apex, NC 27539-9762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.920**

**Nonpriority creditor's name and mailing address**

**Norman LeFevre**
**87 Peachtree Ln**
**Clayton, NC 27527-7023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.52**

---

**3.921**

**Nonpriority creditor's name and mailing address**

**Norman Rosenberg**
**708 Pebblebrook Dr**
**Raleigh, NC 27609-5345**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

**3.922**

**Nonpriority creditor's name and mailing address**

**On Point Rigging & Staging**
**Attn: Managing Agent**
**5313 Levering Mill Road**
**Apex, NC 27539**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$397.36**

---

Debtor **The North Carolina Theatre**

Name

Case number (if known) _____

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.04
Owen W. Reagan III
6001 Fordland Dr
Raleigh, NC 27606-4476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16
Pam Cook
6129 Countryview Ln
Raleigh, NC 27606-9256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08
Pam Horton
8432 Lochwind Run
Raleigh, NC 27615-4965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56
Pam Nelson
4325 Oak Park Rd
Raleigh, NC 27612-5639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56
Pam Smith
2309 Hamrick Dr.
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84
Pamela Guthrie
4400 Memorial Dr
Raleigh, NC 27612-3912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16
Pamela Gwynn
129 Trafalgar Ln
Cary, NC 27513-5125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Pamela Taylor**
**104 Glasgow Rd**
**Cary, NC 27511-6516**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.64 |
|---|---|---|---|

**Para Drake**
**3504 Mossdale Ave**
**Durham, NC 27707**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Paralea Boose**
**6505 Amber Bluffs Cres**
**Raleigh, NC 27616-5080**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Pat Jones**
**3320 Old Saybrook Ct**
**Raleigh, NC 27612-4928**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Pat Jones**
**3320 Old Saybrook Ct**
**Raleigh, NC 27612-4928**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|---|

**Patricia Angoli**
**805 Palmetto Dr**
**Cary, NC 27511-4327**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Patricia Benedict**
**4812 Patton Ridge Ct**
**Raleigh, NC 27612-6459**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.937**

**Nonpriority creditor's name and mailing address**

**Patricia Cease**
**105 Waterloo Station Dr**
**Cary, NC 27513-5602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.938**

**Nonpriority creditor's name and mailing address**

**Patricia Cowan**
**1515 Saint Marys St**
**Raleigh, NC 27608-2216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.939**

**Nonpriority creditor's name and mailing address**

**Patricia Davis**
**1328 Duplin rd**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.940**

**Nonpriority creditor's name and mailing address**

**Patricia Garrett**
**658 Casey Dr**
**Grifton, NC 28530-8590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.941**

**Nonpriority creditor's name and mailing address**

**Patricia Garrett**
**658 Casey Dr**
**Grifton, NC 28530-8590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.28**

---

**3.942**

**Nonpriority creditor's name and mailing address**

**Patricia H. Walston**
**1604 Quaker Ridge Pt**
**Raleigh, NC 27615-5456**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,383.04**

---

**3.943**

**Nonpriority creditor's name and mailing address**

**Patricia Hurlman**
**3317 Turner Ridge Dr**
**New Hill, NC 27562-9322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

Debtor   **The North Carolina Theatre**                                   Case number *(if known)* _____
_____
Name

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Patricia Mills**
100 Bikram Dr
Holly Springs, NC 27540-9667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Patricia O'Leary**
11401 Burberry Dr
Raleigh, NC 27614-9019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Patricia Vermillion**
11207 Slider Dr
Raleigh, NC 27614-6407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |

**Patricia Wagner**
6206 Cape Charles Dr
Raleigh, NC 27617-7637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Patrick Stephenson**
P.O. Box 37875
Raleigh, NC 27627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Patti Milligan**
8433 Lentic Ct
Raleigh, NC 27615-4964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |

**Paul Edge**
205 Brereton Dr
Raleigh, NC 27615-1648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **The North Carolina Theatre**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.951 | Nonpriority creditor's name and mailing address | **$784.16** |

**Paul Galloway**
**1421 Turner Farms Rd**
**Garner, NC 27529**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952 | Nonpriority creditor's name and mailing address | **$156.30** |

**Paul Matala**
**1062 Blue Bird Ln**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.953 | Nonpriority creditor's name and mailing address | **$194.90** |

**Paul Matala**
**1062 Blue Bird Ln**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.954 | Nonpriority creditor's name and mailing address | **$784.16** |

**Paul Meares**
**9116 Breeland Way**
**Raleigh, NC 27613-5321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.955 | Nonpriority creditor's name and mailing address | **$205.62** |

**Paul Ulanch**
**1420 Medfield Rd**
**Raleigh, NC 27607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.956 | Nonpriority creditor's name and mailing address | **$1,568.32** |

**Paula Bass**
**11111 Beckstone Way #1F**
**Raleigh, NC 27614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.957 | Nonpriority creditor's name and mailing address | **$784.16** |

**Paula Stanley**
**3933 Bentley Brook Dr**
**Raleigh, NC 27612-8077**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.958**

**Nonpriority creditor's name and mailing address**
Paula Zorio
526 N College St
Wake Forest, NC 27587-2308

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.959**

**Nonpriority creditor's name and mailing address**
Paulette Dillard
301 Fayetteville Street
Raleigh, NC 27601

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.960**

**Nonpriority creditor's name and mailing address**
Peg Bedini
337 Springmoor Dr
Raleigh, NC 27615-7740

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.961**

**Nonpriority creditor's name and mailing address**
Peg Bedini
337 Springmoor Dr
Raleigh, NC 27615-7740

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.962**

**Nonpriority creditor's name and mailing address**
Peggy Driggs
7600 Cypress Wood Ct
Raleigh, NC 27606

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$194.90**

---

**3.963**

**Nonpriority creditor's name and mailing address**
Peggy Driggs
7600 Cypress Wood Ct
Raleigh, NC 27606

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$218.50**

---

**3.964**

**Nonpriority creditor's name and mailing address**
Peggy Goodman
5100 Rembert Dr
Raleigh, NC 27612

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$76.50**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.965** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Peggy Park
437 Kings Hollow Dr
Raleigh, NC 27603-9469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$459.84**

Penelope McPhail
1300 Tribute Center Dr Apt 150
Raleigh, NC 27612-3220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,331.74**

Penske Truck Leasing Co.
Attn: Managing Agent
P.O. Box 532658
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Peter Nowak
1745 Redbud
Pittsboro, NC 27312-7923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.56**

Peter Pagano
805 Autumn Ct
Raleigh, NC 27609-5337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Phil Nyborg
75 Meadow Run
Chapel Hill, NC 27517-6348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.16**

Phillip Bejarno
5313 Alpine Dr
Raleigh, NC 27609-4601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                          Case number (if known) _____
_____
            Name

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.21 |
|---|---|---|---|

**Phyllis Parrish**
**608 S 2nd St**
**Smithfield, NC 27577-4344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,046.02 |
|---|---|---|---|

**Pitney Bowes Global Financial**
**Attn: Managing Agent**
**P.O. Box 981022**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Postage lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.89 |
|---|---|---|---|

**Quality Comfort**
**Attn: Managing Agent**
**725 Bethleham Road**
**Knightdale, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**R Glen Medders**
**122 N Harrington St Unit 1145**
**Raleigh, NC 27603-8083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |
|---|---|---|---|

**R. Frank White**
**621 Minerva Dale Dr**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Rebecca Klemp**
**313 Whitehall Way**
**Cary, NC 27511-4854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Radell C Rasmussen**
**PO Box 369**
**Washington, NC 27889-0369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$588.12** |
|---|---|---|---|

**Radell C Rasmussen**
PO Box 369
Washington, NC 27889-0369

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |

**Raleigh Bookkeeping**
Attn: Managing Agent
3901 Barrett Drive, Ste 304
Raleigh, NC 27609

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Accounting fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392.08** |

**Ralph Ashworth**
110 Greenock Ct
Cary, NC 27511

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.28** |

**Ralph Ashworth**
110 Greenock Ct
Cary, NC 27511

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

**Ralph Bamforth**
412 E Rowan St
Raleigh, NC 27609-5970

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

**Ralph Flanary**
PO Box 27544
Raleigh, NC 27611-7544

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.16** |

**Ralph Flanary**
PO Box 27544
Raleigh, NC 27611-7544

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **The North Carolina Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.986** | Nonpriority creditor's name and mailing address

**Ray Cheely**
**2601 Southwinds Run**
**Apex, NC 27502-6514**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.987** | Nonpriority creditor's name and mailing address

**Ray Cheely**
**2601 Southwinds Run**
**Apex, NC 27502-6514**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.988** | Nonpriority creditor's name and mailing address

**Ray Dennis**
**307 Potomac Dr**
**Chocowinity, NC 27817-8869**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.989** | Nonpriority creditor's name and mailing address

**Ray Evans**
**2724 Blue Ravine Rd**
**Wake Forest, NC 27587-5438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.990** | Nonpriority creditor's name and mailing address

**Ray Hinnant**
**PO Box 426**
**Wendell, NC 27591-0426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.991** | Nonpriority creditor's name and mailing address

**Rebecca Bassett**
**10423 Crisp Dr**
**Raleigh, NC 27614-7770**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

**3.992** | Nonpriority creditor's name and mailing address

**Rebecca Cranford**
**248 Mccallum Rd**
**Candor, NC 27229-9028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

| Debtor | **The North Carolina Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.993**

**Nonpriority creditor's name and mailing address**

**Rebecca Crosson**
**2223 The Cir**
**Raleigh, NC 27608-1447**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$828.84**

---

**3.994**

**Nonpriority creditor's name and mailing address**

**Rebecca Forrest**
**25 Batts Hill Rd**
**New Bern, NC 28562-7365**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$588.12**

---

**3.995**

**Nonpriority creditor's name and mailing address**

**Rebecca Hester**
**4408 Yadkin Dr**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$604.46**

---

**3.996**

**Nonpriority creditor's name and mailing address**

**Rebecca Hester**
**4408 Yadkin Dr**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$198.20**

---

**3.997**

**Nonpriority creditor's name and mailing address**

**Rebecca Hester**
**4408 Yadkin Dr**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$198.20**

---

**3.998**

**Nonpriority creditor's name and mailing address**

**Rebecca Mandigo**
**508 Hammond Oak Ln**
**Wake Forest, NC 27587-4562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$392.08**

---

**3.999**

**Nonpriority creditor's name and mailing address**

**Rebecca Michaels**
**2306 Beechridge Rd**
**Raleigh, NC 27608-1430**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$784.16**

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.84 |

**Rebecca Vann**
**129 Candlewood Rd.**
**Rocky Mount, NC 27804-2105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |

**Rebekah Watts**
**6639 Lewey Dr**
**Cary, NC 27519-8518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.70 |

**Reece Carter**
**3212 Barnsley Ln**
**Raleigh, NC 27604-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.28 |

**Renae Wohlers**
**2887 Micro Rd W**
**Selma, NC 27576-7787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |

**Renae Wohlers**
**2887 Micro Rd W**
**Selma, NC 27576-7787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |

**Rhonda Beese**
**321 Stromer Dr**
**Cary, NC 27513-2754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |

**Rhonda Beese**
**321 Stromer Dr**
**Cary, NC 27513-2754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The North Carolina Theatre_____     Case number (if known) _____
       Name

| 3.100 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$345.76** |
| **Rhonda Stone**<br>**4460 Old Raleigh Rd**<br>**Wilson, NC 27893-8365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
| **Rhonda Stone**<br>**4460 Old Raleigh Rd**<br>**Wilson, NC 27893-8365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,105.12** |
| **Richard Braham**<br>**PO Box 37088**<br>**Raleigh, NC 27627-7088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
| **Richard deButts**<br>**101 Parkwalk Ct**<br>**Cary, NC 27519-6635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
| **Richard Emerick**<br>**5509 Peakton Dr**<br>**Raleigh, NC 27614-9707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$414.42** |
| **Richard Ferro**<br>**6832 Market Street #A**<br>**Wilmington, NC 28405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
| **Richard Mechalske**<br>**171 Wagon Dr**<br>**Bracey, VA 23919-2946** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The North Carolina Theatre**
_____
Name

Case number (if known) _____

---

**3.101**
**4**

Nonpriority creditor's name and mailing address
**Richard Morris**
**101 Rockhaven Ct**
**Cary, NC 27518-2257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

**3.101**
**5**

Nonpriority creditor's name and mailing address
**Richard Phillips**
**101 Airstrip Rd**
**Kill Devil Hills, NC 27948-8134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.101**
**6**

Nonpriority creditor's name and mailing address
**Richard Shirk**
**141 Wee Loch Dr**
**Cary, NC 27511-3885**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

**3.101**
**7**

Nonpriority creditor's name and mailing address
**Richard Welch**
**122 Inez Dr**
**Angier, NC 27501-6717**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,037.28

---

**3.101**
**8**

Nonpriority creditor's name and mailing address
**Rick Guirlinger**
**3340 Ocotea St**
**Raleigh, NC 27607-3140**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

**3.101**
**9**

Nonpriority creditor's name and mailing address
**Rick Oler**
**502 Heathwick Dr**
**Knightdale, NC 27545-8085**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$392.08

---

**3.102**
**0**

Nonpriority creditor's name and mailing address
**Robert Cerwin**
**2501 Lewis Farm Rd**
**Raleigh, NC 27608-1911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,568.32

---

Debtor **The North Carolina Theatre**
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.102 1** | |

**Nonpriority creditor's name and mailing address**
**Robert Fick**
**97612 Franklin Rdg**
**Chapel Hill, NC 27517-8357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$1,568.32

---

| | |
|---|---|
| **3.102 2** | |

**Nonpriority creditor's name and mailing address**
**Robert Herzog**
**139 Deer Ridge Dr**
**Selma, NC 27576-5737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$552.56

---

| | |
|---|---|
| **3.102 3** | |

**Nonpriority creditor's name and mailing address**
**Robert Hewitt**
**2904 Snapswell St**
**Raleigh, NC 27614-7569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$784.16

---

| | |
|---|---|
| **3.102 4** | |

**Nonpriority creditor's name and mailing address**
**Robert Holm**
**104 Witham Ct**
**Holly Springs, NC 27540-3315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$784.16

---

| | |
|---|---|
| **3.102 5** | |

**Nonpriority creditor's name and mailing address**
**Robert Kastl**
**1217 Dalgarven Dr**
**Apex, NC 27502-3931**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$344.88

---

| | |
|---|---|
| **3.102 6** | |

**Nonpriority creditor's name and mailing address**
**Robert Kastl**
**1217 Dalgarven Dr**
**Apex, NC 27502-3931**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$690.64

---

| | |
|---|---|
| **3.102 7** | |

**Nonpriority creditor's name and mailing address**
**Robert L Brandon**
**108 First Light Trl**
**Clayton, NC 27527-6904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☑ No ☐ Yes

$784.16

---

Debtor  **The North Carolina Theatre**
_____
        Name

Case number (if known) _____

| 3.102 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Lamphier**
**207 Summerwinds Dr**
**Cary, NC 27518-9640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.102 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Lupella**
**63 Tally Ho Dr**
**Selma, NC 27576-9138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| 3.103 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Mikusa**
**2432 Deanwood Dr**
**Raleigh, NC 27615-3994**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.103 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Patterson**
**1413 Sandusky Ln**
**Raleigh, NC 27614-7514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$828.84

---

| 3.103 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Pruett**
**6 Ingram Ct**
**Durham, NC 27713-7186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| 3.103 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Shaw West**
**325 Sun Forest Way**
**Chapel Hill, NC 27517-6360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.103 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Shertz**
**301 Fayetteville St #2606**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

Debtor  **The North Carolina Theatre**               Case number (if known)  _____
      Name

| | | |
|---|---|---|
| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$552.56** |

**Robert Wolf**
**6588 Saddlehorn Dr**
**Rocky Mount, NC 27803-8365**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **$392.08** |

**Roberta Andrews**
**107 Autumn Chase Dr**
**Raleigh, NC 27613-3279**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **$276.28** |

**Roberta Andrews**
**107 Autumn Chase Dr**
**Raleigh, NC 27613-3279**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **$552.56** |

**Rod Allen**
**3504 Corin Ct**
**Raleigh, NC 27612-4100**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **$552.56** |

**Rod Pitta**
**8812 Life Ln**
**Raleigh, NC 27615-4001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **$552.56** |

**Rodney Realon**
**5708 Hedgemoor Dr**
**Raleigh, NC 27612-6322**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **$459.84** |

**Roger A. Rivera**
**1333 Heritage Hills Way**
**Wake Forest, NC 27587-4467**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The North Carolina Theatre | Case number (if known) |
| --- | --- | --- |
| | Name | |

**3.104 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
| --- | --- | --- |
| **Roland Lautenbach**<br>**12117 Betts Ln**<br>**Raleigh, NC 27614-9410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.104 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
| --- | --- | --- |
| **Ron Moore**<br>**8700 Southampton Dr**<br>**Raleigh, NC 27615-1856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.104 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
| --- | --- | --- |
| **Ron Pledger**<br>**204 Rivercrest Dr**<br>**Greenville, NC 27858-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.104 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
| --- | --- | --- |
| **Ron Pledger**<br>**204 Rivercrest Dr**<br>**Greenville, NC 27858-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.104 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.92 |
| --- | --- | --- |
| **Ron Pledger**<br>**204 Rivercrest Dr**<br>**Greenville, NC 27858-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.104 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
| --- | --- | --- |
| **Ron Stumpo**<br>**8121 Ebenezer Church Rd**<br>**Raleigh, NC 27612-7307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.104 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.08 |
| --- | --- | --- |
| **Ron Tarter**<br>**605 Queensferry Rd**<br>**Cary, NC 27511-6320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Ticket refund claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __The North Carolina Theatre_____   Case number (if known) _____
              Name

---

**3.104 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|

**Ronald Garsik**
**110 Hidden Creek Ln**
**Garner, NC 27529-8491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|

**Ronald Maddox**
**132 Danagher Ct**
**Holly Springs, NC 27540-4785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616.32 |
|---|---|---|

**Ronald Munk**
**8831 Cyprus Lakes Apt 502**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|

**Ronald Reichen**
**3120 White Dove Ct**
**Raleigh, NC 27606-8475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|

**Ronald Varol**
**212 Brendan Choice**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.52 |
|---|---|---|

**Ronald Wilder**
**88 Stonecrop Cir**
**Littleton, NC 27850-8113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|

**Ronnie Davis**
**104 Bluegrass Dr**
**Garner, NC 27529-4411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ticket refund claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The North Carolina Theatre_____     Case number (if known) _____
         Name

---

**3.105 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|
| **Rose-Paul Blackwell**<br>**185 Mockingbird Ct**<br>**Pinehurst, NC 28374-8109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.08 |
|---|---|---|
| **Rosellen McCrory**<br>**8804 Braceridge Rd**<br>**Raleigh, NC 27613-5374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|
| **Rosemarie Authier**<br>**908 Crystalline Dr**<br>**Raleigh, NC 27615-4966** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.22 |
|---|---|---|
| **Ross Leavens**<br>**123 Wilander Dr**<br>**Cary, NC 27511-6106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|
| **Roy Teel**<br>**2128 Clark Ave #452**<br>**Raleigh, NC 27605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.14 |
|---|---|---|
| **RR Donnelley**<br>**Attn: Managing Agent**<br>**4101 Winfield Road**<br>**Warrenville, IL 60555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|
| **Sally Spencer**<br>**104 Loch Pointe Dr**<br>**Cary, NC 27518-8418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.106<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
|---|---|---|---|

**Salvatore Pennica**
**188 Thornwhistle Pl**
**Garner, NC 27529-3885**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$689.76** |
|---|---|---|---|

**Sandra Walker**
**220 W Young St**
**Rolesville, NC 27571-9517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$276.28** |
|---|---|---|---|

**Sandy Baker**
**171 Smith Rd**
**Smithfield, NC 27577-8015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Sandy Harris**
**207 Canterberry Rd**
**Washington, NC 27889-5407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$136.98** |
|---|---|---|---|

**Sarah Dalonzo-baker**
**1827 Dixie Trl**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
|---|---|---|---|

**Sarah Durgin**
**4616 Hunters Creek Lane**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$459.84** |
|---|---|---|---|

**Sarah McCracken Cobb**
**2313 Hamrick Dr**
**Raleigh, NC 27615-2514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __The North Carolina Theatre_____   Case number *(if known)* _____
　　　　　　Name

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.16 |
|---|---|---|---|

**SC Robinson**
**4604 Rockwood Dr**
**Raleigh, NC 27612-3539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.52 |
|---|---|---|---|

**Scott Cabaniss**
**801 Misty Isle Pl**
**Raleigh, NC 27615-1548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537.34 |
|---|---|---|---|

**Scott Engler**
**534 Lake Royale**
**Louisburg, NC 27549-9571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.38 |
|---|---|---|---|

**Scott Engler**
**534 Lake Royale**
**Louisburg, NC 27549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.48 |
|---|---|---|---|

**Scott Engler**
**534 Lake Royale**
**Louisburg, NC 27549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.48 |
|---|---|---|---|

**Scott Engler**
**534 Lake Royale**
**Louisburg, NC 27549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|---|

**Scott Guebert**
**681 Rosewood Ave**
**Martinsville, VA 24112-0975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ticket refund claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The North Carolina Theatre**                                    Case number (if known)
          Name

---

**3.107 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$784.16** |
| **Scott Harris** | |
| **7824 Kingsbrook Ct** | |
| **Wake Forest, NC 27587-5837** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$784.16** |
| **Scott Slifer** | |
| **108 Richelieu Dr** | |
| **Cary, NC 27518-8633** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$552.56** |
| **Scott Tease** | |
| **3118 Hines Dr** | |
| **Raleigh, NC 27609-7814** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$784.16** |
| **Scott W. Sample** | |
| **112 E Fleming Farm Dr** | |
| **Youngsville, NC 27596-9224** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$5,435.00** |
| **Shannon Media Inc.** | |
| **Attn: Managing Agent** | |
| **1777 Fordham Blvd, Ste 105** | |
| **Chapel Hill, NC 27514** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$459.84** |
| **Shannon Suggs** | |
| **801 West Castle Ct** | |
| **Sanford, NC 27330-7087** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$691.52** |
| **Sharon Creech** | |
| **2108 Vandora Springs Rd.** | |
| **Garner, NC 27529** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The North Carolina Theatre_____   Case number (if known) _____
          Name

| 3.108 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Sharon Lewis**
**157 Hawthorne Ln**
**Pine Knoll Shores, NC 28512-6515**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Sharon Thorne**
**2813 Walden Rd**
**Apex, NC 27502-9680**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.50 |
|---|---|---|---|

**Sharyn Kloster**
**613 Aylestone Dr**
**Cary, NC 27519**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Shawna Jones**
**1308 Banbury Rd**
**Raleigh, NC 27607**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Sheila Ahler**
**2689 Beckwith Rd**
**Apex, NC 27523-7108**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.50 |
|---|---|---|---|

**Sheila Lavey**
**2721 Glenwood Gardens Ln**
**Unit 201**
**Raleigh, NC 27608**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Sheila Ogle**
**215 S Academy St**
**Cary, NC 27511-3328**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
         Name

---

| 3.109 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$691.52** |
| **Sheron Bender** | ☐ Contingent | |
| PO Box 70 | ☐ Unliquidated | |
| Pollocksville, NC 28573-0070 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$294.06** |
| **Sherri Johnson** | ☐ Contingent | |
| PO Box 232 | ☐ Unliquidated | |
| Kenly, NC 27542-0232 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
| **Sherry Frost** | ☐ Contingent | |
| 8404 Largo Springs Ct | ☐ Unliquidated | |
| Raleigh, NC 27613-5252 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.24** |
| **Sherry Wilner** | ☐ Contingent | |
| 108 Langdale Place | ☐ Unliquidated | |
| Cary, NC 27513 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$259.32** |
| **Shirley Parker** | ☐ Contingent | |
| 919 Union St | ☐ Unliquidated | |
| Cary, NC 27511-3755 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,105.12** |
| **Shirley Sharek** | ☐ Contingent | |
| 16 Meeting St | ☐ Unliquidated | |
| Clayton, NC 27527-7084 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
| **Shoshana Serxner-Merchant** | ☐ Contingent | |
| 705 Dixie Trl | ☐ Unliquidated | |
| Raleigh, NC 27607-4154 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor __The North Carolina Theatre_____   Case number (if known) _____
       Name

| | |
|---|---|
| **3.109 8** | |

**Nonpriority creditor's name and mailing address**

**Sidney Dalis**
**PO Box 5869**
**Cary, NC 27512-5869**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| **3.109 9** | |

**Nonpriority creditor's name and mailing address**

**Sidney Dalis**
**PO Box 5869**
**Cary, NC 27512-5869**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| **3.110 0** | |

**Nonpriority creditor's name and mailing address**

**Simon Bartle**
**12221 Kyle Abbey Ln**
**Raleigh, NC 27613-6272**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| | |
|---|---|
| **3.110 1** | |

**Nonpriority creditor's name and mailing address**

**Skip Hill**
**3100 Smoketree Ct Ste 600**
**Raleigh, NC 27604-1050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| **3.110 2** | |

**Nonpriority creditor's name and mailing address**

**Sloan Oliver**
**1406 Bloomingdale Drive**
**Cary, NC 27511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$325.34

---

| | |
|---|---|
| **3.110 3** | |

**Nonpriority creditor's name and mailing address**

**Sloan Oliver**
**1406 Bloomingdale Drive**
**Cary, NC 27511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$184.38

---

| | |
|---|---|
| **3.110 4** | |

**Nonpriority creditor's name and mailing address**

**Sloan Oliver**
**1406 Bloomingdale Drive**
**Cary, NC 27511**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$140.96

---

| Debtor | **The North Carolina Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Smedes York**
**2108 Clark Ave**
**Raleigh, NC 27605-1606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**Sondra M Devincenzo**
**7912 River Ridge Rd**
**Wake Forest, NC 27587-9355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Sonia Giscombe**
**PO Box 963**
**Youngsville, NC 27596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$95.45**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Sonia Giscombe**
**PO Box 963**
**Youngsville, NC 27596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$95.45**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Spectrum Reach**
**Attn: Managing Agent**
**P.O. Box 936671**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$7,015.52**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Stacey Privette**
**501 Moultonboro Ave**
**Wake Forest, NC 27587-5532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Staci Dorr**
**605 Hobson Wood Ct**
**Garner, NC 27529-4840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

Debtor    **The North Carolina Theatre**
_____
Name                                                        Case number (if known) _____

| | |
|---|---|

**3.111 2**

**Nonpriority creditor's name and mailing address**
**Stacy Ojala**
**1321 Loghouse St**
**Wake Forest, NC 27587-4641**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$552.56**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**Stancil CPA**
**Attn: Managing Agent**
**4909 Windy Hill Drive**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting fees**

Is the claim subject to offset? ■ No ☐ Yes

**$21,750.00**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**Stephanie Johnson**
**103 Ackley Ct**
**Cary, NC 27513-6300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$276.28**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**Stephanie Mason**
**5111 Edinborough Rd**
**Greensboro, NC 27406-8327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**
**Stephanie Toney**
**3112 E Folkestone Pl**
**Raleigh, NC 27604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$188.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**
**Stephanie Trunzo**
**330 Forest Bridge Rd**
**Youngsville, NC 27596-7483**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$828.84**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
**Stephen Gillespie**
**507 Homegate Cir**
**Apex, NC 27502-6806**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| Debtor | The North Carolina Theatre | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1119**

**Nonpriority creditor's name and mailing address**

**Stephen Keto**
**305 Ortega Rd**
**Raleigh, NC 27609-5821**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.1120**

**Nonpriority creditor's name and mailing address**

**Steve Chaney**
**1023 Burning Tree Dr**
**Chapel Hill, NC 27517-5610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$691.52**

---

**3.1121**

**Nonpriority creditor's name and mailing address**

**Steve Derbyshire**
**6300 Winthrop Dr**
**Raleigh, NC 27612-2148**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.1122**

**Nonpriority creditor's name and mailing address**

**Steve Freedman**
**2621 Forest Lake Ct**
**Wake Forest, NC 27587-7908**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

**3.1123**

**Nonpriority creditor's name and mailing address**

**Steve Hill**
**300 Bentpine Dr**
**Raleigh, NC 27603-3885**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

**3.1124**

**Nonpriority creditor's name and mailing address**

**Steve Hill**
**300 Bentpine Dr**
**Raleigh, NC 27603-3885**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$345.76**

---

**3.1125**

**Nonpriority creditor's name and mailing address**

**Steven Baker**
**1576 Indian Camp Mountain Rd**
**Rosman, NC 28772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$588.12**

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.112 6** | **$604.46** |

**Nonpriority creditor's name and mailing address**
**Steven Hess**
**3601 Blueberry Dr**
**Raleigh, NC 27612-4221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.112 7** | **$208.06** |

**Nonpriority creditor's name and mailing address**
**Steven Hess**
**3601 Blueberry Dr**
**Raleigh, NC 27612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.112 8** | **$198.20** |

**Nonpriority creditor's name and mailing address**
**Steven Hess**
**3601 Blueberry Dr**
**Raleigh, NC 27612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.112 9** | **$198.20** |

**Nonpriority creditor's name and mailing address**
**Steven Hess**
**3601 Blueberry Dr**
**Raleigh, NC 27612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.113 0** | **$784.16** |

**Nonpriority creditor's name and mailing address**
**Steven Hunter**
**121 S Bloodworth St**
**Raleigh, NC 27601-1503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.113 1** | **$345.76** |

**Nonpriority creditor's name and mailing address**
**Steven Lord**
**1621 Westhaven Dr**
**Raleigh, NC 27607-4745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.113 2** | **$229.92** |

**Nonpriority creditor's name and mailing address**
**Steven Lord**
**1621 Westhaven Dr**
**Raleigh, NC 27607-4745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The North Carolina Theatre**                     Case number (if known) _____
       Name

---

| 3.113 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Scott**
**7021 Sevilleen Dr Sw**
**Ocean Isle Beach, NC 28469**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.113 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart Phoenix**
**925 Holt Dr**
**Raleigh, NC 27608-2335**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| 3.113 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart Stern**
**1995 NW Cary Pkwy Unit 330**
**Morrisville, NC 27560-4606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| 3.113 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Ellen Weekes**
**100 Java Ct**
**Cary, NC 27519-5512**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.113 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Hall**
**10337 Turnbull Rd**
**Fayetteville, NC 28312-7475**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$1,176.24

---

| 3.113 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Joslyn**
**5109 Ten Point Trl**
**Wake Forest, NC 27587-6351**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$691.52

---

| 3.113 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sue Liverman**
**415 Curtis St N**
**Ahoskie, NC 27910-2517**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$459.84

---

Debtor   **The North Carolina Theatre**                                Case number *(if known)* _____
         Name

| 3.114 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Susan Blackley**
**1000 Kirkeenan Cir**
**Morrisville, NC 27560-7092**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$392.08** |
|---|---|---|---|

**Susan Brooks**
**5720 Magellan Way Apt 107**
**Raleigh, NC 27612-2257**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.04** |
|---|---|---|---|

**Susan Eppers**
**931 Sethcreek Dr**
**Fuquay Varina, NC 27526-5154**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98.02** |
|---|---|---|---|

**Susan Eppers**
**931 Sethcreek Dr**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$276.28** |
|---|---|---|---|

**Susan Gates**
**200 Rose Valley Woods Drive Cary**
**Cary, NC 27513**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$691.52** |
|---|---|---|---|

**Susan Goldhaber**
**4112 Gardenlake Dr**
**Raleigh, NC 27612-6954**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Susan Hubbard**
**5752 Cavanaugh Dr**
**Raleigh, NC 27614-7241**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The North Carolina Theatre_____    Case number (if known) _____
       Name

| 3.114 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.84 |
|---|---|---|---|

**Susan Kofsky**
**238 Appsmill Pl**
**Fuquay Varina, NC 27526-6939**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Susan Mitchell**
**6112 Parker Croft Ct**
**Raleigh, NC 27609-8208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Susan Segre**
**301 Duncan St**
**Raleigh, NC 27608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.28 |
|---|---|---|---|

**Susan Wallace**
**121 Quail Run**
**Smithfield, NC 27577-9427**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Susan Whitehouse**
**1205 Dorleath Ct**
**Raleigh, NC 27614-8036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.56 |
|---|---|---|---|

**Susanna Robinson**
**404 Widdington Ln**
**Cary, NC 27519-6699**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.16 |
|---|---|---|---|

**Suzanne Carver**
**4604 White Chapel Way**
**Raleigh, NC 27615-1674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**                                   Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.115 4** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.28** |
| **Suzanne Chaploney** | ☐ Contingent | |
| **405 Ralph Dr** | ☐ Unliquidated | |
| **Cary, NC 27511** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.115 5** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.28** |
| **Suzanne Chaploney** | ☐ Contingent | |
| **405 Ralph Dr** | ☐ Unliquidated | |
| **Cary, NC 27511** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.115 6** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.38** |
| **Suzanne Decker** | ☐ Contingent | |
| **109 Crickentree Dr** | ☐ Unliquidated | |
| **Cary, NC 27518** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.115 7** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.20** |
| **Suzanne Decker** | ☐ Contingent | |
| **109 Crickentree Dr** | ☐ Unliquidated | |
| **Cary, NC 27518** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.115 8** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.20** |
| **Suzanne Decker** | ☐ Contingent | |
| **109 Crickentree Dr** | ☐ Unliquidated | |
| **Cary, NC 27518** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.115 9** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.52** |
| **Suzanne Eaton Jones** | ☐ Contingent | |
| **5705 Wysteria Dr** | ☐ Unliquidated | |
| **Fuquay Varina, NC 27526-7584** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.116 0** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.56** |
| **Suzanne Eaton Jones** | ☐ Contingent | |
| **5705 Wysteria Dr** | ☐ Unliquidated | |
| **Fuquay Varina, NC 27526-7584** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Ticket refund claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The North Carolina Theatre | Case number (if known) |
|---|---|---|
| | Name | |

| 3.116 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$414.42** |
| **Suzanne Prince** | ☐ Contingent | |
| **523 S. West Street** | ☐ Unliquidated | |
| **Raleigh, NC 27601** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
| **Sylvia Cobb** | ☐ Contingent | |
| **PO Box 5** | ☐ Unliquidated | |
| **Pinetops, NC 27864-0005** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$156.30** |
| **Sylvia Escobar** | ☐ Contingent | |
| **105 Escott Ct** | ☐ Unliquidated | |
| **Cary, NC 27518** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$276.28** |
| **Sylvia Williams** | ☐ Contingent | |
| **235 Tayside St** | ☐ Unliquidated | |
| **Clayton, NC 27520-4995** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.16** |
| **T. Lawrence Jackson** | ☐ Contingent | |
| **1101 Parkridge Ln** | ☐ Unliquidated | |
| **Raleigh, NC 27605-3285** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$231.36** |
| **Tammy Lamm** | ☐ Contingent | |
| **321 Glen Echo Ln Apt H** | ☐ Unliquidated | |
| **Cary, NC 27518** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |
| **Tammy Murray** | ☐ Contingent | |
| **618 Barbour St** | ☐ Unliquidated | |
| **Clayton, NC 27520-2714** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **The North Carolina Theatre**                          Case number *(if known)* _____
         Name

---

| 3.116 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tanisha Woods**
**5113 Neuse Commons Lane**
**Raleigh, NC 27616**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$276.28

---

| 3.116 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tara Dutta**
**104 Southbank Dr**
**Cary, NC 27518-9759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| 3.117 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tara Hill**
**800 Saint Marys St**
**Raleigh, NC 27605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| 3.117 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teresa Allgood**
**218 N Shorewood Dr**
**Emerald Isle, NC 28594-3319**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.117 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teresa Buterbaugh**
**103 Links End Dr**
**Cary, NC 27513-5691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| 3.117 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teresa Stephens**
**609 Delany drive**
**Raleigh, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$604.46

---

| 3.117 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teresa Stephens**
**609 Delany drive**
**Raleigh, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

$208.06

---

Debtor   **The North Carolina Theatre**                                    Case number *(if known)* _____
_____
Name

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.20** |
|---|---|---|---|

**Teresa Stephens**
**609 Delany drive**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.20** |

**Teresa Stephens**
**609 Delany drive**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,037.28** |

**Terra Sosa**
**8408 Camellia Dr**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345.76** |

**Terry Haggerty**
**725 Royal Anne Ln Apt 301**
**Raleigh, NC 27615-7821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$392.08** |

**Terry Haggerty**
**725 Royal Anne Ln Apt 301**
**Raleigh, NC 27615-7821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,568.32** |

**Texanna Montague**
**10305 Penny Rd**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |

**Thad O'Briant**
**4709 Stanford St**
**Raleigh, NC 27609-5333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Ticket refund claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The North Carolina Theatre**
Name

Case number (if known) _____

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

**The Car Park**
**Attn: Managing Agent**
**P.O. Box 781**
**Raleigh, NC 27602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

$1,090.00

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

**Theresa Amerson**
**9113 Hometown Dr**
**Raleigh, NC 27615-3162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

$459.84

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**Theresa Flynn**
**7709 Sandy Bottom Way**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

$153.00

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**Theresa Hodges**
**950 Dover Fort Barnwell Rd**
**Dover, NC 28526-9216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

$784.16

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**Thomas Aubrey**
**52 Goldenrod Dr**
**Whispering Pines, NC 28327-9352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

$459.84

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**Thomas Barnhill**
**711 Brooks Ave**
**Raleigh, NC 27607-4131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

$552.56

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

**Thomas Caraglia**
**5500 South Miami Blvd Apt 102**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ticket refund claim**

Is the claim subject to offset? ☒ No ☐ Yes

$153.00

---

Debtor   **The North Carolina Theatre**                              Case number *(if known)* _____
           Name

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Thomas Eifler**
**102 Clubstone Ln**
**Cary, NC 27518-8905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Thomas Haizlip Jr.**
**400 Tyneloch Dr**
**Banner Elk, NC 28604-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Thomas Herbert**
**5008 Lansdowne Dr**
**Durham, NC 27712-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Thomas Iuliucci III**
**4109 Balsam Dr**
**Raleigh, NC 27612-3607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$690.70** |
|---|---|---|---|

**Thomasine Hardy**
**PO Box 18065**
**Raleigh, NC 27619-8065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138.14** |
|---|---|---|---|

**Thomasine Hardy**
**PO Box 18065**
**Raleigh, NC 27619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,763.36** |
|---|---|---|---|

**Ticketmaster**
**Attn: Managing Agent**
**14643 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.119 6 | **Nonpriority creditor's name and mailing address**<br>**Tim Bartlett**<br>**5645 Thistleton Ln**<br>**Raleigh, NC 27606-8966**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
|---|---|---|---|

| 3.119 7 | **Nonpriority creditor's name and mailing address**<br>**Tim Hogan**<br>**601 Democracy St**<br>**Raleigh, NC 27603-3671**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
|---|---|---|---|

| 3.119 8 | **Nonpriority creditor's name and mailing address**<br>**Tim Lancaster**<br>**2200 Effingham Cir**<br>**Raleigh, NC 27615-3826**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
|---|---|---|---|

| 3.119 9 | **Nonpriority creditor's name and mailing address**<br>**Tim Stevens**<br>**125 Bonica Creek Dr**<br>**Garner, NC 27529**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$156.30** |
|---|---|---|---|

| 3.120 0 | **Nonpriority creditor's name and mailing address**<br>**Timothy Reeder**<br>**1413 Fox Hollow Dr**<br>**Ayden, NC 28513-7613**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
|---|---|---|---|

| 3.120 1 | **Nonpriority creditor's name and mailing address**<br>**Tina Lipscomb**<br>**102 Harvest Oaks Lane, #124**<br>**Durham, NC 27703**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$76.50** |
|---|---|---|---|

| 3.120 2 | **Nonpriority creditor's name and mailing address**<br>**Tina Pell**<br>**76 Little Giant Way**<br>**Wendell, NC 27591-9742**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |
|---|---|---|---|

Debtor   __The North Carolina Theatre_____     Case number *(if known)* _____
                   Name

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tippi Hales**
**92 S Two Does Ln**
**Clayton, NC 27520-3830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.24** |
|---|---|---|---|

**Todd Engstrom**
**2519 White Oak Rd**
**Raleigh, NC 27609-7613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,568.32** |
|---|---|---|---|

**Todd Snitchler**
**36 Chestertown Drive**
**Pinehuurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552.56** |
|---|---|---|---|

**Todd Zimmerman**
**1017 Sedbrook Ln**
**Winterville, NC 28590-6008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tom Bradshaw**
**7416 Grist Mill Rd**
**Raleigh, NC 27615-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tom Bradshaw**
**7416 Grist Mill Rd**
**Raleigh, NC 27615-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.16** |
|---|---|---|---|

**Tom Bradshaw**
**7416 Grist Mill Rd**
**Raleigh, NC 27615-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Ticket refund claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.121 0 | **Nonpriority creditor's name and mailing address**<br>**Tom Darcey**<br>**7512 Hasentree Way**<br>**Wake Forest, NC 27587**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$537.34** |
| 3.121 1 | **Nonpriority creditor's name and mailing address**<br>**Tom Darcey**<br>**7512 Hasentree Way**<br>**Wake Forest, NC 27587**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$184.38** |
| 3.121 2 | **Nonpriority creditor's name and mailing address**<br>**Tom Darcey**<br>**7512 Hasentree Way**<br>**Wake Forest, NC 27587**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$176.48** |
| 3.121 3 | **Nonpriority creditor's name and mailing address**<br>**Tom Darcey**<br>**7512 Hasentree Way**<br>**Wake Forest, NC 27587**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$176.48** |
| 3.121 4 | **Nonpriority creditor's name and mailing address**<br>**Tom Lauria**<br>**64 Sweetbay Park**<br>**Youngsville, NC 27596-7975**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.121 5 | **Nonpriority creditor's name and mailing address**<br>**Tom Lindley**<br>**1304 Cameron View Ct**<br>**Raleigh, NC 27607-3362**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |
| 3.121 6 | **Nonpriority creditor's name and mailing address**<br>**Tom Russell**<br>**301 Fayetteville St Unit 2712**<br>**Raleigh, NC 27601-2178**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Ticket refund claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |

Debtor __The North Carolina Theatre_____  Case number *(if known)* _____

Name

---

**3.121 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$552.56** |

**Tom Whittlesey**
**1132 Batchelor Rd**
**Apex, NC 27523-9453**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$784.16** |

**Tommy Frazier**
**1812 Parker Ln**
**Henderson, NC 27536-3543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$691.52** |

**Tonia Pridgen**
**3141 Hemlock Forest Cir Apt 204**
**Raleigh, NC 27612-2331**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$345.76** |

**Tonia Pridgen**
**3141 Hemlock Forest Cir Apt 204**
**Raleigh, NC 27612-2331**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$784.16** |

**Tony Cartledge**
**3912 Inkberry Ct**
**Apex, NC 27539-8867**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$784.16** |

**Tonya T. Day**
**300 Swans Mill Xing**
**Raleigh, NC 27614-9470**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$1,176.24** |

**Travis Groome**
**1104 Longstone Way**
**Raleigh, NC 27614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ticket refund claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    __The North Carolina Theatre_____    Case number (if known) _____
                    Name

| 3.122 4 | | | $587.54 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Travis O'quinn**
**1101 Ladowick Lane**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | $148.86 |
|---|---|

**Nonpriority creditor's name and mailing address**
**Travis O'quinn**
**1101 Ladowick Lane**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | $140.96 |
|---|---|

**Nonpriority creditor's name and mailing address**
**Travis O'quinn**
**1101 Ladowick Lane**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | $5,700.00 |
|---|---|

**Nonpriority creditor's name and mailing address**
**Triangle Family Magazine, LLC**
**Attn: Managing Agent**
**4818 Six Forks Road, Ste 204**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | $135,000.00 |
|---|---|

**Nonpriority creditor's name and mailing address**
**Truist Bank**
**Attn: Managing Agent or Officer**
**P.O. Box 1626**
**Wilson, NC 27894**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | $429.00 |
|---|---|

**Nonpriority creditor's name and mailing address**
**Tyler Mcculloch**
**203 Southglen Dr**
**Cary, NC 27518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | $4,000.00 |
|---|---|

**Nonpriority creditor's name and mailing address**
**Univision Reveivables Co LLC**
**Attn: Managing Agent**
**P.O. Box 74019**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt 

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number (if known) _____

| 3.123 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$204.12**

---

| 3.123 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$172.44**

---

| 3.123 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$268.15**

---

| 3.123 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$204.12**

---

| 3.123 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$408.24**

---

| 3.123 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$204.12**

---

| 3.123 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$616.32**

---

Debtor   **The North Carolina Theatre**                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.123 8** | |

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$204.12**

---

| | |
|---|---|
| **3.123 9** | |

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$160.89**

---

| | |
|---|---|
| **3.124 0** | |

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

| | |
|---|---|
| **3.124 1** | |

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$340.20**

---

| | |
|---|---|
| **3.124 2** | |

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$287.40**

---

| | |
|---|---|
| **3.124 3** | |

**Nonpriority creditor's name and mailing address**
**UT Williamson**
**PO Box 7057**
**Wilson, NC 27895-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$340.20**

---

| | |
|---|---|
| **3.124 4** | |

**Nonpriority creditor's name and mailing address**
**Valerie Bass**
**7904 Rooksley Ct**
**Raleigh, NC 27615-4712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

Debtor   **The North Carolina Theatre**
_____
Name

Case number *(if known)* _____

---

| 3.124 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Van Eure**
**10709 Beaver Pond Ln**
**Raleigh, NC 27614-9661**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$828.84**

---

| 3.124 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Van Eure**
**10709 Beaver Pond Ln**
**Raleigh, NC 27614-9661**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$392.08**

---

| 3.124 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vance Clayton**
**3500 Ranlo Dr**
**Raleigh, NC 27612-5022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| 3.124 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vernon Hunter**
**1925 Sunset Dr.**
**Raleigh, NC 27608-2453**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$789.54**

---

| 3.124 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicci Elder**
**1931 Falls Landing Dr Unit 104**
**Raleigh, NC 27614-9830**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$459.84**

---

| 3.125 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vickie S. Byrd**
**5004 Bogue Sound Ct**
**Emerald Isle, NC 28594-3600**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$784.16**

---

| 3.125 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victor Angelo**
**1340 Holly Blue Run**
**Fuquay-Varina, NC 27526**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Ticket refund claim

Is the claim subject to offset? ■ No ☐ Yes

**$1,176.24**

---

Debtor   **The North Carolina Theatre**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.125<br>2 | **Nonpriority creditor's name and mailing address**<br>**Victor Batiz**<br>**4301 Wedgewood Dr**<br>**Raleigh, NC 27604-4943**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$459.84** |

| | | |
|---|---|---|
| 3.125<br>3 | **Nonpriority creditor's name and mailing address**<br>**Victor Batiz**<br>**4301 Wedgewood Dr**<br>**Raleigh, NC 27604-4943**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |

| | | |
|---|---|---|
| 3.125<br>4 | **Nonpriority creditor's name and mailing address**<br>**Virginia Mclaurin**<br>**202 Old Mill Rd**<br>**Oxford, NC 27565-2562**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$552.56** |

| | | |
|---|---|---|
| 3.125<br>5 | **Nonpriority creditor's name and mailing address**<br>**Virginia Parker**<br>**1205 Inlet Pl**<br>**Raleigh, NC 27615-4442**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |

| | | |
|---|---|---|
| 3.125<br>6 | **Nonpriority creditor's name and mailing address**<br>**Wade Horn**<br>**12420 Bayleaf Church Rd**<br>**Raleigh, NC 27614-9167**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |

| | | |
|---|---|---|
| 3.125<br>7 | **Nonpriority creditor's name and mailing address**<br>**Walter Credle**<br>**1309 Neuse Ridge Dr**<br>**Clayton, NC 27527-5368**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.16** |

| | | |
|---|---|---|
| 3.125<br>8 | **Nonpriority creditor's name and mailing address**<br>**Walter Czmiel**<br>**100 Greymist Ln**<br>**Cary, NC 27518-8966**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Ticket refund claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$691.52** |

Debtor   **The North Carolina Theatre**
_____
Name

Case number _(if known)_ _____

| 3.125 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,850.00** |
|---|---|---|---|

**Walter Magazine c/o The Pilot LLC**
**Attn: Managing Agent**
**P.O. Box 58**
**Southern Pines, NC 28388**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$784.16** |
|---|---|---|---|

**Wanda English**
**1109 Lands End Ct**
**Raleigh, NC 27606-8074**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$604.46** |
|---|---|---|---|

**Wayne Eckert**
**690 Great Ridge Pkwy**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$208.06** |
|---|---|---|---|

**Wayne Eckert**
**690 Great Ridge Pkwy**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$198.20** |
|---|---|---|---|

**Wayne Eckert**
**690 Great Ridge Pkwy**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$198.20** |
|---|---|---|---|

**Wayne Eckert**
**690 Great Ridge Pkwy**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$784.16** |
|---|---|---|---|

**Wayne Jarrett**
**5016 Will O Dean Rd**
**Raleigh, NC 27616-5445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The North Carolina Theatre**
Name

Case number *(if known)*

| | |
|---|---|
| **3.126 6** | |

**Nonpriority creditor's name and mailing address**
**Wendy Bishop**
**10350 Dapping Dr.**
**Raleigh, NC 27614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| | |
|---|---|
| **3.126 7** | |

**Nonpriority creditor's name and mailing address**
**Wendy O'Connor**
**4417 Willow Moss Way**
**Southport, NC 28461-2677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$748.60

---

| | |
|---|---|
| **3.126 8** | |

**Nonpriority creditor's name and mailing address**
**Wesley Chesson**
**1028 Marlowe Rd**
**Raleigh, NC 27609-6962**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$784.16

---

| | |
|---|---|
| **3.126 9** | |

**Nonpriority creditor's name and mailing address**
**William B. Johnson**
**204 Mcginnis Dr**
**Atlantic Beach, NC 28512-6313**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| **3.127 0** | |

**Nonpriority creditor's name and mailing address**
**William Campbell**
**116 Council Gap Ct**
**Cary, NC 27513-8737**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,568.32

---

| | |
|---|---|
| **3.127 1** | |

**Nonpriority creditor's name and mailing address**
**William Domb**
**417 Captains Cv Unit F**
**Edenton, NC 27932-8880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$552.56

---

| | |
|---|---|
| **3.127 2** | |

**Nonpriority creditor's name and mailing address**
**William Knouse**
**619 Dorothea Dr**
**Raleigh, NC 27603-2101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Ticket refund claim**

Is the claim subject to offset? ■ No ☐ Yes

$276.28

---

Debtor __The North Carolina Theatre_____   Case number (if known) _____
Name

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |

**William Knouse**
**619 Dorothea Dr**
**Raleigh, NC 27603-2101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.56** |

**William Pelletier**
**853 Flower Manor Dr**
**Wendell, NC 27591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Ticket refund claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,711.00** |

**WKIX FM 102.9 FM**
**Attn: Managing Agent**
**3012 Highwoods Blvd., Ste 201**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,153.11** |

**WNCN**
**Attn: Managing Agent**
**33096 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,289.00** |

**WPLW-FM**
**Attn: Managing Agent**
**3012 Highwoods Blvd., Ste 201**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,622.25** |

**WRAL**
**Attn: Managing Agent**
**P.O. Box 948904**
**Atlanta, GA 30394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,549.84** |

**WRAL Digital**
**Attn: Managing Agent**
**P.O. Box 948140**
**Atlanta, GA 30394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The North Carolina Theatre | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.128 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|
| WRAL- HD3<br>Attn: Managing Agent<br>P.O. Box 60424<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Business debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.128 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,500.00 |
|---|---|---|
| WTVD<br>Attn: Managing Agent<br>319 Fayetteville Street, Ste 107<br>Raleigh, NC 27601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Business debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.128 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,130.00 |
|---|---|---|
| WUNC 91.5<br>Attn: Managing Agent<br>120 Friday Center Drive<br>Chapel Hill, NC 27517 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Business debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.128 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.56 |
|---|---|---|
| Yvette Aviles<br>2438 Celtic Dr<br>Fayetteville, NC 28306-8505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.128 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.12 |
|---|---|---|
| Yvonne Howell<br>6109 Wilkinsburg Rd<br>Raleigh, NC 27612-6734 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Ticket refund claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 1,718,371.16 |

Debtor   **The North Carolina Theatre**

Case number (*if known*) _____

Name

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **1,718,371.16**